Lifetime Total Costs

According to the CDC National Vital Statistics Report dated December 28, 2007-U.S. Life Tables, 2004, Volume 56, No. 9 Savannah Hill has a life expectancy of 76.3 years. The figures have not been discounted to present value.

| Category | Lifetime Total Costs |
| --- | --- |
| Projected Evaluation | $73,821.50 |
| Projected Therapeutic Modalities | $1,031,280.20 |
| Diagnostic Testing/Educational Assessment | $19,800 |
| Wheelchair Needs | $18,094.50 |
| Wheelchair Maintenance/Accessories | $6,870.45 |
| Aids for Independent Function | $102,849.53 |
| Orthotics/Prosthetics | $54,186 |
| Home Furnishings | $6,450.81 |
| Medications | $0 |
| Home Care<br>Home care support to age 22<br>After age 22<br>Option 1<br>Option 2<br>Option 3 | <br>$564,799.50<br><br>$7,312,925.60<br>$3,225,140<br>$17,315,600 |
| Routine Medical Care | $101,302 |
| Transportation | $12,653.08 |
| Therapeutic Recreation | $17,565 |
| Architectural Renovations | $2,500 |
| Aggressive Treatment/Surgery | $67,141.38 |

Lifetime Totals
Option 1: $9,391,239.30
Option 2: $5,303,453.70
Option 3: $19,393,913.00