Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| Source | Life Care Plan Projected Evaluations | | | |
|---|---|---|---|---|
| | Evaluation | Age/Year Initiated through Age/Year Suspended | Frequency | Cost Per Evaluation |
| 1. | Physical Therapy Evaluation | 5/2009-Life | 1x/yr to 18 (pediatric years) 1x/yr 18-Life (adult years) | $130-$720 $144-$353 |
| 1. | Occupational Therapy Evaluation | 5/2009-Life | 1x/yr to 18 (pediatric years) 1x/yr 18-Life (adult years) | $144-$453 |
| 1. | Speech Therapy Evaluation | 5/2009-18/2021 | 1x/yr | $130-$720 |
| 2. | Neuropsychological/ Educational Evaluation | 5/2009-21/2024 | Every 3 yrs | $2,000 testing, family feedback and report* |
| 3. | Vocational Evaluation | Est. age 22/2025 | Estimated 4 x over life | $715-$5,500 for testing and placement in appropriate setting |

| Rationale/Comments: |
|---|
| * Could be completed in the school system |

| Sources: |
|---|
| 1. Pediatric pricing: Independent Living 813-963-6923 , All Children's Specialty Care 813-631-5000 Adult pricing: Therapy Station 812-933-1475. University Community Hospital 813-615-7253 & Beth Ingram & Associates 2. Neuropsychology Assessment Services 866-284-0211 & Behavioral Neuropsychology 727-341-1402 3. Steve Cooley, Vocational Consultant 727-572-0888 and Goodwill Industries 813-874-7077 |

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan<br>Projected Therapeutic Modalities | | | |
|---|---|---|---|---|
| | Therapy | Age/Year Initiated through Age/Year Suspended | Frequency | Cost Per Session |
| 1. | Physical therapy | 5/2009-Life | 2-3 x/wk through age 18 thereafter allow 6-24 sessions every other year for life | $75-$188 age 5 to 18<br>$81-$300 ages 18 -life |
| 1. | Occupational therapy | 5/2009-Life | 2-3 x/wk through age 18 thereafter allow 6-24 sessions every other year for life | $75-$188 age 5-18<br>$90-$300 ages 18 -life |
| 1. | Speech therapy | 5/2009 to 18/2021 | 2-3 x/wk through age 18 thereafter as needed | $75-$218.30 |
| 2. | Counseling - Episodic counseling to address life transitions, peer relationships and adjustment to disability | Est. age 9/2012-Life | *Age 9-101x/wk for 3-6 months<br><br>Age 12-131x/wk for 3-6 months<br><br>Age 15-16 1x/wk for 3-6 months<br><br>Age 17-18 1x/wk for 3-6 months<br><br>Allowance of 12-16 sessions every 5 yrs | $100-$175 |
| 3. | Service Dog Training | 5/2009-Life | Replace dog every 8-10 years. | $5,000-$10,000 |
| 4. | Service Dog Annual Care | 5/2009-Life | Yearly and as needed | Vet  Care: Exam $150-$180 incl. vaccines except Bottadella which is $15 1-2x/yr<br>Heart worm test $25 1-2x/yr<br>Stool check $20-$29 1-2x/yr<br>Frontline plus $200/yr<br>License $10/yr(if neutered) $30/yr if not neutered<br>Toenail clipping: $12-15<br>Microchip-lost and found with each new dog $35-$48 plus registration fee $20<br>Food $40/mi<br>Allowance of $300-$400/yr<br>Other dog related care items-**See notes below |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan Projected Therapeutic Modalities | | | |
|---|---|---|---|---|
| | Therapy | Age/Year Initiated through Age/Year Suspended | Frequency | Cost Per Session |
| 5. | Therapeutic horseback riding | 5/2009 to 18/2021 | 12-16 sessions- allowance per year | $40 for 45 minute session |
| 6. | Aquatic therapy, special needs swim lessons | 5/2009 to 18/2021 | 18-24 sessions-- allowance per year | $100/mo plus membership fee of $30/yr-private lesson $55-$75 /4wk program-group lessons |
| 7. | Tutorial Assistance | 5/2009-21/2024 | Annual allowance of 25-40 sessions/yr | $30-$60/session |

**Rationale/Comments:**

Note- when therapy is recommended for a year it refers to a therapy year equaling 48 wks

* These are estimates of frequency and duration of service.
* *Notes-Additional dog care items:
Retractable dog lease, Harness Food/water bowls, Name tag, Chews, Shampoo, Dog bed, Interior car cleaning, Dog crate, Dog gate for home and auto

**Sources:**

1. Pediatric pricing: Independent Living 813-963-6923 , All Children's Specialty Care 813-631-5000 Adult pricing: Therapy Station 812-933-1475. University Community Hospital 813-615-7253& Beth Ingram & Associates
2. Dr. Wendy Rice 813-969-3878 & Dr. Jacquelyn Flood 813-326-5915
3. All American Dog Training 813-685-6666 Current provider & Elite Professional Dog Training 407-247-1236
4. Country Chase Veterinary 813-814-1814 & Northdale Animal Hospital 813-962-8862, Petsmart
5. Edie Dopking 722-510-3932
6. New Tampa YMCA 813-866-9622
7. Advanced Learning Centers 813-855-6466 & Advantage Tutoring 813-960-3211

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

3

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan<br>Diagnostic Testing/Educational Assessment | | | | |
|---|---|---|---|---|---|
| | Test/ Assessment Tool | Age/Year Purchased | Replacement Schedule | Purpose | Cost |
| | IEP- Individualized Education Plan | 5/2009-21/2024 | Yearly | Individualized school plan based on special needs | $0 covered under *Individuals with Disabilities Education Improvement Act of 2004* (*IDEA*) |
| | Special Education Services | 5/2009-21/2024 | Yearly | Services under IDEA. | $0 covered under *Individuals with Disabilities Education Improvement Act of 2004* (*IDEA*) |
| 1. | Educational Consultant | 5/2009-21/2024 | Yearly allowance for review of records, meeting with family and attendance at IEP meeting | Educational advocacy | $100-$175/hr allowance of 8-10hrs/yr |
| **Rationale/Comments:** | | | | | |
| | | | | | |
| **Sources:** | | | | | |
| 1. | Dr. Wendy Rice 813-969-3878 & Dr. Jacquelyn Flood 813-326-5915 | | | | |

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan Wheelchair Needs | | | | |
|---|---|---|---|---|---|
| | Wheelchair | Age/Year Purchased | Replacement Schedule | Purpose | Cost |
| 1. | Safari tilt convaid wheelchair stroller (purchased in 08) | 5/2009 | May need to be replaced one time only as it is anticipated that Savannah will be a community ambulatory until she begins aging – see note* | Mobility | $2,670 |
| 2. | Light weight manual wheelchair | Est. age 35 yrs/2038 | Every 5-7 year | Mobility | $1,040-$1,995 |
| 3. | Wheelchair cushion w/cover | Est. age 35 yrs/2038 | Every 3 years | Comfort seating | $290-$369 Cover $46-$70 |
| 4. | Wheelchair pack | 5/2009-Life | One time in 2009 and again at age 35; thereafter every 5 years | Carry items | $25.95 |

**Rationale/Comments:**

*Note-It is anticipated that Savannah will be a community and home ambulator but that as she ages she will require the use of a manual wheelchair.

**Sources:**

1. Spinlife.com
2. Quickie 2 spinlife.com, Invacare 900XT  Invacre.com viewed 2-4-09
3. Roho 2008 Price List
4. Allegro.com

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:   4/13/2009

| S o u r c e | Life Care Plan<br>*Wheelchair Accessories and Maintenance* | | | | |
|---|---|---|---|---|---|
| | **Wheelchair Accessory** | **Age/Year Purchased** | **Replacement Schedule** | **Purpose** | **Cost** |
| | Wheelchair maintenance (first year covered by warranty) | 6/2010 until approximately age 10 | Yearly | Maintenance | $267/yr |
| | Wheelchair maintenance (first year covered by warranty) | 36/2039 | Yearly | Maintenance | $104-$199/yr |
| **Rationale/Comments:** | | | | | |
| | | | | | |
| **Sources:** | | | | | |
| | | | | | |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| Source | Life Care Plan Aids for Independent Function | | | | |
|---|---|---|---|---|---|
| | Equipment Description | Age/Year Purchased | Replacement Schedule | Purpose | Cost |
| 1. | Hearing aids –see note Needed 5/2009-Life | Estimated age of replacement  7/2010-Life | Every 6-8 yrs as a child and 7-9 yrs in adulthood (after age 18) | Improve hearing | Hearing aid evaluation done before replacement of each new device and every 1-2 years between new devices  $90-$106 Ear Molds before replacement of each new device $66 Fitting fee before replacement of each new device $106  Depending on Oticon hearing aid selected VIGO $1,400-$1,600/ aid SUMO DM $1,400-$1,600/ aid TEGO $2,500/aid EPOQ $2,500-$3,200/ aid |
| 2. | Hearing Aid Insurance ESCO Insurance Plan | Estimated age of replacement  7/2010-Life | Yearly | Protection Plus includes: Replacement if your hearing aid is lost , Repair or replacement if your hearing aid is accidentally damaged The Platinum Plan includes: Replacement  if your hearing aid is lost, Repair for normal wear and tear of your hearing aid including electrical and mechanical failure, Repair or replacement if your hearing aid is accidentally damaged | Average of $200/yr |
| 3. | Hearing aid batteries (2) Needed 5/2009-Life | 5/2009-Life | Change every 1-2 weeks | Power Source | $0.74-$1.31/battery (2) each time changed |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

7

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| 4. | Hearing aid storage and cleaning tools | 5/2009-Life | Replace every 3 yrs | Maintenance and Storage | Storage device $74.95 Maintenance kit $9.50 contains hearing aid battery tester with key chain, ear wax removal tool and hearing aid cleaning brush. |
|---|---|---|---|---|---|
| 5. | FM System<br>Needed 5/2009-Life<br>Comes with a one year warranty | 5/2009-Life | Replace when hearing aids are replaced-see above | Improves the signal-to-noise ratio | $1,500-$1,700 |
| 6. | Computer w/ printer/touch screen, monitor | 5/2009-Life | Every 5 yrs | Educational development, communication | $329-$549 computer Screen $399.96-$499.99 Printer $69.99-$99.99 |
| 7. | Software for voice recognition and typing | Estimated 8/2011-Life | Every 3 yrs | Educational development, communication | $99 |
| 8. | Glasses with protected lenses | 5/2009-18/2021 | Every 1-2 yrs until age 18 | Protect left eye | $300 each |

**Rationale/Comments:**

**Sources:**

1. All Children's Specialty Care of Tampa 813-631-5000 & Tampa Bay Hearing and Balance Center, De. Zelski USF
2. ESCO 800-992-3726
3. Walgreens.com and drugstore.com
4. Justbecauz.com
5. De. Zelski USF
6. Dell, Tiger Direct.com, Best Buy
7. Dragon speak naturally- Nuance.com
8. Family report of previous purchases

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:   4/13/2009

| S o u r c e | Life Care Plan<br>Orthotics/ Prosthetics | | | | |
|---|---|---|---|---|---|
| | Equipment Description | Age/Year Purchased | Replacement Schedule | Purpose | Cost |
| 1. | Shoe inserts | 5/2009-Life | Every 3 months | Ambulation | $55 |
| 2. | Ankle Foot Orthotics * | 5/2009-Life | 1x/1-2 yrs until age 16; thereafter 1x/3yr | Ambulation | $1,200-$1,600 for both (estimate) |
| 3. | HEKO knee brace | 5/2009-Life | Replace 1-2 x only | Ambulation | $1,000 |
| Rationale/Comments: | | | | | |
| * Savannah currently utilizes Sur Step AFOs but it is anticipated that she will graduate to adult AFOs. | | | | | |
| Sources: | | | | | |
| 1. | Family documentation from prior purchases | | | | |

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan<br>Home Furnishings and Accessories | | | | |
|---|---|---|---|---|---|
| | Equipment Description | Age/Year Purchased | Replacement Schedule | Purpose | Cost |
| 1. | Portable ramps | 5/2009-Life | Every 10 -15 years | Access | $337.95-$497.95 |
| 1. | Hand held shower | 5/2009-Life | Replace every 3years | Hygiene | $62.99 |
| 1. | Grab bars and installation | 5/2009-Life | Replace 5-7 times over life | Safety | $24.99-$36.99 allow for purchase of 3 bars<br><br>Installation fee: $75 (5-7x over life) |
| 1. | Folding tub bench | 5/2009-Life | Replace every 3years | Safety | $159.99 |
| **Rationale/Comments:** | | | | | |
| | | | | | |
| **Sources:** | | | | | |
| 1. | Sammons Preston.com | | | | |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan Medications | | |
|---|---|---|---|
| | **Routine Medications** | **Purpose** | **Cost** |
| | No medications are being utilized at this time. In the future Savannah could require a psychostimulant for management of attentional issues. | | |
| **Rationale/Comments** | | | |
| | | | |
| **Sources:** | | | |
| | | | |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| Source | Life Care Plan Supplies and Equipment | | |
|---|---|---|---|
| | Supplies/Equipment | Duration of Need | Cost |
| 1. | Pull ups approximate use 6/day size 5 See Note* | 2 years | 1.43 ea. estimate 6/day |
| | Rationale/Comments: | | |
| | * Note-it is anticipated that Savannah will be fully potty trained within the next two years. | | |
| | Sources: | | |
| 1. | CVS | | |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan Home/Facility Care | | | |
|---|---|---|---|---|
| | Home Care | Age/Year Initiated through Age/Year Suspended | Hours/Shifts/Days of Care | Cost |
| 1. | Home care support | 5/2009 to age 22/2025 | 40-45hrs/wk plus 2 full weeks of 24/7 care | Live Out Nanny with experience managing child w/special needs $12-$15/hr

$1,800 application fee. If placement doesn't work out within year one the family will not be required to pay the $1,800 again. |
| 2. | **Option 1:** Community-based living with full-time caregiver | 22/2025-Life | 24/7 live-in | $170-$456/day |
| 3. | Day Program/Sheltered Workshop | 22/2025- estimated age 55 | 5 days /wk for 48-50wks/yr | $30-$95/day (6hrs) |
| | House cleaning- for heavy cleaning not provided by caregiver | 22/2025-Life | 1-2x/mo | Allowance of $75-$100/visit .Cost will vary depending on residence selected |
| 4. | Case Management | 22/2025-Life | 12-14 hrs /yr | $85/hr |
| **Rationale/Comments:** | | | | |
| | | | | |
| **Sources:** | | | | |
| 1. A Choice Nanny 813-254-8687, Nannies Who Care 727-455-6354 & Nanny Poppinz 813-375-9862
2. Visiting Angels 813-985-1200, Care First Home Care 813-985-8800, Comfort Keepers 813-935-3600
3. Quest, Inc 407-218-4300, McDonald Training Center 813-817-2823 & Hillsborough Achievement and Resources Centers 813-951-5655
4. Southern Catastrophic Management Services, Inc. | | | | |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

13

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan Home/Facility Care- Residential Placement | | | |
|---|---|---|---|---|
| | Residential Placement | Age/Year Initiated through Age/Year Suspended | Hours/Shifts/Days of Care | Cost |
| 1. | **Option 2:** Supported Living Group Home Placement | 22/ 2025-Lifetime | 24/7 care and supervision | Association for Retarded Citizens, Tampa $1,600-$4,000/mo inc. room and board, transport<br><br>Angels Unaware, Tampa $1,144.50-$6,429.21/mo |
| 2. | Day Program/Sheltered Workshop | 22/2025- estimated age 55 | 5 days /wk for 48-50wks/yr | $20-$95/day (6hrs) |
| 3. | Case Management | 22/ 2025-Lifetime | 12-14 hrs/yr | $85 |
| 4. | **Option 3:** Supported Living Residential Placement | 22/ 2025-Lifetime | 24/7 residential care | Florida Institute for Neurological Rehabilitation, Wauchula $800/day includes medical care, therapies, activities and room and board |

| Rationale/Comments |
|---|
| |

| Sources: |
|---|
| 1.  ARC 813-931-3300 & Angels Unaware, Tampa<br>2.  Quest, Inc 407-218-4300, McDonald Training Center 813-817-2823 & Hillsborough Achievement and Resources Centers 813-951-5655<br>3.  Southern Catastrophic Management Services, Inc.<br>4.  Florida Institute for Neurological Rehabilitation 800-697-5390 |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

14

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:  07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan Future Medical Care — Routine | | | | |
|---|---|---|---|---|---|
| 1. | Physiatrist | 5/2009-Life | 2x/yr until age 18; thereafter 1x/yr | Health Management | $60-$88 |
| 2. | Neurologist | 5/2009-Life | 2-4x/yr | Health Management | $125-$376 |
| 3. | Ophthalmologist | 5/2009-Life | 2x/yr until age 8;thereafter 1x/yr | Health Management | $65-$110 |
| 4. | ENT/Audiologist | 5/2009-Life | 1x/yr | Health Management | $40-$97 |
| 4. | Hearing Test | 5/2009-Life | 1x/yr | Health Management | $83-$192 |
| 5. | Orthopedist | 5/2009-Life | 1x/yr | Health Management | $150-$200 |
| 6. | Radiology Studies  X-rays- pelvis  Spine (Scoliosis films) | Yearly until age 18, thereafter as needed  Yearly until age 18 | Yearly until age 18, thereafter as needed  Yearly until age 18 | Health Management | $45-$65  $40-$44 |
| 7. | Bone density testing | 5/2009-Life | 3x over life | Diagnostic | $81-$125 incl. radiologist fee |
| 8. | Sedated dental care | 5/2009-Life | 2x/yr | Dental Care | $35 for basic sedation (possible-not included in lifetime totals) |
| 9.. | Chiropractor* | 5/2009-Life | As needed | Chiropractic treatment | $40 |
| **Rationale/Comments:** | | | | | |
| * This is not standard of care treatment but it is requested by the family. Savannah is currently seeing Dr. Bain 2 x/wk. Not include in lifetime totals. | | | | | |
| | | | | | |
| 1. | Paul Kornberg, MD 813-228-7696 & Roberto Perez-Millan, MD 813-873-2800 | | | | |
| 2. | Pediatric Neurology Associates 813-878-2191, Tampa Neurology Associates 813-872-1548 & West Coast Neurology 813-879-7816 | | | | |
| 3. | Tampa Eye Clinic 813-877-2020 & Florida Eye Clinic 813-972-4444 | | | | |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| | |
|---|---|
| 4. | Tampa Bay ENT & Cosmetic Surgery 813-879-8045 ENT Associates 813-925-5000 |
| 5. | Florida Orthopaedic Institute (813) 978-9700 |
| 6. | SDI Diagnostic Imaging 813-353-9729, Tampa Bay Imaging 813-386-3674, Tampa Diagnostic Center 813-874-7000 |
| 7. | Tower Diagnostic Center 813-874-7000 & SDI Diagnostic Imaging 813-353-3129 |
| 8. | A Safari of Smiles 727-834-8585 |
| 9. | Bain Family Chiropractic 813-907-9898 |

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| S o u r c e | Life Care Plan<br>Future Medical Care – Routine | | | | |
|---|---|---|---|---|---|
| | Routine Medical Care | Age/Year Initiated | Frequency of Visits | Purpose | Cost |
| 1. | Video EEG (see note) | As needed | | Needed if clinical seizure return | $2,248-$7445.65 |
| 2. | MRI w/o contrast (see note) | As needed | | Needed if clinical seizure return | $401-$420 |
| 3. | Mitrochondrial DNA (see note) | As needed | | Needed if clinical seizure return | TBD |
| 3. | CPK (see note) | As needed | | Needed if clinical seizure return | $23-$44 plus<br>Draw fee $15-$17 |
| **Rationale/Comments:** | | | | | |
| Note: Mitrochondrial DNA analysis, CPK, MRI w/o contrast and video EEG may be indicated in the future if clinical seizures return- Jose Ferreira, MD note 10/1/08 * The pricing of the Mitrochondrial DNA analysis requires additional information from Dr. Ferreira as there are several different types ranging in cost from $95-$3000 | | | | | |
| **Sources:** | | | | | |
| 1.  University Community Hospital 813-971-6000, St. Joseph's Hospital 813-870-4000 & Tampa General Hospital 813-844-7000<br>2.  SDI Diagnostic Imaging 813-353-9729, Tampa Bay Imaging 813-386-3674 & Tampa Diagnostic Center 813-874-7000 | | | | | |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

17

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| Source | Life Care Plan Transportation | | | | |
|---|---|---|---|---|---|
| | Equipment Description | Age/ Year Purchased | Replacement Schedule | Purpose | Cost |
| 1. | Vehicle modification –retractable step – this item may not be required in the future. It is dependent on the type of car utilized by the family and caregivers | 5/2009-Life | Every 5-7 yrs if needed | Access vehicle | $995 |

| Notes: |
|---|
| Although Savannah will spend increased time in a wheelchair as she ages it is expected that she will be able to stand and pivot into a car seat. A van will not be necessary. |

| Sources: |
|---|
| 1.    Wheelchair Specialties 813-246-9116 |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| Source | Life Care Plan Therapeutic Recreation | | | | |
|---|---|---|---|---|---|
| | Activity Description | Social Camps or Programs | Age/Year of Purchase or Attendance | Replacement or Attendance Schedule | Cost |
| | | Easter Seals Camp | Ages 6-16 | | $1,326-$2,187 for either 6 or 12 day session, respectively |
| Rationale/Comments: | | | | | |
| | | | | | |
| Sources: | | | | | |
| | | | | | |

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client: Savannah Hill
DOB:   07/27/03

Report Date:   4/13/2009

| Life Care Plan Architectural Renovations | |
|---|---|
| **Accessibility Needs** | **Cost** |
| Although Savannah will require the use of a wheelchair as she ages it is anticipated that she will be able to walk around her residence. She will require stair railings, grab bars and other devices to ensure safety. | Allowance of $2500 over lifetime |

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

Susan Riddick-Grisham, BA, RN, CCM, CLCP
Life Care Manager, LLC
3126 West Cary Street, #137
Richmond, VA 23221
800-252-1094

Client:  Savannah Hill
DOB:   07/27/03

Report Date:  4/13/2009

| Source | Life Care Plan<br>Future Medical Care – Possible Surgical Intervention or Aggressive Treatment Plan | | | | |
|---|---|---|---|---|---|
| | Treatment | Age/Year Initiated through Age/Year Suspended | Frequency of treatment | Purpose | Cost |
| 1. | Botox injection | 5/2009-18/2021 thereafter as needed | 2-3 x/yr | Spasticity management | $1,000-$3,000 ea. |
| 2. | Gait analysis | 5/2009 | 1-2 x only | Gait analysis | $2,141.38 |
| 3. | Orthopedic surgery- it is possible that Savannah will require orthopedic surgery in the future but the exact type of surgery cannot be identified at this time | Unable to predict | | Surgical correction | Unable to predict at this time |

**Rationale/Comments:**

**Sources:**
1. Paul Kornberg, MD 813-228-7696
2. Gait Lab St. Joseph's Hospital –Lauren Rose 813-870-4242
3. Source: Paul Kornberg, MD 813-228-7696

Format adapted from the *Guide to Rehabilitation*. Copyright (c) 1989, Paul M. Deutsch & Associates.

21