**Susan Riddick-Grisham, RN, BA, CCM, CLCP**
3126 West Cary Street, #137
Richmond, Virginia 23221
1-800-252-1094
(f) 804-559-6522
Cell: 804-310-5239

**Place and of Date of Birth:**

Binghamton, New York
January 20, 1954

**Education:**

 Elementary and High School
 Windsor, New York

Crouse Irving Memorial School of Nursing
Syracuse, New York
Diploma in Nursing 1976

B.A. -Business
American Intercontinental University
Dunwoody, Georgia 2004

1976-2009 Continuing education units/hours in nursing, rehabilitation, case management and life care planning

**Licensure:**

Commonwealth of Virginia
State Board of Nursing   #0001083200

**Certifications:**

Certified Case Manager
Certified Life Care Planner

**Organizations:**

Vice-Chair of the Foundation for Life Care Plan Research
International Academy of Life Care Planners
International Association of Rehabilitation Professionals
Case Management Society of America
Case Management Society of Virginia
North American Brain Injury Society
Brain Injury Association of Virginia
National Alliance of Medicare Set-Aside Professionals

1

American Academy for Cerebral Palsy and Developmental Medicine
Virginia Association of Rehabilitation Nurses (past)
Virginia Head Injury Foundation, Board of Directors (past)
H.I.G.H. (Head Injury Group Homes) Hopes of Richmond, Board of Directors (past)

**Appointments/Honors:**

Recipient of Lifetime Achievement Award in recognition of dedication and commitment to the practice of life care planning given by International Academy of Life Care Planners, The Foundation for Life Care Planning Research, the International Association of Rehabilitation Professionals, Georgia State University, Virginia Commonwealth University & MediPro Seminars awarded 10/2006
Advisory Board Sara Jane Brain Foundation
Advisory Board www.mdexonline.com
Advisory Board www.lifeexpectancy.com
Chair-Life Care Planning Summit 2002 & 2006
Advisor-Life Care Planning Summit 2008
Educational Committee-International Symposium on Life Care Planning-2007, 2008
Co-Chair Educational Committee-International Symposium on Life Care Planning-2009
Advisory Board for Community Rehab Services of Richmond, Virginia (past)
Case Manager Advisor to Medical College of Virginia Rehabilitation Research and Training Center (past)

**Presentations:**

The Use of Nurses in Auto Liability Cases- Crawford and Company, Richmond, Virginia, 1983

The Patient with Attorney Representation-Richmond Chapter of Occupational Therapists, Richmond, Virginia, 1987

Life Care Planning for Traumatic Brain Injury Patients-Tidewater Head Injury Association, 1988 & 1989

What is a Model System of Care- panel, The Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Medical College of Virginia, Williamsburg, Virginia, 1990

Reimbursement and Funding Issues in TBI Rehabilitation- panel, The Postgraduate Course in Rehabilitation of the Brain Injured Adult and Child, Medical College of Virginia, Williamsburg, Virginia, 1990

An Overview of Case Management Concepts- Medical College of Virginia Case Management Certification Training Programs in Traumatic Brain Injury, January 1991

Life Care Planning- Medical College of Virginia Case Management Certification Training Programs in Traumatic Brain Injury, January 1991

Medical Case Management Issues Involved in Working with the Individuals Who Have Sustained A Traumatic Brain Injury- Medical College of Virginia, 1991

Life Care Planning for TBI Patients Medical College of Virginia, Case Management Issues in Traumatic Brain Injury: Coma to Community, March 1991

The Medical Aspects of Traumatic Brain Injury and Spinal Cord Injury, Life Care Planning- Crawford & Company Health and Rehabilitation Services, Advanced Consultant Training, Atlanta, Georgia, March 1991

Teamwork at Work: Interpersonal Case Management- Individual Case Management Association Third Annual Conference, Dallas, Texas, July 1991.\

Life Care Planning - Pediatric TBI- Medical College of Virginia TBI Case Management Training Program, November 1991

Life Care Planning - Adult TBI- Medical College of Virginia TBI Case Management Training Program, November 1991

Funding Issues in TBI-(panel discussion), Medical College of Virginia TBI Case Management Training Program, November 1991

The Medical Aspects of Traumatic Brain Injury and Spinal Cord Injury, Life Care Planning- Crawford & Company Health and Rehabilitation Services, Advanced Consultant Training, Atlanta, Georgia, December 1991

Expanding Your Rehabilitation Practice - Developing Medical Legal Referrals- Third Annual Northwest Medical Case Management Conference, Portland, Oregon, February 1992

The Medical Case Manager as a Life Care Planner- Third Annual Northwest Medical Case Management Conference, Portland, Oregon, February 1992

Basic Overview of Traumatic Brain Injury, Spinal Cord Injury and Multiple Amputation Cases- Crawford & Company Health & Rehabilitation Services, Advanced Consultant Training, Atlanta, Georgia, March 1992

Life Care Planning-Crawford & Company Health & Rehabilitation Services, Advanced Consultant Training, Atlanta, Georgia, March 1992

Life Care Planning-Physical Rehab Grand Rounds, Medical College of Virginia, April 1992

Case Managers and Therapists: Developing a Therapeutic Alliance- co-presented with Robin McNeny, OTR, Practical Strategies for Scientifically Based Rehabilitation, The Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Medical College of Virginia, Williamsburg, Virginia, June 1992

Funding Issues in TBI-Plenary session panel-The Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Medical College of Virginia, Williamsburg, Virginia, June 1992

Life Care Planning for Adult and Pediatric Client-Practical Strategies for Scientifically Based Rehabilitation-The Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Medical College of Virginia, Williamsburg, Virginia, June 1992

Ethical Issues in Dealing with Catastrophic Injuries - Is It Really Teamwork- Guest Speaker, Greater Washington Rehabilitation Hospital and Lake Erie Institute of Rehabilitation, Silver Springs, Maryland, May 1993

Life Care Planning - A Step by Step Guide- ICMA (Individual Case Management Association) Fifth Annual Conference, Orlando, Florida, September 1993

The Medical Aspects of Traumatic Brain Injury and Spinal Cord Injury, Life Care Planning-Crawford & Company Health & Rehabilitation Services, Advanced Consultant Training, Atlanta, Georgia, December 1993

Case Management in the '90s- Association of Rehabilitation Nurses, Charleston, South Carolina, March 1994

Defending a Life Care Plan: How to Get the Best Results-American Association of Legal Nurse Consultants, Fifth Annual National Conference, Houston, Texas, April 1994

Brain Injury Services Workshop, Pediatric Case Study, Presenter, Virginia Department of Rehabilitative Services, Charlottesville, Virginia, April 1994

Expert Testimony: A Practical Guide for Rehabilitation Professionals- American Congress of Rehabilitation Medicine, 71st Annual Meeting, presented by Jeffrey S. Kreutzer, Ph.D., Susan N. Riddick, RN, CCM, and Nathan D. Zasler, MD, Minneapolis, Minnesota, June 1994

4

Business Opportunities for Future Growth- NARPPS National Conference, San Francisco, California, June 1995

Medical Issues Associated with Life Care Planning- NARPPS Advanced Pediatric Life Care Planning, San Diego, California, December 1995

First Ever Review and Prep Course for Certification in Life Care Planning- San Francisco, California, March 1996

The Role of the Life Care Planning Expert-U.S. Justice Department, Advanced Medical Malpractice Seminar Columbia, South Carolina, May 2-4, 2000

Life Care Planning, Expanding Your Practice- 6hour workshop for CARRP (California Association of Rehabilitation and Re-employment Professionals), Monterey, California, September 21, 2000

Best practice Strategies in Brain Injury Case Management- CMSA (Case Management Society of America) South Bay Chapter, San Jose, California, February 9, 2001

Comprehensive Standards Framework Applied to Medical Life Care Plans- University of Florida and Intelicus, Special Advanced Forensic Program, Orlando, Florida, March 24-25, 2001

Ethical Considerations in Life Care Planning and Expert Witness Testimony-panel presentation, University of Florida and Intelicus, Special Advanced Forensic Program, Orlando, Florida, March 24-25, 2001

Life Expectancy Issues in TBI, SCI,CP Cases-presented with David Strauss, PhD, FASA and Ann Neulicht, Ph.D., CLCP, LPC, CRC, CVE, CDMS, DABVE, an online continuing education program provided by mdexonline.com, March 28, 2001

New Markets for Life Care Planners- Intelicus 6th Annual   Life Care Planning Conference, October 20, 2001 New Orleans, Louisiana

Life Care Planning...The Next Generation-IARP Forensic Conference, December 12, 2001, New Orleans, Louisiana

Use of the Life Care Planner in Brain Damaged Baby Cases- Lecturer and panel participant, an online continuing education program provided by mdexonline.com, February 6, 2002

Understanding the Life Care Plan Process: Strategies and Guidelines- presented with Ann Neulicht, Ph.D., CLCP, LPC, CRC, CVE, CDMS, DABVE, 4 hr pre-conference program, IARP Annual Conference, April 18, 2002

Getting Involved-Life Care Planning Advanced Practice Program by Intelicus/University of Forida, program coordinator and speaker, Chicago, Illinois, May 18, 2002

Life Care Planning Summit 2002" <u>Program Chair</u>, professional meeting of Life Care Planners, Chicago, Illinois, May 19, 2002

Life Care Planning As A Tool for Pediatric Case Management- Virginia Association of Rehabilitation Nurses, Children's Hospital, Richmond, Virginia, April 4, 2003

Strength-Based Life Care Planning. International Association of Rehabilitation Professionals Annual Forensic Meeting,San Antonio, TX Nov. 2004

Life Care Planning for the Pediatric Patient- Presentation to the Canadian Institute of Life Care Planners. Toronto, ON. April 7, 2005

Ethical Issues in Brain Injury Litigation: Life Care Planning-panel. Contemporary Forums, Washington, DC April 27, 2005

Establishing the Life Care Plan and Costs of Care-Contemporary Forums. Washington, DC April 28, 2005

Ethical Issues in Brain Injury Litigation: Life Care Planning: panel - Contemporary Forums. Seattle, Washington, May 9, 2005

Life Care Planning in Brain Injury Cases-Contemporary Forums. Seattle, Washington, May 13, 2005

Life Care Planning Summit 2006-<u>Program Chair</u>, professional meeting of Life Care Planners, Chicago, Illinois, May 2006

Pediatric Life Care Planning and Case Management- Case management Society of America (Virginia), November 8, 2007

**Articles/Book Chapters:**

Weed R. & Riddick, S. (1992). Life care plans as a case management tool. The *Individual Case Manager Magazine*, 3(1), 26-35. (Feature Article)

Riddick, S. & Roughan, J., (October 1992). The ultimate discharge plan; the case management approach to life care planning; *Continuing Care Magazine*. (Feature article.)

Riddick, S. & Zasler, N. (October 1992). Case managers affect the long-term interests of clients. *Virginia Lawyers Weekly*

6

Riddick, S. (1993).  Life care planning.  *Case Management for Health Care Professionals*, Chapter 10.  Precept Press.

Riddick - Grisham, S. & Weed, R (1996).  Life care planning process for managing catastrophically impaired patient; *Case Studies in Nursing Case Management*, Chapter 5.  Aspen Publishers.

Waaland, P. & Riddick- Grisham, S. (1996). School services: a resource often utilized in pediatric life care planning, *Inside Life Care Planning* Vol1.No 6

Riddick-Grisham, S (1996). Personal Interview, *Inside Life Care Planning* Vol1. No 6

Riddick-Grisham, S & Weed, R. (1999). The Role of the Nurse Case Manager in Life Care Planning, In R. Weed (Ed) *Life Care Planning and Case Management Handbook* 1st ed, Chapter 3, Boca Raton, FL:  CRC Press

Neulicht, A, Riddick-Grisham, S, Hinton, L, Costantini, P, Thomas, R & Goodrich, B. (2002). Life Care Plan Survey 2001: process, methods and protocols. *The Journal of Life Care Planning*, invited article, Athens, GA: Elliott & Fitzpatrick

Riddick-Grisham, S. (2003).  Life care planning summit 2002.  *Journal of Life Care Planning*, 2(2), 73 – 101, Athens, GA: Elliott &  Fitzpatrick

Riddick-Grisham, S. (2004). The Role of the Nurse case manager in life care planning, In R. Weed (Ed) *Life Care Planning and Case Management Handbook* 2nd ed, Chapter3, Boca Raton, FL: CRC Press

Riddick-Grisham. S. (Ed). (2004). *Pediatric life care planning and case management* . Boca Raton, FL: CRC Press

Riddick-Grisham. S. (2004). The Role of the Life Care Planner in Pediatric Life Care  Planning. In S. Riddick-Grisham (Ed) *Pediatric Life Care Planning and Case Management*, Boca Raton, FL: CRC Press

Neufeld, J.A., Monasterio, E., Livingstone, L. A., Taylor, L. A., Riddick-Grisham, S. & Taylor, R. (2004). Life Care Planning for Children with Neurodevelopmental Disabilities. In S. Riddick-Grisham (Ed) *Pediatric Life Care Planning and Case Management*, Boca Raton, FL: CRC Press

Riddick-Grisham, S. (2004-2005). Monthly column- Ask A Life Care Planner, In *LNC Resource:* Chesterfield, MO

Riddick-Grisham, S. (2005). Lifetime Medical Cost Projections: Not a Life Care Plan. *LNC Resource* Vol2 No. 6 : Chesterfield, MO

7

Riddick-Grisham, S. (2006). Life Care Planning. *Nursing Malpractice* 3rd Ed. Lawyers and Judges Publishing Company, Inc: Scottsdale, AZ

Riddick-Grisham. S.(2006) Guest editor: Special Issue on Life Care Planning: *Brain Injury Professional*. North American Brain Injury Society: HDI Publishers: Houston, TX

Riddick- Grisham, S. & Taylor, R. (2006). Life Care Planning for the Client with a Brain Injury. *Brain Injury Professional*. North American Brain Injury Society: HDI Publishers: Houston, TX

Riddick-Grisham, S. (2006). 2006 Life Care Planning Summit Proceedings, *Journal of Life Care Planning*, 5(3), 57-89, Athens, GA: Elliott & Fitzpatrick

Riddick-Grisham, S. (expected 2009). The Role of the Nurse Case Manager in Life Care Planning, In R. Weed & D. Berens (Eds.) *Life Care Planning and Case Management Handbook*, 3rd ed. Boca Raton, FL: CRC Press.

**Experience:**

Present                    The Care Planner Network

                        3126 West Cary Street, #137
                        Richmond, Virginia 23221
                        1-800-252-1094
                        www.careplanners.net

The mission of The Care Planner Network is to support, enhance and promote the specialized practice of life care planning. The Care Planner Network is dedicated to improving the reliability and validity of the life care planning process by narrowing the variance in practice patterns, and by providing resources and networking opportunities to all practicing life care planners. Started in 2002 following a request from the field for a centralized meeting site for life care planners.

Present                    Life Care Manager, LLC

                        3126 West Cary Street, #137
                        Richmond, Virginia 23221
                        1-800-252-1094
                        www.lifecaremanager.com

Care management of catastrophically injured individuals, life care planning and case management professional education and training,

consultation/mentoring of other life care planners, life care planning consultation, patient and family disability education, research and writing.

  1991 - 1999        <u>Susan N. Riddick & Associates, Inc</u>.
                            P.O. Box 271827
                            Concord, California 94527
                            (925)-253-8674

Care management of catastrophically injured individuals, life care planning and case management professional education and training, consultation/mentoring of other life care planners, life care planning consultation, patient and family disability education, research and writing.

September, 1994 -  <u>Vice President for Network Management Services</u>
March, 1995           <u>Paradigm Health Corporation</u>
                            4807 Radford Avenue, Suite 108
                            Richmond, VA  23230-3539
                            (804) 358-9611

Recruitment, supervision and training of a national network of catastrophic injury medical case managers. Established recruitment orientation and training programs.

October, 1993 -     <u>Regional Vice President, Patient Services Division</u>
September, 1994   <u>Paradigm Health Corporation</u>
                            4807 Radford Avenue, Suite 108
                            Richmond, VA  23230-3539
                            (804) 358-9611

Supervision and management of outcome oriented case management in catastrophic injury cases.  National work in collaboration with Strategic Partnerships (sales and marketing) to provide training to various insurance companies both on a local and national level.

February, 1984-     <u>President, Medical Consultant, RN</u>
November, 1990    <u>Health Information Resources, Inc.</u>
                            2612 West Cary Street
                            Richmond, Virginia  23220
                            (804) 353-3707

Care management of catastrophically injured individuals, life care planning and case management professional education and training, consultation/mentoring of other life care planners, life care planning

consultation, patient and family disability education, research and writing.

1982 – 1985        Crawford Health and Rehabilitation Services
                   Richmond, Virginia
                   (804) 288-2847

Case management services to disabled individuals, coordination of community and agency resources, medical bill audits, consultation to a major medical malpractice insurance carrier including review of medical records, physician and treatment team interviews and analysis of the malpractice claims.

Coordination of medical activities in Workers' Compensation and auto accident cases, development of rehabilitation plans and disability costs analysis reports, case management professional education and supervision of nursing and vocational professionals.

1981 – 1982        Riddick Communications Corporation

Production Manager for a video production unit providing education and training tapes to industrial settings.  Developed a "Prevention of Back Injury" video for Philip Morris.

1979 – 1981        Occupational Health Nurse Administrator, R.N.
                   Allied Chemical Corporation
                   Syracuse, New York

Developed in-house occupational health screening programs, i.e. asbestos and mercury,reported directly to the medical director in providing supervision of staff RNs providing treatment in the emergency care areas and training and program design employee education programs.

1978 – 1979        Independent Occupation Health Consultant, R.N.

Worked with Allied Chemical Corporation establishing their first hearing conservation program.

1977 – 1978        Registered Nurse
                    Medical Personnel Pool
                   Syracuse, New York

Worked at a variety of health care settings providing direct patient care.

10

1976             <u>Charge Nurse, R.N.</u>
                 <u>New York State Department of Mental Hygiene</u>
                 Syracuse, New York

Provided nursing care and supervision of personnel in a mental health facility.

11