## ROBERT B. SKLAROFF, M.D.
### Associates
### MEDICAL ONCOLOGY/HEMATOLOGY

MEDICAL ARTS BUILDING - SUITE 130
50 East Township Line Road
ELKINS PARK, PA
19027-2253

Telephone:  (215) 663-8200
Facsimile:  (215) 663-8388
eFax:       (215) 754-4362

rsklaroff@comcast.net
http://www.doctor-bob.biz

| | |
|---|---|
| The Physician: | Solo-practitioner who started specialty professional activity in 1981: **Board-Certified** in Internal Medicine ('77) & Medical Oncology ('79). |
| | Fellow at Memorial Sloan-Kettering Cancer Center (1977) and Hahnemann University (1979): **output** included an equal number (~20, each) of academic papers and socio-economic pieces, plus hundreds of lecture-presentations (to peer/lay/media audiences) pertaining primarily to contemporary medical oncology and public health. |
| | Exposed to myriad practice-styles and patient-environments: **served** on (~12) medical staffs (presently on one) in community (suburban) and academic (urban) settings, plus in clinic and as *locum tenens*. |
| Professional Societies: | Served as President of Pennsylvania Society of Internal Medicine, as Corporate Member of Pennsylvania Blue Shield, and as Delegate to numerous organizations related to the American Medical Association and the American Society of Internal Medicine: **implemented** potent efforts to define the physician's cultural responsibility in society. |
| | Led Pennsylvania Medical Society Young Physicians Section (President-Elect), Philadelphia County Medical Society YPS (President), PCMS Interspecialty Section (Chair), PCMS North Branch (Director), PCMS Standing Committee on Medical Economics (Chair): **advised** Physicians News Digest (Editorial Board Member) and Better Business Bureau's Medical Advisory Board (Member). |
| Additional Services: | President of John F. Kennedy Memorial Hospital Medical Staff and Delegate to national/state/local Organized Medical Staff Section Medical Staff Section of the AMA; **mainstreamed** Continuing Quality Improvement concepts through multiple entities (primarily hospitals) in varied fashions. |
| | Quarter-century track-record tackling tobacco-related issues (smoking cessation and public policy), including Secretary of the Coalition for a Tobacco-Free Pennsylvania and authorship of Congressional Legislation (HR 4245) in 1996 (twice): **recipient** of American Cancer Society Volunteer Recognition Awards (in New York City and Philadelphia). |
| Experience: | Analyzed cases from internal medicine and specialty perspectives for plaintiffs/defendants and for managed-care insurers: **composed** Expert Reports that have identified core issues subject to litigation and included key references related to medical decision-making. |