**Eldon H. Nyhart, Jr.**
Biosynergetics, Inc.
P.O. Box 5045
Zionsville, Indiana 46077
email: en@biosynergetics.com     website: biosynergetics.com

| | |
|---|---|
| Education | Ph.D., Biopharmaceutics and Pharmacokinetics, 1984 |
| | Department of Industrial and Physical Pharmacy |
| | School of Pharmacy and Pharmaceutical Sciences |
| | Purdue University, West Lafayette, IN 47907 |
| | |
| | B.S., Biomedical Engineering, 1978 |
| | Department of Biomedical Engineering |
| | School of Engineering |
| | Vanderbilt University, Nashville, TN 37240 |
| Affiliations | |
| | National Merit Letter of Commendation, Rho Chi Honor Society, David Ross Fellow, Sigma Xi Scientific Research Society, American College of Clinical Pharmacology, American Society for Clinical Pharmacology and Therapeutics, American Association of Pharmaceutical Scientists, Indiana Health Industry Forum. |
| 1978 - 79 | Ultrasound Research Assistant, Indianapolis Center for Advanced Research, Indiana University Medical Center, Indianapolis, Indiana. |
| 1979 - 80 | Research Assistant, Department of Industrial and Physical Pharmacy, School of Pharmacy and Pharmaceutical Sciences, Purdue University, West Lafayette, Indiana. |
| 1980 - 84 | Teaching Assistant, Research Assistant, Research Fellow, Department of Industrial and Physical Pharmacy, Purdue University. |
| 1985 - 97 | Instructor, Department of Pharmacology and Toxicology, Department of Clinical Pharmacology, Indiana University School of Medicine, Indianapolis, Indiana. |
| 1984 - 98 | Scientist, Eli Lilly and Company, Indianapolis, Indiana. |
| 1998 - | President, Biosynergetics, Inc., Zionsville, Indiana. |

Extensive 20+ year experience with all manner of absorption, distribution, metabolism, elimination and effects associated with chemical entities in biological systems, as well as applied clinical pharmacology and industrial pharmaceutics.

Post-doctoral teaching responsibilities have included graduate lecturing and instruction for The Indiana University School of Medicine Departments of Pharmacology and Toxicology, and Clinical Pharmacology. Some drug classes investigated have included biosynthetic and isolated proteins and hormones, insulin-like growth factors, human growth hormones, anti-inflammatory agents, antibiotics, peripheral vasodialators, oncolytics, activated protein C, antipsychotics and psychotropic agents.

Various independent consulting engagements involving confidential company acquisitions, lawsuit support, and biotechnology contract research have been completed at Biosynergetics, Inc. Submission of several US and PCT patent and provisional patent applications supporting proprietary medical and energy technologies have been submitted in two research areas. Several US and numerous international (OUS) patents have been granted arising from these areas of investigation and assigned to Biosynergetics, Inc., with several other patents pending.