# CURRICULUM VITAE

## BIOGRAPHICAL DATA

C. Paul Sinkhorn
Office: 2642 Marley Drive
         Riverside, CA  92506  909-241-2745  Fax: 951-779-9189
cpaulsinkhorn@earthlink.net
Birthplace:  Merced, California

### PRE-PROFESSIONAL EDUCATION

Bremen High School   Midlothian, Illinois    9/66 - 6/70
University of Illinois   Urbana, Illinois       6/70 - 6/74   Degree: B.S. (Microbiology; Psych)

### MEDICAL SCHOOL

University of Illinois   Urbana, Illinois       8/74 - 6/75
University of Illinois   Chicago, Illinois      8/75 - 6/78   Degree: M.D.

### RESIDENCY

University of Arkansas Hospital    Little Rock, Arkansas
            Internship-OB/GYN   7/78 - 6/79
            Residency-OB/GYN    7/79 - 6/82
BOARD CERTIFIED- 12/06/84

### OTHER EDUCATION

Bachelor's degree (Summa cum laude; Valedictorian) in Information Technology from California
       Baptist University 1999
Elected to ALPHA CHI (national honor society)

### LICENSES

Arkansas
California

1

## RESEARCH EXPERIENCE

Assistant researcher in the following clinical drug studies:
    UPJOHN F2α-15 THAM prostaglandin for post-partum hemorrhage
    HOECHST-ROUSSEL CEFOTAXIME- third-generation cephalosporin for pelvic inflammatory disease
    SMITH-KLINE-FRENCH (CEFTIZOXIME)- third-generation cephalosporin for infection prophylaxis for cesarean sections
    Double-blind study comparing metronidazole with clotrimazole for efficacy in treatment of Gardnerella vaginal infections

## TEACHING and OTHER SPECIALTY EXPERIENCE

Medical student, nurse, and resident teaching 1978 - date, including extensive practical and didactic instruction
Clinical Associate- University of Illinois School of Medicine at Peoria, Illinois, 1982 - 1987
Co-Director of Family Practice Residency in OB/GYN at Methodist Medical Center, Peoria, Illinois 1982 - 1987
Built, owned, and operated STEPHANIE, a gourmet French-influenced restaurant in Peoria, Illinois, 1984-1987 (recipient of Wine Spectator's Best of Awards of Excellence)
Started Home Medical Diagnostics, a mail-order medical test company, 1986
Conceived, owned, and operated PURPLE TOES, a fine wine shop in Riverside, 1988-1990
Preceptor for University of California, Riverside Medical School, 1990-1998
Medical Student Promotions Committee 1997-2001 (UCR Medical School)
Member, UCR Medical School Curriculum Oversight Committee, 1998-1999
Associate Clinical Professor, University of California, Riverside Medical School, 1997-2005
Clinical Professor, University of California, Riverside Medical School, 2005-date
Asst. Course Coordinator, Introduction to Patient Care, University of California, Riverside Medical School, 1997-1998
Peer reviewer for California Medical Assn.
Past Sr. Vice President, Business Systems and Training, Inc.
Medical speaker for Glaxo Wellcome Pharmaceuticals, 1997-2000
Clinical Preceptor, Physician Assistant Program, Western University of Health Sciences
Teaching faculty, Arrowhead Regional Medical Center (didactic and clinical)
Co-Director, Arrowhead Regional Medical Center Residency Program in OB/GYN
Director of Pelvic Reconstructive Surgery, Arrowhead Regional Medical Center
Director of Operative Laparoscopy, Arrowhead Regional Medical Center
Clinical Associate Professor of Family Medicine, Western University of Health Sciences, 2001-2002
Clinical Associate Professor of OB/GYN, Western University of Health Sciences
Assistant Clinical Professor, David Geffen School of Medicine at UCLA, 2005-date
Adjunct Assistant Professor OB/GYN, Touro University Nevada, 2008-date
Manuscript reviewer, *NMS OB/GYN, fifth edition*, Lippincott Williams & Wilkins, 2003
Manuscript reviewer, *Obstetrics and Gynecology*, 2003-date

2

## MEDICAL SOCIETIES and ASSOCIATIONS

ALPHA OMEGA ALPHA (medical honorary)- elected 1977
AMERICAN COLLEGE OBSTETRICS AND GYNECOLOGY 1979- date
AMERICAN MEDICAL ASSOCIATION 1974- date
AMERICAN SOCIETY OF FORENSIC OB/GYNS 1998- date
    -President, 2000
AMERICAN SOCIETY OF LAW, MEDICINE, & ETHICS 1987- 2001
CALIFORNIA MEDICAL ASSOCIATION 1987- date
Surveyor for CALIFORNIA MEDICAL ASSOCIATION / INSTITUTE FOR MEDICAL QUALITY Hospital and Medical Staff Survey Committee (Consolidated Accreditation and Licensure Survey), 1991- 2003; recipient of 10-year service award 2001
RIVERSIDE COUNTY MEDICAL SOCIETY 1987- 2001
    -Professional Liability Committee 1990- 2001
        -Chairman, 1992 - 1998
    -Committee on Maternal and Child Health 1990- 1999
SAN BERNARDINO COUNTY MEDICAL ASSOCIATION 2001-date
    -Medical Review Advisory Committee 2001-date
    -Member, Board of Directors 2007-date
RIVERSIDE/SAN BERNARDINO OB/GYN SOCIETY 1989- date
AMERICAN ASSOCIATION GYNECOLOGIC LAPAROSCOPISTS 1986- date
SOCIETY OF LAPAROENDOSCOPIC SURGEONS 1993-1995
CALIFORNIA ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS 1995-1999
PLANNED PARENTHOOD OF PEORIA (1985 - 1987)
    -President, Medical Committee
    -Executive Committee
    -Education Committee
Advisor to RESOLVE (infertility support group) 1985 - 1986
Advisor to ORGANIZATION FOR CESAREAN EDUCATION AND PREVENTION 1982-1987
Advisor to CHILDBIRTH AND PARENTING EDUCATION ASSOCIATION 1982 - 1987
Diplomate of AMERICAN BOARD OF OBSTETRICS AND GYNECOLOGY 1984
Member, Board of Directors, RIVERSIDE COMMUNITY HEALTH PLAN IPA 1989-1994
    -Vice President, 1992 - 1994
    -Chairman, Subcommittee to study Conflict of Interest/ Confidentiality for Board Members and Employees 1992
    -Utilization Review Committee 1989-1997
    -Medical Review Committee 1989-1996
Past member of CHICAGO, ILLINOIS STATE, and PEORIA MEDICAL SOCIETIES
CALIFORNIA MEDICAL ASSOCIATION Certification in Continuing Medical Education
AMERICAN MEDICAL ASSOCIATION Physician's Recognition Award for Continuing Medical Education 1993-1997
Member, Board of Directors, INLAND EMPIRE OB/GYN IPA, 1997-2001
    -Vice-Chairman, 1998-2001
    -Scope of Services and Compensation Committees
AMERICAN COLLEGE OF PHYSICIAN EXECUTIVES 1998-2000
Verified Recommended Expert, A.M. Best Company, 2007-date

3

## CHARITABLE ACTIVITIES and AWARDS

Member, Exec. Board, EXECUTIVE 2000 (medical-business-community liaison group), 1990-1992
Member, Nominating Committee, EXECUTIVE 2000, 1992
Member, Board of Directors, RIVERSIDE COMMUNITY HOSPITAL FOUNDATION 1990-1996
Chairman, Health Education Committee, RIVERSIDE COMMUNITY HOSPITAL FOUNDATION
    1990- 1996
Member, Board of Directors, RIVERSIDE COUNTY PHILHARMONIC 1990- 1993
Moderator for Medical Education seminars for the public, VIP PROGRAM and RIVERSIDE
    COMMUNITY FOUNDATION 1990- 1996
Member, Health Consultation Committee for RIVERSIDE UNIFIED SCHOOL DISTRICT, 1993-97
Recipient, Chamber of Commerce First Place Award for Riverside Beautification, 1992
Recipient, Old Riverside Foundation Restoration & Preservation Award, 1992
Sponsor and Participant in 3rd Annual Survive Food Bank Show, Riverside, 1993
Member, Riverside City Tobacco Control Force, 1994
Staff Physician, RCH Woman's Health Screening Clinic, 1993
Charter Member, Cardiac 2000 Club, RCH Foundation, 1994
Member, Organizational Board for Women's Health Day, 1995-1996
Board member and Parliamentarian, PTA, Alcott Elementary School, 1997-1998
Board member and Parliamentarian, PTSA, Gage Middle School, 1997-2000
School Site Council Board Member, Polytechnic High School, 1998-2000
Certificate of Distinction, American Kidney Fund Board of Trustees
GIVE (Glaxo Wellcome's Investment in Volunteer Excellence) award, 1999
Polytechnic Digital High School Committee, 1999-2000
Award of Excellence for clinical teaching, Western University Physician Assistant Class of 2003
Award for Teaching Dedication for Western University medical students, 2006
Top 10% of peer reviewers for *Obstetrics and Gynecology* award – 2006
Golden Apple Award for OB/GYN teaching, Arrowhead Regional Med. Center, 2007

## STAFF APPOINTMENTS

Active Staff and Vice-Chairman OB/GYN Department, Methodist Medical Center,
    Peoria, Illinois, 1982 - 1987
Courtesy Staff, St. Francis and Proctor Hospitals, Peoria, Illinois, 1982 - 1987
Active Staff, Parkview Hospital, Riverside, California, 1992-2001; Courtesy Staff, 1987-1990, 2001-2002
Active Staff, Riverside Community Hospital, Riverside, California, 1987 - 2001
    -Vice-Chairman OB/GYN Department 1995-1996
    -Secretary/Treasurer of the Medical Staff 1997-2001
    -Chairman, Credentials Committee 2000-2001
Active Staff, Redlands Community Hospital, 2000-2005
Affiliate Staff, Redlands Community Hospital, 2005-date
Active Staff/teaching faculty, Arrowhead Regional Medical Center, Colton, California, 2000-date
    -Vice-Chairman OB/GYN Department 2003-date

## COMMITTEES

*Methodist Medical Center*
Infection Control
Credentials

4

Bridge Committee for fetal/newborn loss
Bioethics
Planning and Development
Osteoporosis study committee
CME Committee; Medical Library Committee
Cancer Coordinating
Medical Student Promotions (Peoria School of Medicine)
Epidural Anesthesia Development Committee
Infertility Clinic Committee
Committee for development of VBAC protocol

*Riverside Community Hospital*
Operating Room Committee
Surgical Committee
Obstetrical Unit Committee
Quality Improvement (Assurance) Committee
Utilization Review Committee (Riverside Community Health Plan-Riverside Physician Network)
Medical Review Committee (Riverside Community Health Plan-Riverside Physician Network)
Chairman, OB/GYN Clinical Committee (Riverside Physician Network)
RCH representative to the AMA Hospital Medical Staff Section
RCH representative to the CMA Hospital Medical Staff Section
Ad hoc committee for OB Protocols
Ad hoc committee for OR Block Scheduling
Ad hoc committee for development of OB Quality Improvement indicators
Subcommittee for study of COBRA OB regulations
Ad hoc committee for implementation of "Paperless" hospital information system
Perinatal Morbidity and Mortality Committee
Chairman, Laser Committee
Established Operative Laparoscopy/Laser Laparoscopy, VBAC, and Gynecologic Laser programs
RCH Medical Service Organization Task Force
Medical Advisory Board, RCH SurgiCenter
Bylaws Committee
Vice-Chairman, OB-GYN Department, 1994-1996
Committee for Hospital Computerization
OB/GYN Quality Review Committee
Committee for Reorganization of the Medical Staff
Medical Staff Secretary/Treasurer, 1997-2001
Executive Committee, 1997-2001
Search Committee, Operating Room Supervisor, 1998
Search Committee, Senior Vice-President for Medical Affairs, 1998
OB-GYN Hospital-Medical Staff Liaison Committee, 1998
Credentials Committee, 1998-2001
    -Chairman, 2000-2001
Quality Council, 1998-2001
Ad hoc Committee for Student and Resident education
Chairman, Finance Committee

*Parkview Community Hospital*
Judicial Review Committee, 6/92
Operating Room Committee
Consultant for JCAHO Survey, 1993

5

Nominating Committee, OB-GYN Department
OB-GYN Department Quality Review Committee
Cesarean rate study Committee

*Arrowhead Regional Medical Center*
Operative and Other Invasive Procedures Committee
Utilization Management Committee
Health Information Management Committee; Chairman 2006-
Credentials Committee; Chairman 2008-
Physician Advisory Committee on Electronic Medical Record
Bylaws Committee
Computerized Order Entry Committee
Operating Room Task Force
Quality Management Committee
Medical Executive Committee
Nominating Committee

## PRESENT POSITION

Active Staff / faculty and Vice-Chairman of Women's Health at Arrowhead Regional Medical Center,
    Colton, San Bernardino County, California, 2000-date
Courtesy Staff, Riverside Regional Medical Center, Moreno Valley, California, 2007-date
(Affiliate Staff, Redlands Community Hospital, 2005)
(Private practitioner in Obstetrics and Gynecology, Redlands, California, 2000-2004)
(Private solo practitioner in Obstetrics and Gynecology, Riverside, California 1990-2001)
(Private solo practitioner in OB/GYN, Peoria, Illinois, 1982-1987)
(Private group practice in OB/GYN, Riverside, California, 1987-1990)

## SPECIAL INTERESTS AND QUALIFICATIONS

High-risk Obstetrics
Operative gynecology, including pelvic reconstructive surgery and operative laparoscopy
Family planning
Computer science
Fine wine