[Home]   [Services/Fees]   [Contact]   [CV]

[Home]

[Services/Fees]

[Contact]

[CV]

# David M. Priver, MD, FACOG

500 W. Harbor Drive, Unit 721

San Diego, CA 92101

## Curriculum Vitae
Last revised 12/2007

### Professional

- 33 years in the private practice of Obstetrics and Gynecology

- President of the San Diego County Medical Society 1996-1997

- Extensive media experience leading to skill as a public speaker

- Author of adopted AMA Resolution: "Peer Review of Expert Medical Witness Testimony" December 1997

### Qualifications

- Consultant to various law firms. Reviewed OB/GYN cases for both plaintiff and defense.
- Member of numerous hospital peer review committees; reviewed many OB/GYN cases.

- Chief of OB/GYN Section at Sharp Cabrillo Hospital 1982 – 1998.
- Chair of the Department of Surgery at Harbor View Hospital 1990-1992.
- Member of OB/GYN Morbidity and Mortality Committee at Sharp Memorial Hospital in San Diego from 1990-1996.
- Member of OB/GYN Supervisory Committee - Sharp Mary Birch Hospital, 2000 – 2002.
- Member of Obstetric Operations Committee - Sharp Mary Birch Hospital 2003-2007
- Member of California Medical Association Professional Liability Committee, 1997 – 2005.

## Employment

- 1979 - 2007: Private practice of OB/GYN - San Diego Women's Medical Clinic, San Diego, California.
- 1998 - present: Staff physician - La Maestra Family Medical Clinic, San Diego, California.
- 1998 - 2003: OB/GYN consultant to EBEM Women's Clinic, San Diego, California.
- 1998 - 2001: OB/GYN consultant to California Forensic Medical Group providing OB/GYN care to juveniles confined at the San Diego Juvenile Hall.
- 1974 - 1979: Private practice of OB/GYN at Northwest OB/GYN Associates, PC in Detroit, Michigan.

## Education

- 1971 - 1974: Residency in OB/GYN at Sinai Hospital of Detroit.

- 1970 - 1971: Rotating internship at Sinai Hospital of Detroit.

- 1966 - 1970: Medical school at Wayne State University in Detroit, Michigan.

## Organizations

- 1999 - present: Member, American Society of Forensic Obstetricians and Gynecologists.
- 1986 - 2001: Member, American Association of Gynecologic Laparoscopists.
- 2001 - present: Board of Directors, San Diego Gynecological Society.
- 1979 - present: Member, San Diego Gynecological Society.
- 2001 - 2007: Chair, California Medical Association District One delegation.
- 1991 - present: Member, California Medical Association District One delegation.

- 1997 - 2005: Member, California Medical Association Professional Liability Committee.
- 1979 - present: Member, California Medical Association.
- 1996 - 1997: President, San Diego County Medical Society.
- 1995: Secretary, San Diego County Medical Society.
- 1989 - 1994: Councilor, San Diego County Medical Society
- 1979 - present: Member, San Diego County Medical Society
- 1974 - present: Member, American Medical Association.
- 1974 - present: Member, American College of Obstetricians and Gynecologists.
- 2005 Vice-President, Center and Coalition for Ethical Medical Testimony

## Honors and Awards

- 1999: Public Service Award from San Diego Lawyer's Club
- 1998: Team Leader, Project Well Born. Headed team providing obstetrical lecture series in Lithuania.

[Home]   [Services/Fees]   [Contact]   [ CV]

Send mail to dpriver@aol.com with questions or comments about this web site.
Copyright © 2004 OB/GYN Expert Witness Services
Last modified: December 26, 2007