


## CURRICULUM VITAE    JERRY WALTER BUSH, M.D.

### EDUCATION
M.D. Degree University of Alabama School of Medicine 1983
B.S. Pharmacy Auburn University 1979
B.S. Law Saratoga University (Correspondence) 2003

### RESIDENCY & INTERNSHIP
Internal Medicine Carraway Methodist Medical Center Birmingham, AL   1983-86

### CERTIFICATIONS
Board Certified Internal Medicine 1988
Certified Medical Review Officer 1999
   (Recertification 2004)
Certified Independent Medical Examiner 2000
Certified Physician Buprenorphine Treatment of Opiate Addicted Patients
   (Special Additional DEA Number  XB2719687)

### AWARDS
President's Award Auburn University School of Pharmacy 1979
   (Graduated First in Class & First in Class Junior Year)
Physician's Recognition Award from AMA 2002/03
Community Service Award  2009  (Hands-of Hope Homeless Shelter Griffin, GA Medical Clinic)

### SPECIAL
Medical Director Bradford-Parkside Chemical Dependency Unit, Wetumpka, AL  1993-95
Clinical Drug Research at Southern Drug Research, Tallassee, AL  1990-98
Candidate for Coroner Spalding County, Georgia 2004
Medical Director Hands-of-Hope Homeless Shelter Medical Clinic 2007-09

### EMPLOYMENT
McIntosh Trail Family Practice Griffin, GA 2005-present
Private Practice Griffin, GA  2003-2005
Eagles Landing Family Practice McDonough, GA 2001-03
Family Medical Center Griffin, GA 1998-2001
Private Practice Elmore County, AL 1987-98
Rural Health Initiative Brundidge, AL 1986-87

### LEGAL
 Certified Medical Expert in Pharmacology/Toxicology (State and Federal Courts)
 Experience Cases Multiple States and International

### PUBLICATIONS  (Submitted or Published)

1

Chapter on Fen-Phen Medications submitted Gem Publishing 1997
*"An Interesting Pharmaco-Legal Case"* submitted for publication,
 American College of Forensic Examiners (ACFE) Submitted 2004
*"Pharmacology of Shaken Baby Syndrome"* Rio Grande Valley Magazine

**MEDICAL LICENSES**
Georgia
Alabama

**NUMBERS**
Alabama License 11435
Georgia 046373
DEA AB2719687
Buprenorphine-Special DEA XB2719687
UPIN C73-109
NPI 1952425858
American Board Internal Medicine 110178

**CONTACT INFORMATION**
Email:          jer5731@aol.com
Web page:   www.drjerrybush.com
Cell Phone:  770-337-6995
Fax:            770-233-6229
Office Phone: 770-228-5407
Office Address:   McIntosh Trail Family Practice
                        747 South Hill Street
                        Griffin, GA  30224


Revised CV 06.15.09

2