In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

## PRIOR TESTIMONY
## SUSAN RIDDICK-GRISHAM
### Life Care Planner

| Date | Case Name | Court/Agency | Case Number | Attorney/Firm | Testimony |
|------|-----------|--------------|-------------|---------------|-----------|
| 2003 | Klemz v. USA | U. S. District of Southern District of California | 00CV1240 | Steve Poliakoff (D) San Diego, CA | Trial |
| 2003 | Allen v. Gamache, M.D. | Fredericksburg Circuit Court | CL 2001 206 | Malcolm McConnell (P) Fredericksburg, VA | Trial |
| 2003 | Wright v. V. Gustavo A. Rossi, M.D. | Arlington Circuit Court | At Law No: O2 404 | William E. Artz (P) Arlington, VA | Deposition |
| 2004 | Smith v. USA | U. S. District of Southern District of California | 01 CV 2356 | Kathryn A. Snyder (D) San Diego, CA | Deposition |

1

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| 2004 | Wiley v. Oliver Kreitman | Arlington Circuit Court | CAL03-19465 | William E. Artz (P) Arlington, VA | Deposition |
|---|---|---|---|---|---|
| 2004 | Stafford v. James Holt, M.D. | Chatham County Civil Superior Court | 00 CVS 419 | Renee Crawford (D) Raleigh, NC | Deposition |
| 2004 | Phyllis Hodges v. Wyeth, et al | State Court of Fulton County | 2002-VS-043365A | C. Andrew Childers (P) Atlanta, GA | Deposition |
| 2005 | Cheryl Keller v. AHP, Inc | Superior Court of New Jersey Middlesex County | Docket No. MIDL 8431-02-MT | Mohammad A. Syed (P) Washington, DC | Deposition |
| 2005 | Niccoal DeLeo v. Handler, | Denver County District Court | No 97 | Matt Groves (D) Denver, CO | Deposition |
| 2005 | Aaron P. Aldaco v. George Matthews, D.O. | Unknown | Unknown | Lisa Adrian McPherson (D) Wichita, KS | Deposition |

2

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| 2005 | Robert Parker v. Med Staff, Inc | Prince William County | At Law No. 58327 | William E. Artz (P) Arlington, VA | Deposition |
|---|---|---|---|---|---|
| 2005 | Sharon L. Scott v. Subaru et.al | Circuit Court Culpepper County, VA | Law No. 2003-L-295 | Mark A. Towery (P) Fairfax, VA | Deposition |
| 2005 | Christina Williams, et al. v. The Charlotte-Mecklenburg Hospital Authority | County of Mecklenburg, NC | 04 CVS 3765 | Mindy B. Newman (P) Charlotte, NC | Deposition |
| 2005 | Sharon L. Scott v. Subaru et.al | Circuit Court Culpepper County, VA | Law No. 2003-L-295 | Mark A. Towery (P) Fairfax, VA | Trial |
| 2005 | Allen v. Gamache, M.D. | Fredericksburg Circuit Court, VA | CL 2001 206 | Malcolm McConnell (P) Richmond, VA | Trial |

3


In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| 2005 | Woodfork v. Bhagya Lakshmi Puppala, MD, Thomas Sheagren, MD, Keeey Evans, D.O., Jennifer Flynn, MD, Advocate Medical Group and Lutheran General Hospital | Circuit Court of Cook County, Chicago, IL | CL 02 L 4340 | Lisa M. Spelson (P) Chicago, IL | Deposition |
|---|---|---|---|---|---|
| 2005 | Gordon v. CTA | Circuit Court of Cook County, Chicago, IL | Case No. 02L 1306 | Daniel Dreiser (D) Chicago, IL | Trial |
| 2005 | Gordon v. CTA | Circuit Court of Cook County, Chicago, IL | Case No. 02L 1306 | Daniel Dreiser (D) Chicago, IL | Deposition |
| 2005 | Granata v. Fruiterman | Circuit Court for the County of Fairfax, VA | Law Nos. 225621 and 225622 | Robert H. Hovis, III (P) Annandale, VA | Deposition |
| 2006 | Cooley v. Bradford King | Fredericksburg Circuit Court, VA | CL05-20 | Malcolm McConnell (P) Richmond, VA | Deposition |

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| 2006 | Ivanov v. Kaiser Premenante | Hawaii (additional information being obtained) | | William E. Artz (P) Arlington, VA | Deposition |
|---|---|---|---|---|---|
| 2006 | Cooley v. Bradford King | Fredericksburg Circuit Court, VA | CL05-20 | Malcolm McConnell (P) Richmond, VA | Trial |
| 2006 | Granata v. Fruiterman | Circuit Court for the County of Fairfax, VA | Law Nos. 225621 and 225622 | Robert H. Hovis, III (P) Annandale, VA | Deposition |
| 2006 | Granata v. Fruiterman | Circuit Court for the County of Fairfax, VA | Law Nos. 225621 and 225622 | Robert H. Hovis, III (P) Annandale, VA | Deposition |
| 2006 | Allen v. Gamache, M.D. | Fredericksburg Circuit Court, VA | CL 2001 206 | Malcolm McConnell (P) Richmond, VA | Trial |

5

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| | | | | | |
|---|---|---|---|---|---|
| 2006 | Davenport v. John A. Long, JR, M.D, Individually and d/b/a Virginia Radiological Associates, PLLC, and Virginia Radiological Associates, PLLC, | Circuit Court Arlington, VA | CL 05-201 | Malcolm McConnell (P) Richmond, VA | Deposition |
| 2007 | Davenport v. John A. Long, JR, M.D, Individually and d/b/a Virginia Radiological Associates, PLLC, and Virginia Radiological Associates, PLLC, | Circuit Court Arlington, VA | CL 05-201 | Malcolm McConnell (P) Richmond, VA | Trial |
| 2007 | Shi v. Coach USA | San Francisco Circuit Court, CA | | Kenneth Ward (D) Walnut Creek, CA | Deposition |

6

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| 2007 | Shi v. Coach USA | San Francisco Circuit Court, CA | | Kenneth Ward (D) Walnut Creek, CA | Trial |
|---|---|---|---|---|---|
| 2007 | Fesco v. North American Railnet | Chicago, IL | CL 04-L-257 | Gregory Coplan (P) Oak Park, IL | Deposition |
| 2007 | Fletcher v. James W. Melisi, M.D. | Circuit Court for the County of Fairfax, VA | CL-2006-1884 | Mary Catherine Sheridan (P) Fairfax, VA | Trial |
| 2007 | Procunier v. Burlington Northern & Santa Fe Railway Co., et al. | Circuit Court of Cook County, Chicago, IL | 03-1-015896 | Colin O'Maley (P) Chicago, IL | Deposition |
| 2007 | Mayo v. Hampton Sydney College, et al. | Richmond City Circuit Court | 5185.000 | Colleen Quinn(P) Richmond, VA | Deposition |

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| 2007 | Garcia v. Joseph A. Watson, M.D., Valley Hospital Medical Center, Inc, et al. | Las Vegas, NV | A454816 | Greg Coyer, (P) Las Vegas, NV | Deposition |
|---|---|---|---|---|---|
| 2007 | Garcia v. Joseph A. Watson, M.D., Valley Hospital Medical Center, Inc, et al. | Las Vegas, NV | A454816 | Greg Coyer, (P) Las Vegas, NV | Trial |
| 2007 | Jonah Barack PPADonna Barack v. Yale New Haven Hospital, et al | Bridgeport, CT | CV 0377548 S | Michael Neubert (D) Bridgeport, CT | Deposition |
| 2008 | Omayra Roman-Escalera, on behalf of her minor son, Kenny J. Merrero-Roman, et al v. Metro Coach | Hato Rey, PR | Civil No: 07-159 Federal District Court of PR | Renato Barrios (P) Hato Rey, PR | Deposition |
| 2008 | Nayeli Snachez v. Greater Dedicated Transport, L.P., ET AL | San Antonio, TX | Case No. 226-774-C | Jon Hyde (P) San Antonio, TX | Deposition |

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| | | | | | |
|---|---|---|---|---|---|
| 2008 | MLM, A Minor, By and Through her Conservator, The Midwest Trust Company of Missouri v. Salina Regional Health Center, Inc. and Lisa Gard, MD | Kansas City, Missouri | Case No. 06-2411JWL | Stanford Smith, Jr. (D) Wichita, KS | Deposition |
| 2008 | Cary v. U.S. | Norfolk, VA | Civil Action # 4:07ev112 Federal Court | Kent Porter (D) Norfolk, VA | Deposition |
| 2008 | Cary v. U.S. | Norfolk, VA | Civil Action # 4:07ev112 Federal Court | Kent Porter (D) Norfolk, VA | Trial |
| 2008 | Navar Harris | Charleston, WV | | Madonna Estep (P) Charleston ,WV | Deposition |
| 2008 | John Butler v. Medicorp Health Services, Inc, D/B/A Mary Washington Hospital, et al. | Fredericksburg Circuit Court, VA | Case No.:  CL04-66 | Malcolm McConnell (P) Richmond, VA | Deposition |

9

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| | | | | | |
|---|---|---|---|---|---|
| 2008 | Hashemi v. Sibley Hospital et al. | | Case No. 06C8116M | Sherman Robinson (P) | Deposition |
| 2008 | Watson v. Pomina Health System, Inc. et al. | State Court of Fulton County, Georgia | Case No. 04VS070694C | Hunter Hillin (P) | Deposition |
| 2008 | Watson v. Bon Secours-St. Mary's Hospital | Richmond Circuit Court, VA | Case No. CL07004963 | Malcolm McConnell (P) Richmond, VA | Deposition |
| 2008 | John Butler v. Medicorp Health Services, Inc, D/B/A Mary Washington Hospital, et al. | Fredericksburg Circuit Court, VA | Case No. CL04-66 | Malcolm McConnell (P) Richmond, VA | Trial |
| 2008 | Aaron Schoenfeld v. Erik Quamme, et al. | Federal Court San Diego, CA | Case No. 02cv0819-WQH(AJB) | Thomas Reeve (D) San Diego, CA | Trial |
| 2009 | Phillip v. Swift Creek | Richmond Circuit Court, VA | | Thomas W. Williamson (P) Richmond, VA | Deposition |

In compliance with Rule 26, following is a listing of cases involving testimony by way of trial or deposition. If the jurisdiction of the case is unknown, the location identified indicates attorney location. P= plaintiff D=defense referral

| 2009 | Lynch v. Emporia Medical Associates, P.C. et al. | Circuit Court for Greenville County | Case No. CL07000201-00 | Jason Konvika(P) Richmond, VA | Deposition |
|---|---|---|---|---|---|
| 2009 | Campbell v. Alex Estrada | Charleston, WV Circuit Court | | Jason Konvika(P) Richmond, VA | Deposition |

11