## STATEMENT OF COMPENSATION

My compensation for serving as an expert in this case (Hill v. Sanofi-Aventis U.S., Inc.) consists of an initial retainer of $1,500.00 and an hourly rate of $225.00.

_Susan Riddick-Grisham_   9/11/09
Susan Riddick-Grisham   Date