Robert B. Sklaroff, M.D., F.A.C.P.  
Associates  
Medical Oncology/Hematology  
Telephone: 215/663-8200  
Facsimile: 215/663-8388  
eFAX: 215/689-2461  

50 E. Township Line Road  
Suite 130–Medical Arts Bldg.  
Elkins Park, PA 19027-2253  
rsklaroff@comcast.net  
http://www.doctor-bob.biz/rsklaroff  

## Court Appearance - Trial Testimony

| Attorney | Date | Case |
|---|---|---|
| Michael Ira Asen, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>212/768-3333 | 11/15/02 | Patricia Mogavera et al v<br>Jack H. Vitenson, et al<br>Supreme Court of the State of<br>New York County of Queens<br>Index No. 20077/02 |
| Michael Ira Asen, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>212/768-3333 | 02/26/07 | Phyllis Kandel v<br>Michael A. Kurzman MD<br>Supreme Court of the State of<br>New York County of Queens<br>Index No. 20077/02 |
| Michael D. Benjamin, Esq.<br>Wright and Padilla<br>Suite #200 – 1500 JFK Blvd.<br>Philadelphia, PA 19107<br>215/569-4770 | 10/29/03 | James Mc Daniels (Est. of<br>Annabelle Mc Daniels) v<br>David Schwartz, MD, et al<br>CCP of Philadelphia County<br>July Term, 2001, No. 001749 |
| John J. Bublewicz, Esq.<br>Mercerville Professional Park<br>2333 Whitehorse Mercerville Pike<br>Mercerville, New Jersey 08619<br>609/587-7758 | 06/29/04 | William F. Kennedy, et al v<br>Diana Arronenzia, et al<br>Superior Court of New Jersey<br>Law Division– Mercer County<br>Docket No. MER-L-376-01 |
| Kathleen C. Campbell, Esq.<br>2 Madison Avenue<br>Valhalla, NY 20595<br>914/948-7700 | 09/06/02 | Valerie Mace et al v Hospital<br>Memorial Hospital et al<br>Supreme Court of New York<br>County of Westchester<br>Index No. 13306/97 |
| Keith S. Erbstein, Esq.<br>The Beasley Firm, LLC<br>1125 Walnut Street<br>Philadelphia, PA 19107 | 07/18/05 | Mary Pierson v<br>Garabedian, MD, et al<br>Montgomery County<br>C.C.P. 98-13117 |

Page 2

| Attorney | Date | Case |
|---|---|---|
| Elizabeth Gray, Esq.<br>Rosenbaum & Associates<br>Atriums at Greentree Rte. 73<br>10000 Lincoln Drive West, Suite 1<br>609/983-7663 | 03/07/00 | Robert Bulley, et al v<br>David Zallut, et al<br>In the United States District<br>for the State of New Jersey<br>Civil Action<br>Docket No.: 97-CV-615-(JEI) |
| George Keenan, Esq.<br>60 West Broad Street<br>Suite 300 – PO Box 718<br>Bethlehem, PA 18016<br>610/867-2401 | 02/16/00 | Ronald G. Kneule, et al v<br>Margaret A. Kraybill, et al<br>Northampton County, PA<br>No. 1996-C-05097 |
| Terry Kepler, Esq.<br>534 Swede Street<br>Norristown, PA 19401 | 03/06/01 | Kathryn Agostoni, Executrix<br>of the Estate of Frances<br>Verdone, dec'd. v Isaac Tam<br>et al – CCP Philadelphia<br>November Term, 1998, No633 |
| Margaret M. Koral, Esq.<br>Koral, Kahn & Kozal, PC<br>18th Floor – 8 Penn Center<br>1628 JFK Boulevard<br>Philadelphia, PA 19103<br>215/979-8900 | 07/25/07 | Kimberly D. Crews, Admin.<br>of the Est. of Lois Dougherty<br>Dec'd. v. John Tinker, MD et<br>Superior Court of NJ<br>Law Division – Camden Cty.<br>Docket: CAM-L-8454-01 |
| Jack Meyerson, Esq.<br>1700 Market St., Ste. 2632<br>Philadelphia, PA 19103 | 08/24/04 | Kristina Anastasi v<br>Joseph Talvacchia, et al<br>CCP for the County of Phila.<br>March Term 2002 No. 001763 |
| Matthew S. Marrone, Esq.<br>Lucas & Cavalier, L.L.C.<br>1601 Market St., Ste. 2330<br>Philadelphia, PA 19103<br>215/751-9192 | 07/10/03 | Estate of Virginia Park, dec'd<br>et al v Chestnut Hill Hospital<br>et al – CCP of Philadelphia<br>County, May Term 2001<br>No. 2961 |
| Peter J. McNamara<br>Lafayette Building<br>437 Chestnut Street<br>Suite 710<br>Philadelphia, PA 19106<br>215/922-1400 | 05/30/07 | Thomas McNamara and<br>Suzanne McNamara v.<br>Leroy Fleisher, M.D.<br>Delaware County C.C.P.<br>Docket No.: 05-13351 |

Page 3

| | | |
|---|---|---|
| Frank P. Murphy, Esq.<br>Murphy Woodward & Haskins<br>43 East Marshall Street<br>Norristown, PA 19401<br>610/272-4222 | 02/13/07 | Charles Rotay, et al v<br>William B. Young, MD, et al<br>C.C.P. Philadelphia County<br>Civil Action – Law<br>September Term 2004 #2569 |
| Edward G. O'Bryne, Esq.<br>195 U.S. Highway 46 W<br>Suite 9<br>Totowa, New Jersey 07512<br>973/595-1400 | 09/24/97 | Howard Doyle, et al v<br>Jeffrey Wexler, et al<br>Superior Court of NJ<br>Law Div. – Essex County<br>Docket No. MRS-L-3838-90 |
| Edward G. O'Bryne, Esq. | 03/08/01 | Roattie v Leone<br>Superior Court of NJ<br>Docket No. PAS-L-7300-94 |
| Maria del Mart Ortiz, Esq.<br>P.O. Box 192064<br>San Juan, PR 00919-2064<br>787/754-7698 | 03/26/06 | Alberto Larrieu Garcia v<br>Sociedad Espanola de<br>Auxilio Mutuo et al<br>In the US District Court for<br>The District of Puerto Rico<br>Civil No.: 04-2003 |
| Oxman Levitan Goodstadt &<br>  Krevitz<br>Suite 3050<br>1700B Market Street<br>Philadelphia, PA 19103 | 11/09/99 | Annie Plath (Estate of<br>  John J. Plath, III)<br>v The Hospital of the<br>University of PA, et al<br>CCP – Philadelphia County<br>May Term 1995<br>No. 4121 |
| Barry J. Nace, Esq.<br>Paulson & Nace<br>1625 New Hampshire Ave NW<br>Washington, DC 20009<br>202/463-1999 | 10/31/06 | Barbara Miller, et al v<br>Jesse B. Jalazo MD, et al<br>W.VA in the Circuit Court of<br>Berkely County<br>Civil Action 05-C-418 |
| Barry J. Nace, Esq.<br>Paulson & Nace<br>1625 New Hampshire Ave NW<br>Washington, DC 20009 | 03/07/07 | Megin Walsh Sussman et al<br>Geo. Washington U, et al<br>Superior Court of the District<br>of Columbia  No 05-9018 |
| Gustine Pelagatti, Esq.<br>1845 Walnut Street<br>Philadelphia, PA 19103<br>215/563-6821 | 05/17/01 | Grace v Iula MD et al<br>Supreme Court of New Jersey<br>Trenton, New Jersey<br>Docket No. 50,318 |

Page 4

| Attorney | Date | Case |
|---|---|---|
| Jacques M. Roy, Esq.<br>1100 Martin Luther King Dr.<br>Alexandria, VA 71309<br>318/487-9537 | 07/24/06 | Clydia Sarahlyn Lee, et al v<br>United States of America<br>United States District Court<br>Western District of Louisiana<br>Alexandria Division<br>Civil Action No. 04-1635 |
| Richard S. Seidel, Esq.<br>Kline & Specter<br>1525 Locust Street – 19th Flr.<br>Philadelphia, PA 19102<br>215/772-1000 | 02/23/05 | Frank Nieves v.<br>Andrew Krick MD et al<br>CCP of Philadelphia County<br>First Judicial Dist. Of PA |
| Kevin Siegel, Esq.<br>Dolchin, Slotkin & Todd<br>2005 Market St. – 24th Flr.<br>One Commerce Square<br>Philadelphia, PA 19103<br>215/665-8000 | 11/15/04 | Frank Zappardino, et al v<br>Lewis K. Marchant, et al<br>Superior Court of New Jersey<br>Law Division<br>Gloucester County<br>Civil Action – No. L-691-02 |
| Julian L. Sweet, Esq.<br>Berman & Simmons<br>129 Lisbon Street<br>P.O. Box 961<br>Lewiston, Maine 04243<br>207/784-3576 | 12/14/06 | Marilia Sardinha v Maine<br>State of Maine Superior Court<br>Civil Action Kennebec, SS<br>Docket No. CV-05-23 |
| Mark Tanner, Esq.<br>Feldman, Shepherd, et al<br>25th Floor – 1845 Walnut St.<br>Philadelphia, PA 19103 | 04/14/05 | Barbara J. Harris, Executrix<br>Est. of Jeaneen C. Boyd v<br>Jefferson University et al<br>Court of Common Pleas<br>Philadelphia County<br>July Term 2002<br>No. 01332 |
| Richard Weiner, Esq.<br>Villari, Brandes & Kline, PC<br>8 Tower Bridge<br>161 Washington Street<br>Conshohocken, PA 19428 | 05/05/05 | Pauline Cross v<br>McDonald, et al<br>Lehigh County<br>No. 2002-C-1685V |

Page 5

| | | |
|---|---|---|
| Thomas Whitney, Esq.<br>O'Brien, Liotta, et al<br>Liberty Hall Corporate Center<br>1085 Morris Avenue<br>PO Box 3180<br>Union, NJ 07083-1980 | 05/19/05 | Estate of Walter Sabin, et al v<br>Ramamurthy Bangalore, et al<br>Superior Court of New Jersey<br>Middlesex County Law Div.<br>Docket No: MID-L-363-03 |
| Eliot M. Wolf, Esq.<br>Wolf & Furman, PC<br>306 Hempstead Avenue<br>Malverne, NY 11565 | 09/19/05 | Alice Williams et al v<br>New York University Medical<br>  Center, et al<br>Supreme Court of the State<br>  Of NY, County of Bronx<br>Index #: 18510/03 |

PUBLICATIONS

NONE