1. *Ronald Drain v. Ultra Foods, Inc., SVT, LLC and Central Grocers, Inc.*
Case No. 04L 014200
Cook County Circuit Court

2. *Sharon Sheldon v. Alan G. Cherpak*
Case No. 45D11-0505-CT-00092
Lake County Superior Court

3. *Leo E. Dill v. United States of America*
Case No. CV05-141-TUC-DCB
United States District Court

4. *Troy Gandy v. United States of America*
Case No. CIV-03-1224-PCT-JAT
United States District Court

5. *Tricor Direct Purchaser Antitrust Litigation*
Case No. 05-340 (KAJ) (consolidated)
United States District Court, Delaware

6. *Fred Holmberg and Linda Holmberg v. B&R Stores, Inc. d/b/a Super Saver Pharmacy*
Case No. 04781 LACV 096265
Iowa District Court for Pottawattamie County

7. *Wright v. Deborah L. Russell a.k.a. Weaver and Ervin Garrison*
Case No. 2006-L-21
Circuit Court, Vermillion County, Danville, Illinois