



**CURRICULUM VITAE   JERRY WALTER BUSH, M.D.**

**EDUCATION**
M.D. Degree University of Alabama School of Medicine 1983
B.S. Pharmacy Auburn University 1979
B.S. Law Saratoga University (Correspondence) 2003

**RESIDENCY & INTERNSHIP**
Internal Medicine Carraway Methodist Medical Center Birmingham, AL   1983-86

**CERTIFICATIONS**
Board Certified Internal Medicine 1988
Certified Medical Review Officer 1999
   (Recertification 2004)
Certified Independent Medical Examiner 2000
Certified Physician Buprenorphine Treatment of Opiate Addicted Patients
   (Special Additional DEA Number  XB2719687)

**AWARDS**
President's Award Auburn University School of Pharmacy 1979
   (Graduated First in Class)
Physician's Recognition Award from AMA 2002/03
Community Service Award  2009  (Hands-of Hope Homeless Shelter Griffin, GA Medical Clinic

**SPECIAL**
Medical Director Bradford-Parkside Chemical Dependency Unit, Wetumpka, AL  1993-95
Clinical Drug Research at Southern Drug Research, Tallassee, AL  1990-98
Candidate for Coroner Spalding County, Georgia 2004
Medical Director Methadone Maintenance Clinic, Griffin, GA  2009
Medical Director Hands-of-Hope Homeless Shelter Medical Clinic 2007-09

**EMPLOYMENT**
Medical Director Methadone Maintenance Clinic 2007-09
McIntosh Trail Family Practice Griffin, GA 2005-present
Private Practice Griffin, GA  2003-2005
Eagles Landing Family Practice McDonough, GA 2001-03
Family Medical Center Griffin, GA 1998-2001
Private Practice Elmore County, AL 1987-98
Rural Health Initiative Brundidge, AL 1986-87

**LEGAL**
 Certified Medical Expert in Pharmacology/Toxicology (State and Federal Courts)
 Experience Cases Multiple States and International

1

**PUBLICATIONS**
Chapter on Fen-Phen Medications submitted Gem Publishing 1997
*"An Interesting Pharmaco-Legal Case"* submitted for publication,
 American College of Forensic Examiners (ACFE) 2004
*"Pharmacology of Shaken Baby Syndrome"* Rio Grande Valley Magazine

**MEDICAL LICENSES**
Georgia
Alabama

**NUMBERS**
Alabama License  11435
Georgia 046373
DEA  AB2719687
Buprenorphine-Special DEA  XB2719687
UPIN  C73-109
NPI  1952425858
American Board Internal Medicine  110178

**CONTACT INFORMATION**
Email:           **jer5731@aol.com**
Web page:    **www.drjerrybush.com**
Cell Phone:    770-337-6995
Fax:               770-233-6229
Office Phone:  770-228-5407
Office Address:   McIntosh Trail Family Practice
                         747 South Hill Street
                         Griffin, GA  30224


Revised CV April 2009

2