**JERRY W. BUSH, M. D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

**May 4th 2009**

# CASE LIST  *

  (1) **DEPOSITIONS (Civil & Criminal)**
  (2) **HEARINGS (Administrative & Other)**
  (3) **TRIAL TESTIMONY (Civil & Criminal)**
  (4) **DEPOSITIONS (Civil & Criminal)**
  (5) **TELEPHONIC TESTIMONY  (Under Oath)**


\*  As Required by Federal Rules of Civil Procedure


*Martha Robinson, Individually & as Heir & Representative of the Estate of Weldon T. Robinson, Jr., Deceased v. Northwest Regional Hospital (in its Assumed or Common Name), Riverside Hospital, Inc. D/B/A Northwest Regional Hospital, Riverside Hospital, Inc., Northwest Regional Hospital A/K/A & D/B/A Riverside Hospital & Columbia Northwest Hospital, Corpus Christi Medical Center--- Northwest (in its Assumed or Common Name), Rhett Laza, RN, Bruce Alan Hoekstra, M.D., Richard Hinojosa, Jr., M.D., Mohamad Ayman Ghraowi, M.D., M. Ayman Ghraowi, M.D, P.A., Ellis G. Main, D.O., P.A., Bradford J. Williams, M.D.*

*&*

*Additionally:  Exxon Mobil Corporation &/or Esso Exploration & Production Chad, Inc., & Chevron USA, Inc.D/B/A Chevron Texaco Overseas Petroleum &/or Cameroon Oil Transportation Company, S.A. A/K/A Cotco &/or Willbros USA, Inc., D/B/A Willbros Group, Inc., in their Common or Assumed Names &/ or any other Business Entity Conducting*

**JERRY W. BUSH, M.D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

*Business on the Onshore Pipeline for Chad Development Project.* In the County Court at Law of Nueces County, Texas County Court at Law No. 1. Case No.: 03-61809-1. (Deposition Held at: Regency Brentano, 13 Corporate Square, Suite 140, Atlanta, Georgia 30329). [Plaintiff Civil Deposition---Plasmodium Falciparum Malaria Death Case]. Plaintiff Attorney: Cage Wavell, cwavell@aol.com , Daniel Horne, William Abernathy, Richard Woolsey, Steven Wales, Gary Siller, Jose Garcia, & David Olesky. May 4th 2009.

*State of Georgia v. Christopher Patrick.* Fulton County Courthouse. Atlanta, Georgia. [ Defense Trial Testimony Homicide-Cocaine/Morphine case]. 04.17.2009. Attorney LaRonda Martin/Public Defender.

*Breazeale v. Morris, Cenac and Wolfsheimer*, et al., Louisiana [Multi-Drug Intoxication], 19th JDC 525-333. Section 22. Plaintiff Civil Deposition. Part II. Plaintiff Attorney Ben Bagert Defense Attorneys: Conradi, Rodrigue, & Halphen. 04.15.2009.

In Re: *State of Georgia v. Jade Sanders & Lamont Thomas.*Criminal Action File No.: 07SC55486. Fulton County, Georgia. [Vegan infant (Crown Shakur) Death Case]. Defense Criminal Case:. Hearing: Motion for New Trial for Defendant Jade Sanders. Original Trial Date: 04.23.2007, Superior Court of Fulton County, State of Georgia. Date for Motion for New Trial: 04.03.2009.

*State of Georgia v. Dennis Berry.* Macon/Bibb County, Georgia. [Vehicular homicide case; Oxycodone/Alprazolam]. Defendant criminal trial testimony. Public defender Mr. Beberman. 04.01.2009.

*Estate of Julius Moore v. State of Alabama Department of Mental Health and Mental Retardation, et al.,* Circuit Court of Mobile County, Alabama, Civil Action No.: 02-CV2007-900998.00. Plaintiff Civil Deposition. [Psychiatric Risperidone death case] Attorneys: Thomas James of Morris, Haynes & Hornsby Birmingham, Alabama v. Kittrell & Tarver. 01.19.2009.

**JERRY W. BUSH, M. D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

Criminal Case. Fulton County, Georgia. 12.19.2008. [details pending].

*Maggie Mason Janney, et al. v. Dr. Katherine Pearce.* 19th JDC No. 547567 Section 22, Parish of East Baton Rouge, LA. BS & W No.: 11455/37177. [Alleged failure to diagnose intracranial hemorrhage]. Attorney Sumpter Davis. III. Defense Attorney: Douglas Williams, Breazeale, Sachse, & Wilson, Baton Rouge, Louisiana. www.bswllp.com 12.05.2008.

*Janice Musgrove v. M. Franklin Arnold, M.D., et al.* Superior Court Bibb County, State of Georgia, Civil Action File No. 07 CV 46690. [Civil deposition [Temporal Arteritis death case]. Attorney Clifford Higgins. Defense Attorneys: Benton, Hanson, Daugherty, & McGrew. November 2008.

*Steven J. Cox v David Kiner, D.O., David Kiner, D.O., P.A., & Columbia/JFK Medical Center Limited Partnership d/b/a JFK Medical Center.* Circuit of 15th Judicial Circuit in and for Palm Beach County, Florida. Case No.: 50 2006 CA 012836XXXXMB AJ. Plaintiff Civil deposition. Defense Attorney: Sonneborn Rutter Cooney & Killingsworth, P.A., West Palm Beach Florida. Plaintiff Attorney: Vastola, Schulz, Harvey & Crane. Joseph T. Schulz. www.vastolaw.com November 14, 2008.

In Re: *State of Georgia v. Jade Sanders & Lamont Thomas.* Hearing for Motion for New Trial 10.03.2008 for defendant Lamont Thomas. Original Trial Date: 04.23.2007. Criminal Defense Case. Superior Court of Fulton County, State of Georgia. Criminal Action File No. 07SC55486. [Vegan infant death case of baby Crown Shakur]. Original Charges: (1) Murder, (2) Felony Murder, (3) Cruelty to Children First Degree. Defense Attorney: Rutkowski. Motion New Trial 10.03.2008.

*Joseph Ernst v. Schnuck Markets, Inc.* (Defendant Third Party Plaintiff) *v. Bhat.*(Third Party Defendant). [6-Mercaptopurine toxicity case]. Circuit Court City of St. Louis, State of Missouri. Cause No 042-09347, Division

**JERRY W. BUSH, M. D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

4

12. Attorneys James Cantalin & Dean Stark. Paralegal Rynearson, Suess, Schnurbusch & Champion, St. Louis, Missouri. Website www.rssclaw.com Email: sherold@rssclaw.com 07.25.2008.

*Gail & Doris White v. Dr. Bill Richardson, Medicap Pharmacy, & Steve Mowery.* Iowa District Court for Page County, Law No. LACV 102366.

*Michael Miller, for & on behalf of the Wrongful Death Beneficiaries of Marshall Miller, deceased v. United States of America.* C.A. No. 1:07cv51-LG-JMR. United States District Court Southern District of Mississippi Southern Division. [Failure to diagnose lung cancer case]. Attorney: Owen, Galloway & Myers, P.L.L.C., Ben F. Galloway. Gulfport, Mississippi. www.owen-galloway.com. Attorney: Tim C. Holleman. April 4, 2008.

*Breazele v. Morris,Cenac, Wolfsheimer,* et al., Louisiana [Multi-Drug Intoxication], 19th JDC 525-333. Section 22. Plaintiff Civil Deposition. 02.29.2008. Deposition Part I.

*Cloda Zaig v. Miami Beach Healthcare Group, Ltd, et al.* Circuit Court 11th Judicial Circuit Miami-Dade County, Florida, General Jurisdiction Division, Case No.: 04-03855 CA 09. . Attorneys Trop, Kemp, Bronis, McGrane & Vidakis. 02.22.2008.

*State of Georgia v. Wendell Brown.* Atlanta, Georgia. [Cocaethylene-homicide case]. Criminal defense trial case. Attorney Angela Clark. 01.16.2008

*Leland Richard Dager & Marsha E. Lewis v. Emily G. Chaney & Donald L. Cattuzzo, Jointly & Severally.* Civil Action File No.:04SV575, State Court of Spalding County, State of Georgia. [MVA injury] Civil deposition, Fact witness. Attorneys: Randy Howard, Macon, Georgia, Terri Sutton, & Roosevelt Hamm. Smith, Welch & Brittain, LLP. Website: www. www.swblawfirm.com Attorney: John P. Webb. 12.21.2007.

**JERRY W. BUSH, M. D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

5

*In Re: Miriam M. Wheatley.* Department of Health & Human Services, Office of Medicare Hearings & Appeals Mid-Atlantic Region. Arlington, Virginia. Appeal No. 1-166097341. U.S. Administitive Law Judge: Philip Baten. [Telephonic Testimony Re: Approval New Lyme Disease drugs]. 11.01.2007.

*State of Georgia v. Charles Russell.* State of Georgia. Fulton County. [Cocaine intoxication/homicide]. Case No.: 07SC52863. Criminal trial testimony. Judge: Honorable Marvin Arrington, Sr. Atlanta Judicial Circuit Public Defender. Jefferey Hood. October 15, 2007.

*William Lomax, Jr. (Estate of) v. Taser International & Las Vegas Metropolitan Police Department.* United States District Court, District of Nevada, Case No: CV-S-05-01464-PMP-RJJ. Las Vegas, Nevada. [Phencyclidine intoxication]. Plaintiff civil deposition. 06.08.2007.

*White v. Henson.* State Court of Henry County, Georgia. [Pulmonary injury-MVA]. Samuel Sullivan, attorney. Plaintiff civil trial. 03.27.2007..

*State of Georgia v._____* Cartersville, Georgia Criminal Trial Testimony [Amphetamine Case]. 02.13.2007.

*Geraldine Burton v. Tenet Good Samaritin, Inc.*d/b/a/ Good Samaritin Medical Center. Circuit Court of 15th Judicial Circuit in and for Palm Beach County, Florida. Case No.: 502006, CA001522XXXXMBAG. [Labetolol infiltration case]. Plaintiff civil deposition. Attorneys: Richard Schuler v. Jason McGrath. 02.02.2007.

Alabama Case. [Vehicular Homicide / Methadone Case]. Plaintiff Attorney Firm: Morris, Haynes & Hornsby, Birmingham, Alabama. 01.16.2007

*Bailey v. Ace Cab Company.* Las Vegas, Nevada. [Morphine/Poppy Seeds/MVA case]. Plaintiff civil deposition. 11.28.2006.

**JERRY W. BUSH, M.D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

6

*Lenora Miculencak (Estate of) v. Scott & White Clinic, et al.* Austin, Texas. [CHT/Elderly]. Plaintiff civil mediation. Attorney Archuletta. 07.13.2006.

Williams *v. Malone* et al  State Court of Cobb County in State of Georgia.[Keflex case]. Plaintiff civil deposition  Civil Action File: 2004A 9756-1.  1.20.06.

*Audrey Blaser v.*____.  Texas. Plaintiff civil deposition. Attorney Cage Wavell. Email: CWAVELL@aol.com  01.09.06.

*Quigley* Civil Deposition.  [ADHD/Adderall Medication Case]. Videoconference Center in Atlanta, Georgia.  01.06.2006.

*Lenora Miculencak (Estate of) v. Scott & White Clinic, et al.* Austin, Texas. 146th Judicial District, District Court of Bull County, Texas. [CHT/Elderly case]. Plaintiff civil deposition. Attorneys: Michael Archuletta & Naman, Howell, Smith & Lee. 12.16.2005.

*Jackson v. US.* Jacksonville, Florida. [Pancreatitis/Diuretic case]. Attorney Archuletta. 11.14.05.

*Garrison v. Bray and Bircoll*  Georgia.  [Mixed Drug Intoxication]. 10.24,28, 2005.  Plaintiff civil deposition.

*Barfield v. Hunter, et. al.*  Winter Haven, Florida.  [Myocardial infarction case].  10.19.2005.  Videotaped trial testimony.

*Carlos Francisco Marroquin & Cynthia Isabel Marroquin, Individually & on behalf of the Estate of Priscilla Ann Marroquin, Deceased* v. *Jose Carreras, MD & Mission Hospital, Inc.*  District court Hidalgo County Texas, 206th Judicial District, Cause No. C-364-04-D.  [Propoxyphene/Fat embolus/Pulmonary embolus case]  09.12.2005.  Plaintiff civil deposition.

*Alvin Bailey, as the Personal Representative of the Estate of  Rorrie Cannon-Bailey* (Deceased) v. Kantilal Bhadja, M.D. (and any unidentified

**JERRY W. BUSH, M. D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

7

prospective defendants). Plaintiff Civil Deposition. Circuit Court of 13th Judicial Circuit State of Florida, in and for Hillsborough County Civil Division. Case No.: 04-9308, Division H. [Left Ventricular Hypertrophy death case]. Attorney Law Firm: Parks & Crump, 240 North Magnolia Drive, Tallahassee, Florida 32301. Attorneys for Defendant: Mangan, Kumley, Rissman, Weisberg, Barrett, Hurt, Donahue & McLain. Civil Deposition. 09.02.2005.

*Isabel Reyes v. Shari M. Thomas, MD.* Court of Common Pleas, Wood County, Ohio, Case No.: 03CV723. [Gentian Violet Case] 08.18.2005. Plaintiff civil deposition.

*Virginia Allen, Individually and as Administratrix Estate of Roy B. Allen, Jr. v. James L. Graham, Jr., MD, and Affinity Health Group, LLC* Superior Court Tift County, Georgia Civil Action No. File No. 2002-CV-144 [Pneumonia/ARDS case] 04.15.2005. Plaintiff civil deposition.

*Barfield v. Hunter,* et. al Winter Haven, Florida. [Myocardial infarction case]. 04.01.2005. Plaintiff civil deposition.

*Shalap v. White* Plaintiff Civil Case Circuit Court Shenandoah County, VA Law No.: CLO4-39 [Drug Interaction Case] 2005. Plaintiff civil deposition.

*State of Texas v. Esteban Villegas* District Court Hidalgo County, Texas 92nd Judicial District Trial Court Cause No. CR-640-04-A [Shaken Baby Syndrome/Pharmacology Case] January 2005. Criminal defense trial testimony.Case]

*State of Georgia v. Kobrin.* Douglasville, GA 03.24.2005. Criminal defense trial testimony. Georgia State Court. Defense Attorney William Head [DUI-Drug case].

**JERRY W. BUSH, M.D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

*Lawson v. Living Centers of Texas, Inc., et al.* Plaintiff Civil Case No. 2003-49221 District Court Harris County, TX 215th Judicial District [Nursing Home Neglect Case] September 2004. Plaintiff civil deposition.

*Whittlesey v. U.S.A.*, cause number. 3:03-0833, U.S. District Court, Middle District Tennessee, Nashville Division, Attorney Michael Archuleta [Wrongful Death Medical Malpractice Case] Nashville, Tennessee September 13, 2004. Plaintiff civil deposition.

*Johnson v. Profitt, et al.* Circuit Court Loudon County, TN No.: 7051 [Drugs during Pregnancy Case] 2004. Plaintiff civil deposition.

*Milton v. Etezadi* Circuit Court Knox County, TN No.: 1-233-03 [Metoclopramide/Tardive Dyskinesia Case] Knoxville, TN November 2004. Plaintiff civil deposition.

*Rosalyn Oliver, et al. v. Nissan Motor Company, LTD.* Circuit Court Lowndes County, Alabama Civil Action No. CV-03-035 [Cocaine Case] 11.29.2004. Plaintiff civil deposition.

*State of Florida v. Alan Yurko* Criminal Circuit Court 9th Judicial District Orange County Case CR98-001730 Division 11 [Shaken Baby Syndrome/Pharmacology Case] State Court Orlando, FL 08.23.2004. Criminal defense evidentiary hearing testimony.

*State of Florida v. Alan Yurko* Defense criminal deposition [Shaken Baby Syndrome case] 08.13.2004.

*Bellerose v. Eckerd Corporation* Deposition Circuit Court of the 13th Judicial District Hillsborough County, FL Case No: 98-9480 Division E. [Phenazopyridine Adverse Drug Reaction/Pharmacy Error Case] 08.30.2004. Plaintiff civil deposition.

**JERRY W. BUSH, M. D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

9

_____ Department Family Child Services Court. [Dilute Urine Case]. Gainesville, Georgia. (Attorney made argument based on results of my review; I presented to testify but was not called). April 1, 2004.

*State Court of Georgia v. Todd Hasty.* Fulton County, Georgia. [DUI-Drugs Case]. Attorney: Bubba Head. 03.31.2004.

*Morris v. Baykan.* Plaintiff Civil deposition. Texas State Court. March 23, 2004.

*Whitley* School Tribunal Hearing. Carrolton, Georgia. [Marijuana/THC case]. Expert for Defense. 02.12.2004.

*Estate of George Morris v. West Orange Pharmacy, et al.*, Docket number L1132701, Civil Law Division, Essex County, New Jersey, West Orange, NJ, Civil Deposition Plaintiff Case [Adverse Drug Reaction Case] 2004. Plaintiff civil deposition.

*Skinner v. Sardisco, et al.* 23rd Judicial District Court Parish of Ascension State of Louisiana Civil Action File No. 75,2000 Division: E [Anemia Case] 01.15.2004. Plaintiff civil deposition.

*Ola Jones as representative Mary Ellen Jones, Deceased v. Thomas Motley, MD, et al.* Circuit Court Tennessee 30th Judicial District Memphis, TN No. CT-002575-02 Division 3 [Hernia Case] 2004. Plaintiff civil deposition.

Defense civil deposition. [Penicillin Allergy case]. Law Firm Huff Powell & Bailey, Atlanta, GA 10.14.2003. [Complete style to follow].

*Marjorie O'Brien Administrator Estate Michael O'Brien, deceased v. Vicki Browder, DO, Nardo Buena, MD, Maury Topolosky, MD, Christie Clinic,* Champaign, IL Circuit Court Case No. 02-L-221 [Pneumonia Case] Plaintiff civil deposition. 09.26.2003.

**JERRY W. BUSH, M.D.**
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

10

*James Timms, Jr. v. Wesley Commons, Inc.*, Docket No. 2002-CP-24.56, Greenwood County, South Carolina 08.08.2003. Plaintiff civil deposition.

*Gia Johnporter v. Walgreen's Drugstore* Law Firm Wiedeman & Wiedeman No. 97-20632 Division C, Docket of Civil District for the Parish of Orleans, State of Louisiana, [Lasix Adverse Drug Reaction Case/Pharmacy Error] New Orleans LA 10.12.2002. Plaintiff civil deposition (10.08.2002) and trial testimony (10.12.2002).

*Catherine S. Suchy, as Administratrix of the Estate of Ruby Catherine Schlosse, deceased, v. Columbus Regional Healthcare System, et. al*, cause number CV-00-352, Law Firm Funderburk, Day & Lane Phenix City, AL, Russell County Courthouse, Russell County, AL 07.29.2002. Plaintiff trial testimony.

*State v. William Lee Kirby*, cause number CC-01-1001, Law Firm Funderburk, Day & Lane Opelika, AL Courthouse in Lee County, AL [Child molestation]. 2002. Criminal defense trial testimony.

*Alyce Fort v. University of Alabama, Robert Slaughter, et al.*, CV-20007606, Circuit Court of Jefferson County Alabama [Hemorrhoid Case] 2002. Plaintiff civil deposition.

*Bradley Weigle v. Kaiser Foundation Health Plan of Georgia, Inc., et. al.*, Civil Action No. 01-VS-13962-E, State Court of Fulton County, Atlanta, GA, Law Firm Toliver and Gainer [Anticoagulant Case] November 2001. Plaintiff civil deposition.

*Banks v. Weiss, et al.* State Court of Fulton State of Georgia Civil Action File No. OOVS-010682-J Attorney Elizabeth Pelypenko Deposition [Epistaxis Case] Atlanta, GA 11.09.2001. Plaintiff civil deposition.

*Joyce Denise Martin, individually and as Executrix of the Estate of James F. Martin, Jr. v. Roger G. Carr, MD, Harsch Osborne, MD, PC* State Court of

# JERRY W. BUSH, M.D.
686 S. 8TH STREET
Griffin, GA 30224
Phone 770-337-6995
Fax 770-233-6229
E-mail JER5731@aol.com

Fulton County Georgia, Atlanta, GA  Civil Action No.  99-VS-0148409-J, [Failure to Diagnose Heart Disease] 12.18.2000.  Plaintiff civil deposition.

Jerry W. Bush, M.D.                                                                    May 4, 2009