CURRICULUM VITAE

## PERSONAL DATA

| | |
|---|---|
| Name: | James A. Lemons, M.D. |
| Work Address: | 699 West Drive, RR 208 |
| | Indianapolis, IN 46202 |
| Work Phone: | (317) 274-4716 |
| Birth Date: | October 1, 1944 |
| Place of Birth: | South Bend, Indiana |
| Spouse: | Pamela Kristine Lemons |
| Children: | Kenneth, Kevin and Meghan |
| Citizenship: | USA |

## EDUCATION

| | | |
|---|---|---|
| B.A. | Princeton University | July, 1962-June, 1965 |
| M.D. | Northwestern University Medical School | July, 1965-June, 1969 |

*Postgraduate Training:*
Intern, Department of Pediatrics                                      July, 1969-June, 1970
University of Michigan Medical School
Ann Arbor, Michigan

Resident, Department of Pediatrics                                   July, 1970-June, 1972
University of Michigan Medical Center
Ann Arbor, Michigan

Fellow in Reproductive Endocrinology                              July, 1972-June, 1973
University of Michigan Medical Center
Ann Arbor, Michigan

Fellow in Neonatal-Perinatal Medicine                             July, 1973-June, 1975
University of Colorado Medical Center
Denver, Colorado

## BOARD CERTIFICATION

American Board of Pediatrics                                          1972
Written examination passed

American Board of Pediatrics                                          1974
Oral examination passed

American Board of Pediatrics                                          1977
Sub-Board of Neonatal-Perinatal Medicine

Recertification, American Board of Pediatrics                    1993
Pediatrics and Neonatal-Perinatal Medicine

## LICENSURE

State of Indiana, #01028279
State of Indiana Controlled Substances Registration, #01028279B
United States Department of Justice DEA, #AL9107005

## FACULTY APPOINTMENTS

Assistant Professor of Pediatrics                                     July, 1975-June, 1978
University of Colorado Medical Center
Denver, Colorado

Associate Professor of Pediatrics                                          July, 1978-June, 1982
Indiana University School of Medicine

Director, Section of Neonatal-Perinatal Medicine                           July, 1987 to June 2009
Indiana University School of Medicine

Hugh McK. Landon Professor of Pediatrics                                   July, 1988 to present
Indiana University School of Medicine

Associate, Faculty of Indiana University Graduate School                   February, 2003 to present

HOSPITAL STAFF APPOINTMENTS

University of Colorado Health Sciences Center                              1973-1978
Denver, Colorado

Denver Children's Hospital                                                 1973-1978
Denver, Colorado

Director of Nurseries                                                      1975-1978
General Rose Memorial Hospital, Denver, Colorado

St. Vincent Hospital and Health Care Center                               1978-1998
Indianapolis, Indiana

Ball Memorial Hospital                                                     1990-1998
Muncie, Indiana

Indiana University Hospital                                                1978 to present
Indianapolis, Indiana

James Whitcomb Riley Hospital for Children                                 1978 to present
Indianapolis, Indiana

Wishard Memorial Hospital                                                  1978 to present
Indianapolis, Indiana

Community Hospitals                                                        1999 to 2006
Indianapolis, Indiana

St. Francis Hospital                                                       2000 to 2007
Indianapolis, Indiana

Deaconess Women's Hospital                                                 2001 to 2007
Evansville, Indiana

Clarian North Hospital                                                     2005 to present
Carmel, Indiana

COMMUNITY SERVICE

Work at mission hospital in Ethiopia through                               1968
    Presbyterian Church Grant (four months)

Elder, Presbyterian Church                                                 1983-1996

Professor at Moi University Medical School
    Eldoret, Kenya                                                         1994

Board of Directors, Vivian Smith Teen Parenting Program                    1994-1996

Board of Directors, Indiana University/Moi University                      1995-present

HONORS AND AWARDS

March of Dimes Health Leadership Award, 1999

Endowed Chair:     Hugh McK. Landon Professor of Pediatrics
                   Indiana University School of Medicine

Alpha Omega Alpha (AOA)

Sigma Xi

Edwin L. Gresham Award for Perinatal Service-AAP

The Best Doctors in America, 1994, 1995

Inclusion In *America's Top Doctors (2nd Edition)* National Physician Guide, 2002

Teaching Excellence Recognition Award, Indiana University, 2002

Physician of the Year, March of Dimes, Indiana Chapter, 2005

Best Doctors in America, 2007-2008

Indianapolis Business Journal, Health Care Heroes Physician Winner, 2008

SOCIETIES

American Pediatric Society

American Academy of Pediatrics

Indiana Chapter, American Academy of Pediatrics

Society for Pediatric Research

European Society of Pediatrics

Midwest Society for Pediatric Research

Indiana State Medical Association

Indiana Neonatal Society

American College of Nutrition

Colorado Medical Society

Denver Medical Society
International Perinatal Collegium

COMMITTEES
*Indiana University Medical School and Indiana University*

| | |
|---|---|
| Director, Neonatal Fellowship Training Program | 1978-1992 |
| Director, Neonatal/Pediatric Transport Programs | 1978-1990 |
| Director, Neonatal Outreach and Continuing Education | 1978-1990 |

| | |
|---|---|
| Pharmacy and Therapeutics Committee | 1979-1980/1984-1988 |
| Director, Amino Acid Laboratory | 1979-1990 |
| Institutional Review Board of Indiana University-Purdue University at Indianapolis | 1981 to present |
| Academic Standards Committee | 1984-1988 |
| Utilization and Review Committee | 1984-1985 |
| Indiana University Bylaws Committee | 1984-1987 |
| Chairman, Lyman Meiks Student Research Award Committee | 1985 to present |
| Education and Curriculum Committee/Pediatrics, Genetics and Human Growth Development Topic Committee | 1986-1988 |
| General Clinical Research Center Advisory Committee | 1986 to present |
| Medical Advisory Committee for Respiratory Care | 1986 to present |
| Director, Neonatal Nurse Practitioner Internship Training Program | 1986-1990 |
| Executive Committee, Sigma Xi | 1987-1988 |
| Board of Directors, University Pediatric Associates | 1987 to present |
| Emergency and Trauma Task Force | 1987-1988 |
| Pediatric Emergency Room Services Committee | 1988 |
| Indiana University Promotions and Tenure Committee | 1988 to present |
| Advisory Committee for the Herman B Wells Center for Pediatric Research | 1989 |
| Chairman, Faculty Development Workshop for the Medical Center | 1989 |
| Quality Initiative Steering Committee of Indiana University Hospitals | 1989-1991 |
| Chairman, Department of Pediatrics Promotions and Tenure Committee | 1989 to present |
| Parent Advisory Committee, Riley Hospital for Children | 1990-1993 |
| Pediatric Care Review Committee, Department of Pediatrics, Indiana University Medical Center | 1990 to present |
| Chairman, Special Committee on Animal Use in Education and Research | 1990-1991 |
| Indiana University Strategic Planning Committee | 1991-1992 |
| Steven C. Beering Award Selection Committee | 1991-1995 |
| Appeals Committee, Research Technician Classification Project, Indiana University School of Medicine | 1992 to present |
| Administrative Review Committee for Dean of Indiana University School of Medicine | 1994-1995 |
| Riley Medical Care Committee | 1994 to present |

| | |
|---|---|
| Chairman, Steven C. Beering Award Selection Committee | 1995 |
| Search and Screen Committee for Chairman of Radiology | 1995-1996 |
| Chairman, Administrative Review Committee for Chancellor of Indiana University-Purdue University at Indianapolis | 1995-1996 |
| Alliance of Distinguished Rank Professors | 1995 to present |
| Board of Directors, Indiana University/Kenya Program | 1995 to present |
| Associate Chairman, Institutional Review Board of Indiana University-Purdue University at Indianapolis | 1995 -1997 |
| Pediatric Consolidation Committee for Clarian Health | 1996 to present |
| Special Committee for Review of Indiana University-Purdue University at Indianapolis Institutional Review Board Policies and Procedures | 1997 |
| President, Board of Directors, University Pediatric Associates | 1999 |
| Chairperson, Search and Screen Committee for Director of Pediatric Hematology/Oncology | 1999 |
| Chair, Search Committee for Chair of the Dept. of Medicine | 2000 |
| Advisor: Koop House Medical Residents Mentoring Group | 2002 |
| Chair, Search Committee for Center University Services | 2003-2004 |
| Chair, Radiology Chair Search Committee | |
| Chair, Obstetrics and Gynecology Chair Search Committee | 2006-2007 |
| Chair, Ophthalmology Chair Search Committee | 2008-2009 |

## COMMITTEES
*State*

| | |
|---|---|
| President, Indiana Neonatal Society | 1987-1988 |
| Advisory Committee for the Bureau of Family Health Services, Indiana State Board of Health | 1988 to present |
| Chairman, Committee on Fetus and Newborn, Indiana Chapter of the American Academy of Pediatrics | 1988-1996 |
| State Department of Health, Perinatal Planning Committee | 1990 to present |
| Chairman, Subcommittee on Consultation, Referral and Follow-up, Indiana Perinatal Task Force | 1995 to present |
| Member, Indiana Perinatal Task Force | 1995 to present |
| Indiana Newborn Hearing Screening and Intervention Advisory Board | 2000 to present |

## COMMITTEES
*National*

Awards Committee of E. Mead Johnson for Pediatric Research of the American Academy of    1984-1987

| | |
|---|---|
| National Institutes of Health Ad Hoc Study Sections for Special Projects | 1984-1987 |
| Member, Ad Hoc Committee for Human Embryology and Development Section, National Institutes of Health | 1985 to present |
| National Institutes of Health Ad Hoc Site Visits for Program Project Grants | 1986 to present |
| Executive Committee, American Academy of Pediatrics Section on Perinatal Pediatrics | 1987-1992 |
| Chair, Abstract Selection Committee, Section on Perinatal Pediatrics of the American Academy of Pediatrics | 1988-1992 |
| Chair, Nominations Committee, Section on Perinatal Pediatrics of the American Academy of Pediatrics | 1988-1992 |
| RBRVS Advisory Committee, American Academy of Pediatrics | 1991-1992 |
| Chair, American Academy of Pediatrics Executive Committee, Section on Perinatal Pediatrics | 1992-1994 |
| Consensus Conference on the NICU Environment, Steering Committee | 1992 to present |
| Member, American Academy of Pediatrics Committee to Develop Practice Guidelines for Hyperbilirubinemia | 1993-1994 |
| Member, Neonatal-Perinatal Medicine Sub-Board of the American Board of Pediatrics | 1993 -1999 |
| Co-Director, Annual Barkley Regional Perinatology Conference | 1993 to present |
| Chair, National Institutes of Health Neonatal Research Network Follow-up Committee | 1993 to present |
| Wyeth Neonatology Fellow Research Grant Fund, Grant Review Committee | 1994-1996 |
| Early Discharge Parent Education Committee, Wyeth Laboratories | 1994-1995 |
| NEOPREP Planning Committee of the American Academy of Pediatrics | 1995-1998 |
| Executive Committee, National Institutes of Health STOP-ROP Grant | 1995-1998 |
| Chair, Data and Safety Monitoring Committee, GM-CSF (Immunex) | 1996 |
| Board of Advisors, Nitric Oxide Utilization, Ohmeda | 1996 to 1998 |
| Chair, National Institutes of Health Neonatal Research Network Protocol Review Committee | 1996 to present |
| Chair, Committee on Fetus and Newborn, American Academy of Pediatrics | 1997 to 2001 |
| Co-chair, NICHD Neonatal Research Network, Subcommittee on Glutamine trial | 1999 to present |
| Editorial Board, Guidelines for Perinatal Care, American Academy of Pediatrics | 1999 to present |
| Pregnancy Labeling Subcommittee of the Reproductive Health Drugs Advisory Committee | 1999 to present |
| Taskforce for Newborn Hearing Screening and Detection, American Academy of Pediatrics | 1999 to present |
| National Consultant to the Food and Drug Administration, RE: Cisapride | 1999 to present |
| Chair, Technical Action Group, Council on Committees, American Academy of Pediatrics | 2000-2004 |

VISITING PROFESSORSHIPS/INVITED LECTURES *(National and International)*

| | |
|---|---|
| University of Texas Southwestern, Dallas, TX | 1980 |
| Regional Conference on Neonatology, Lake Barkley, KY | 1980 |
| Regional Conference on Neonatology, Chicago, IL | 1981 |
| Aspen Conference of the Newborn, Aspen, CO | 1981 |
| University of Louisville, Louisville, KY | 1982 |
| University of Colorado Health Sciences Center, Denver, CO | 1982 |
| Regional Conference on Neonatology, Lake Barkley, KY | 1983 |
| Visiting Professor, University of Oklahoma, Oklahoma City, OK | 1983 |
| Northeast Perinatal Association, Chatham, MA | 1984 |
| Regional Conference on Neonatology, Milwaukee, WI | 1984 |
| Visiting Professor, University of Wisconsin, Madison, WI | 1985 |
| Regional Conference on Neonatology, Lake Barkley, KY | 1986 |
| Regional Conference on Neonatology, Peoria, IL | 1986 |
| Visiting Professor, University of South Dakota, Sioux Valley Hospital, Sioux Falls, SD | 1987 |
| Special Bone Mineralization Research Conference in Perinatology, LaCosta, CA | 1987 |
| International Research Conference on Perinatal Parenteral Nutrition, Bermuda | 1988 |
| University of Colorado Health Sciences Center, Denver, CO | 1988 |
| Visiting Professor, Case Western University Medical Center, Cleveland, OH | 1988 |
| University of Cincinnati School of Medicine, Cincinnati, OH | 1988 |
| Special Conference on Chronic Lung Disease sponsored by Ross Laboratories, Phoenix, AZ | 1988 |
| Perinatal Research Society, Montreal, Quebec | 1989 |
| University of Colorado Health Sciences Center, Denver, CO | 1989 |
| Aspen Conference on the Newborn, Aspen, CO | 1990 |
| Regional Conference on Neonatology, Lake Barkley, KY | 1990 |
| University of Chicago, Chicago, IL | 1990 |
| Northwestern University, Chicago, IL | 1990 |
| Visiting Professor, University of Cincinnati, Cincinnati, OH | 1990 |
| Visiting Professor, University of Louisville, Louisville, KY | 1990 |

| | |
|---|---|
| Visiting Professor, University of Maine, Portland, ME | 1991 |
| Regional Conference on Neonatology, Phoenix, AZ | 1991 |
| University of North Carolina, Chapel Hill, NC | 1991 |
| Visiting Professor, University of Kansas, Kansas City, MO | 1991 |
| American Academy of Pediatrics Annual Meeting, Neonatology Workshop, New Orleans, LA | 1991 |
| Hot Topics Conference on Neonatology, Washington, D.C. | 1991 |
| National Conference for Standards of Newborn Intensive Care, Orlando, FL | 1992 |
| University of Colorado Health Sciences Center, Denver, CO | 1992 |
| Co-Director, International Conference on Growth Factors in Perinatal Development, Cincinnati, OH | 1992 |
| Special Meeting of Maternal Child Health, National Institutes of Health | 1992 |
| Visiting Professor, University of Michigan Medical Center, Ann Arbor, MI | 1992 |
| Visiting Professor, Boston Children's Hospital, Harvard University, Boston, MA | 1992 |
| St. Louis Children's Hospital, St. Louis, MO | 1993 |
| Ohio State University, Columbus, OH | 1993 |
| International Perinatal Collegium, Chatham, MA | 1993 |
| Presentation to the RUC AMA Committee, American Academy of Pediatrics, Chicago, IL | 1993 |
| Speaker, National Institutes of Health Consensus Conference on Perinatal Asphyxia, Washington, D.C. | 1993 |
| Wayne State University, National Conference on Neonatology, Detroit, MI | 1993 |
| District VII and Texas Chapter of the AAP, Austin, TX | 1993 |
| National Conference on NICU Standards, Orlando, FL | 1993 |
| Consensus Conference on Antenatal Steroids, National Institutes of Health, Washington, D.C. | 1994 |
| Professor of Pediatrics, Moi University Medical School, Eldoret, Kenya | 1994 |
| Special Research Conference on Neonatal Nutrition, Ross Laboratories, Columbus, OH | 1994 |
| Consultant, Committee on Early Discharge of Newborn Infants, Atlanta, GA | 1994 |
| Invited Speaker , Annual Meeting, American Academy of Pediatrics, Dallas, TX | 1994 |
| Southeastern Perinatal Conference, West Palm Beach, FL | 1995 |
| Regional Conference on Neonatology, Lake Barkley, KY | 1995 |
| International Perinatal Collegium, Garderen, Netherlands | 1995 |

| | |
|---|---|
| NEOPREP Course of the American Academy of Pediatrics, San Diego, CA | 1995 |
| Lubchenko Visiting Professor, University of Colorado Heath Sciences Center, Denver, CO | 1995 |
| Invited Presentation at Hot Topics International Neonatology Conference, Washington, D.C. | 1995 |
| International Perinatal Collegium, Hong Kong | 1996 |
| Visiting Professor, University of Massachusetts Medical Center, Worchester, MA | 1996 |
| Consultant for Use of Nitric Oxide sponsored by Ohmeda, Washington, D.C. | 1996 |
| Special Research Conference on Neonatal Nutrition sponsored by Ross Laboratories, Columbus, OH | 1996 |
| Special Research Meeting on Magnesium and Cerebral Palsy, National Institutes of Health and CDC, Washington, D.C. | 1996 |
| NEOPREP Course, St. Petersburg, FL | 1996 |
| International Conference on Deafness, Kiawa Island, SC | 1996 |
| Speaker, First International CME Course co-sponsored by the American Academy of Pediatrics and the Italian Society of Pediatrics, Bologna, Paddua and Pavia, Italy | 1997 |
| Speaker, 18th International Symposium on Neonatal Intensive Care, Milan, Italy | 1998 |
| Speaker, 1998 Clinical Advance in Pediatrics Seminar, Kansas City, KS | 1998 |
| Speaker, 22nd Ross Conference on Perinatal Medicine | 1998 |
| Speaker and Planning Committee, 23rd Ross Conference on Perinatal Medicine | 1999 |
| International Perinatal Collegium, Villars, Switzerland | 1999 |
| White Coat Ceremony, Speaker, Indiana University School of Medicine | 1999 |
| Speaker, Fetus and Newborn Conference, San Diego, CA | 1999 |
| Visiting Professor, Vanderbilt University Medical Center, Nashville, TN | 1999 |
| Hot Topics in Neonatology, Washington, D.C. | 1999 |
| Canadian Pediatric Society, Val David, Ontario | 2000 |
| Speaker and Planning Committee, 24th Ross Conference on Perinatal Medicine, Santa Fe, NM | 2000 |
| Speaker, 12th Osthoff Conference for North Central Neonatology Issues, WI | 2000 |
| Committee on Obstetric Practice, Washington, DC | 2000 |
| Speaker, First International Hearing Screening Symposium, Milan, Italy | 2000 |
| Visiting Professor, University of Alabama | 2000 |
| Coordinator and Speaker, Neonatal CPT Coding Seminar. Riley Hospital for Children | 2000 |
| Organizing Chairperson and Speaker, Ross Pediatrics 25th Annual Seminar for Perinatal/Neonatal Fellows | 2001 |

| | |
|---|---|
| Children's Hospital & Cincinnati University Advisory Committee Review, Cincinnati, OH | 2001 |
| Committee on Fetus and Newborn Liaison to the Canadian the Canadian Committee on Fetus and Newborn | 2001 |
| Speaker, Society for Pediatric Research Annual Meeting, Baltimore, MD | 2001 |
| Speaker, American Academy of Pediatrics Meeting, Hilton Head, SC | 2001 |
| Facilitator and Speaker, 25th Annual Ross Seminar for Neonatal/Perinatal Fellows, *Hot Topics in Neonatal and Perinatal Medicine*, Santa Fe, NM | 2001 |
| Guest Speaker, Natus-Sponsored Lecture Tour, *Newborn Infant Hearing Screening*, various locations, United Kingdom | 2001 |
| Guest Speaker,   University of Iowa: *Protein Requirements of the Extremely Premature Infant* | 11/01 |
| Guest Speaker, 17th Annual Conference on The Fetus and Newborn, La Jolia, CA. | 11/01 |
| Guest Speaker, Nashville Hospital, Nashville, IN. *Caring for Parents – the Art of Communication* | 10/01 |
| NIH NICU Steering Committee Meeting, Washington, D.C. | 01/02 |
| American Academy of Pediatrics Meeting, Washington, D.C. | 02/02 |
| Mead Johnson Enfamil KOH Meeting, Marco Island, FL | 02/02 |
| 2002 NICU Steering Committee Meeting of the Department of Health and Human Services Washington, D.C. | 03/02 |
| Medimmune INO Therapeutics Conference, Phoenix, AZ | 04/02 |
| Facilitator and Speaker, 26th Annual Ross Seminar for Neonatal/Perinatal Fellows, *Hot Topics in Neonatal and Perinatal Medicine*, Santa Fe, NM | 06/02 |
| NIH NICU Steering Committee Meeting, Bethesda, MD | 06/02 |
| American Academy of Pediatrics Chapter Forum,  Chicago, IL | 09/02 |
| Discussion Panelist: Case Western Reserve University Fellow's Reunion Conference Cleveland, OH | 09/02 |
| NIH NICU Steering Committee Meeting, Bethesda, MD | 10/02 |
| 2002 Ross Neonatal Pharmaceutical Advisory Panel, Chicago, IL | 10/02 |
| American Academy of Pediatrics Meeting, Boston, MA | 10/02 |
| Inhaled Nitric Oxide Therapeutics Meeting, San Diego, CA | 11/02 |
| 2003 International Perinatal Collegium Research Meeting, Paris, France | 06/03 |
| Presenter, 27th Ross Seminar on Perinatal Medicine, Santa Fe, NM | 06/04 |
| Guest Lecturer, 12th Annual Neonatal Conference, Middlesbrough, England | 06/04 |
| Presenter, Global INO Therapeutics Advisory Board Meeting, San Juan, Puerto Rico | 03/05 |
| Faculty Member, 28th Ross/AAP Seminar on Neonatal/Perinatal Medicine, Sante Fe, NM | 06/05 |

Presenter, 2005 International Perinatal Collegium, Quebec, Canada                                        07/05

Presenter, 2007 International Perinatal Collegium, Stockholm, Sweden                                     07/07

GRANT SUPPORT

Umbilical and Uterine Uptake of Amino Acids and Glucose in the Unstressed and Fasted Ovine Fetus.
Riley Memorial Association, 1978-1980, Principal Investigator.

Composition of Breast Milk in Relation to Gestational Age, National Institutes of Health, PHS R01 HD
12467, 1979-1980, Principal Investigator.

Fetal Gluconeogenesis and Protein Catabolism During Maternal Fasting, Riley Memorial Association, 1981-
1982, Principal Investigator.

Fetal Amino Acid Metabolism and Gluconeogenesis, National Institutes of Health, PHS R01 14820, 1981-
1984, Principal Investigator.

Fetal Amino Acid Metabolism and Gluconeogenesis, National Institutes of Health, Competitive Renewal
PHS R01 14820, 1985-1987, Principal Investigator.

Fetal Amino Acid Metabolism and Gluconeogenesis, National Institutes of Health, Competitive Renewal
PHS R01 14820, 1987-1992, Principal Investigator.

Mead Johnson Grant for the Establishment of a Mass Spectrometer Laboratory Research Center, 1989,
Principal Investigator.

Comprehensive Intensive Infant Care Project, #78, Maternal and Child Health Services, Indiana State
Department of Health, 1974-1997, Principal Investigator.

Neonatal Nutrition Training Program, Maternal and Child Health Bureau, USDHHS, Rockville, Maryland,
1993-1998, Program Director: Karyl Rickard, Co-Director: James A. Lemons.

Neonatal Scatterbed, General Clinical Research Center Study Section, National Institutes of Health, MO1-
RR-750-19, 1989-1994, Principal Investigator.

Neonatal Scatterbed, General Clinical Research Center Study Section, National Institutes of Health, MO1-
RR-750-19, 1994-1999, Co-Principal Investigator.

Bristol-Myers-Squibb Grant for Excellence in Nutritional Research, 1990-1995, Principal Investigator.

Cooperative Multicenter Network of Neonatal Intensive Care Units, National Institutes of Health, RFA-90-
HD-01, 1991-2001, Principal Investigator.

Early Treatment for Retinopathy of Prematurity, National Institutes of Health (National Eye Institute), 2000-
2004, Principal Investigator for Indiana University.

Comprehensive Developmental Pediatric Care for Infants and Children with Special Health Care Needs.
(Indiana State Dept. of Health Newborn Follow-up Program). Award #47-861-60.,
1998-Present, Principal Investigator.

Cooperative Multicenter Network of Neonatal Intensive Care Units, National Institutes of Health, RFA-90-HD-01,
2001-2006, Principal Investigator.

Leadership Education Excellence in Pediatric Nutrition Program, Maternal & Child Health Bureau, US Dept of
Health and Human Services, Public Health Service 1978-2009, Program Director: Karyl Rickard, Co-Directors:
James A. Lemons and (Mary) Sue Brady.

REVIEWER FOR MEDICAL PUBLICATIONS

*Editorial Board*
        Journal of Perinatology, 1996 to present

Healthy Pregnancy Magazine, January 2001 to present

*Reviewer*
Journal of Pediatrics
Canadian Journal of Animal Science
Pediatrics
Metabolism
American Journal of Obstetrics and Gynecology
American Journal of Perinatology
American Journal of Physiology
Archives of Diseases in Childhood
American Journal of Diseases in Children
Perinatology
American Journal of Nutrition
Journal of American Dietetic Association
Biology of the Neonate
Pediatric Research
Obstetrics and Gynecology

BIBLIOGRAPHY

Lemons JA, Kuhns LR, Pozananski A. Calcification of fetal teeth as an index of fetal maturation. Am J Obstet Gynecol. 114:628-630, 1972.

Lemons JA, Jaffe RJ. Amniotic fluid lecithin/sphingomyelin ratio in the diagnosis of hyaline membrane disease. Am J Obstet Gynecol. 115: 223-237, 1973.

Lemons JA, Foster DL, Jaffe RB. Aromatization by immature monkey ovaries. Endocrinology 94:1181, 1974.

Burd LI, Lemons JA, Makowski EL, Battaglia FC, Meschia G. The relationship of mammary blood flow to parturition in the ewe. Am J Physiol. 229:797-800, 1975.

Foster DL, Lemons JA, Jaffee RB, Niswender GD. Sequential patterns of circulating luteinizing hormone and follicle-stimulating hormone in female sheep from early postnatal life through the first estrous cycles. Endocrinology 97:985-994, 1975.

Levine RL, Lemons JA Concentrations of iron in relation to infection in the neonate, Letter to the Editor. J Pediatr. 87:331-332, 1975.

Lemons JA, Adcock EW III, Jones MD, Naughton G, Meschia G, Battaglia FC. Umbilical uptake of amino acids in the unstressed fetal lamb. J Clin Invest 58:1428, 1976.

Peeters LL, Lemons JA, Niswender GD, Battaglia FC. Serum levels of human placental lactogen and human chorionic gonadotropin in early pregnancy: a maturational index of the placenta. Am J Obstet Gynecol. 126:707-711, 1976.

Burd LI, Lemons J.A., Makowski E.L., Meschia G. and Niswender G.D.: Mammary blood flow and endocrine changes during parturition in the ewe. Endocrinology. 98:748-756, 1976.

Lemons JA, Ten C,. Naughton MA. Removal of glutathione interference in blood amino acid analysis. Biochem Med 15:282-288, 1976.

Lemons JA, Battaglia FC. Resuscitation of the Newborn. In *Current Therapy,* Conn, H.F. (ed.), W.B. Saunders, Philadelphia, 1977, pp.811-814.

Holzman I, Lemons JA, Battaglia FC, Meschia G. Ammonia production by the pregnant uterus. Proc Soc Exp Biol Med. 156:27-30, 1977.

Burd LI, Lemons JA, Battaglia FC. Relationship of mammary temperature to parturition in human subjects. Am J Gynecol. 128:266-271, 1977.

Schreiner RL, Burd LI, Jones MD, Lemons JA, Sheldon RE, Simmons MA, Battaglia FC, Meschia G. Fetal Metabolism in Fasting Sheep. In *Fetal and Newborn Cardiovascular Physiology,* Longo, L. (ed.), Garland Publishing Co., New York, 1978, Volume 1, pp. 197-222.

Lemons JA, Honeyfield PR. Umbilical artery catheterization. Perinatal Care 2:17-25, 1978.

Hernandez J, Lemons PK, Lemons JA, Todd J. Effect of storage process on the bacterial growth inhibiting activity of human breast milk. Pediatrics 63:597-601, 1979.

Lemons JA. Fetal-placental nitrogen metabolism. Sem Perinatol. 3:177-190, 1979.

Schreiner RL, Lemons JA, Gresham E.L. A new complication of nutritional management of the low-birth-weight infant. Pediatrics. 63:683-685, 1979.

Bavikatte K, Schreiner RL, Lemons JA, Gresham E.L.: Group D streptococcal septicemia in the neonate. Am. J. Dis. Child. 133:493-496, 1979.

Lemons JA. Congenital absence of the pancreas and intrauterine growth retardation. Pediatrics 64:255-257, 1979.

Etches PC and Lemons JA. Non-immune hydrops fetalis--report of 22 cases including three siblings. Pediatrics 64:326-332, 1979.

Bavikatte K, Hilliard J, Schreiner RL, Mirkin D, Williams B, Lemons JA Gresham EL. Systemic vascular cotton fiber emboli in the neonate. J Pediat 95:614-616, 1979.

Schreiner RL, Brady MS, Franken EA, Stevens DC, Lemons JA, Gresham EL. Increased incidence of lactobezoars in low birth weight infants. Am J Dis Child. 133:936-940, 1979.

Holzman IR, Lemons JA, Meschia G, Battaglia FC. Uterine uptake of amino acids and placental glutamine-glutamate balance in the pregnant ewe. J Develop Physiol. 1:137-149, 1979.

Schreiner RL, Lemons JA, Gresham E.L. Effect of maternal malnutrition on singleton and twin pregnancies in the sheep. Nutr Rep Int'l. 21:525-530, 1980.

Schreiner RL, Nolen PA, Bonderman PW, Moorehead HC, Gresham EL, Lemons JA, Escobedo MB. Fetal and maternal hormonal response to starvation in the ewe. Pediatr Res 14:103-108, 1980.

Bull MJ, Schreiner RL, Garg BP, Hutton NM, Lemons JA, Gresham EL. Neurologic complications following temporal artery catheterization. J Pediatr. 96.1071-1073, 1980.

Lemons JA, Perez R, Schreiner RL, Gresham EL. The acute small animal preparation - suitable for fetal metabolic studies? J Appl Physiol. 49:42, 1980.

Lemons PK, Kochanczyk M, Lemons JA. Breast-feeding the newborn. J Ind State Med Assoc. 73:373-378, 1980.

Grosfeld JL, Lemons JA, Ballantine TVN, Schreiner RL. Emergency thoracotomy for acquired bronchopleural fistula in the premature infant with respiratory distress. J Pediatr Surg 15:416-421, 1980.

Lemons JA, Schreiner RL, Gresham EL. Simple method for determining the caloric and fat content of human milk. Pediatrics 66:626-628, 1980.

Gowdar K, Bull MJ, Schreiner RL, Lemons JA, Gresham EL. Nasal deformities in neonates. Am J Dis Child. 134-954-957, 1980.

Schreiner RL, Kisling JA, Evans GM, Phillips S, Lemons JA, Gresham EL. Improved survival of ventilated neonates with modern intensive care. Pediatrics 66:985-987, 1980.

Cohen M, Smith WL., Smith JA, Gresham EL, Schreiner RL, Lemons JA. The use of metrizamide (Amipaque) to visualize the gastrointestinal tract in children: a preliminary report. Clin Radiology 31:635-641, 1980.

Grosfeld JL, Schreiner RL, Franken EA, Lemons JA, Ballantine TVN, Weber TR, Gresham EL. The changing
nattern of acctrointactinal harcare in infants and children. Surg 88:475-477-1980

Stevens DC, Schreiner RL, Bull MJ, Bryson CQ, Lemons JA, Gresham EL, Grosfeld JL, Weber TR. An analysis of tolazoline therapy in the critically-ill neonate. J Pediatr Surg 15:964-970, 1980.

Bavikatte K, Bull MJ, Bryson CQ, Schreiner RL, Lemons JA, Gresham EL. Dramatically improved outcome of extremely low birth weight infants. J Ind State Med Assoc 73:234-237, 1980.

Schreiner RL, Lemons JA, Gresham EL, Nolen PA, Bohnke RA, Reyman DS. Effect of acute non-surgical stress on metabolic studies in the ewe. Biol Neonate 39:86-90, 1981.

Lemons JA, Vargas P, Delaney JJ. Infant of the diabetic mother: a review of 225 cases. Obstet Gynecol 57:187-192, 1981.

Pereira G, Lemons JA. Controlled study of transpyloric and intermittent gavage feeding in the small preterm infant. Pediatrics 67:68-72, 1981.

Schreiner RL, Lemons JA, Gresham EL. Metabolic and hormonal response to chronic maternal fasting in the ewe. Ann Nutr Metab. 25:38-47, 1981.

Lemons JA. Neonatal glucose metabolism and the infant of the diabetic mother. Crit Care Quart. 4:59-69, 1981.

Blythe M, Lemons JA, Schreiner RL. Infant Nutrition. In *Care of the Newborn*, Schreiner, R.L. (ed), Raven Press, New York, p. 162-165, 1981.

Lemons JA. Problems of the Very Low Birth Weight Infant. In *Care of the Newborn*, Schreiner, R.L. (ed), Raven Press, New York, p. 162-165, 1981.

Lemons JA. Fluid and Electrolyte Management. In *Care of the Newborn*, Schreiner, R.L. (ed), New York, p. 166-174, 1981.

Lemons JA. Exchange Transfusions. In *Care of the Newborn*, Schreiner, R.L. (ed), Raven Press, New York, p. 231-236, 1981.

Lemons JA, Schreiner RL, Gresham EL. Relationship of brain weight to head circumference in early infancy. Hum Biol. 52:351-354, 1981.

Lemons JA, Moye L, Hall D, Simmons M. Differences in the composition of preterm and term human milk during early lactation. Pediatr Res. 16:113-117, 1982.

Oei T, Sample M, Taylor K, Nordschow C, Lemons JA, Jansen RD, Schreiner RL. Effect of maternal fasting on fetal cortisol concentration in the sheep. Nutr Reports Internat. 25:339-343, 1982.

Liechty EA, Cohen MD, Lemons JA, Schreiner RL. A normal gallbladder presenting as an abdominal mass in the neonate. Am J Dis Child. 136:468-469, 1982.

Schreiner RL, Brady MS, Ernst JA, Lemons JA. Lack of lactobezoars in infants given predominantly whey protein formulas. Am J Dis Child. 136:437-439, 1982.

Cohen MD, Schreiner RL, Lemons JA. Neonatal pneumoperitoneum without significant adventitious pulmonary air: Use of metrizamide to rule out perforation of the bowel. Pediatrics 69:587-589, 1982.

Lemons JA, Brady MS, Rickard K, Schreiner RL. Considerations in feeding the very low birth weight infant. Perinatal-Neonatal., May/June: 75-84, 1982.

Green D, Moye L, Schreiner RL, Lemons JA. The relative efficacy of four methods of human milk expression. Early Hum Dev. 6: 153-159, 1982.

Schreiner RL, Stevens DC, Smith WL, Lemons JA, Golichowski AM, Padilla L-M. Respiratory distress following elective repeat cesarean section. Am. J Obstet Gyn. 143:689-692, 1982.

Schreiner RL, Lemons JA, Moorehead H, Bohnke R, Reyman D. Effects of exogenous glucagon on concentrations
of glucose, fructose and insulin in plasma of sheep fetus. Ann Nutr Metab. 26:152-161, 1982.

Lemons JA, Moorehead H, Jansen RD, Schreiner RL. The energy content of infant formulas. Early Hum Dev. 6:305-308, 1982.

Kleiman MA, Schreiner RL, Eitzen H, Lemons JA, Jansen RD. Oral herpesvirus infection in nursery personnel: infection control policy. Pediatrics 70:609-612, 1982.

Meyer CL, Gresham EL, Moye L, Jansen RD, Lemons JA, Schreiner RL. Evaluation of a system of continuous blood pressure monitoring. Crit Care Med. 10:689-691, 1982.

Evans GM, Heck TJ, Schreiner RL, Lemons JA. Computerized approach to data. Acta Obstet Gynecol Scand. 109:111-112 (Suppl.) 1982.

Brady MS, Rickard KA, Ernst JA, Schreiner RL, Lemons JA. Formulas and human milk for premature infants: A review and update. J Am Dietet A. 81:547-553, 1982.

Rickard KA, Ernst JA, Brady MS, Moye L, Schreiner RL, Gresham EL, Lemons JA. Nutritional care of 200 very low birth weight infants in an intensive care unit. J Am Dietet. A. 81:674-682, 1982.

Lemons JA, Jansen RD, Schreiner RL. Percutaneous arterial catheterization. J Calif Med Assoc. 2:94-96, 1982.

Ernst JA, Bull MJ, Rickard KA, Brady MS, Schreiner RL, Gresham EL, Lemons JA. Feeding practices of the very low birth weight infant (VLBW) within the first year. J Am Dietet A. 82: 158-162, 1983.

Ernst JA, Bull MJ, Moye L, Brady MS, Rickard KA, Schreiner RL, Gresham EL, Lemons JA. Growth outcome of the very low birth weight (VLBW) infant at one year. J Am Dietet A. 82:44-49, 1983.

Oei T, Chulk A, Burke V, Nordschow C, Lemons JA, Jansen RD, Schreiner RL. Effect of maternal fasting on fetal T4 concentration in the sheep. Nutr Rep Internat 27:231-237, 1983.

Lemons JA, Schreiner RL. Amino acid metabolism in the ovine fetus. Am J Physiol 244:E459-E466, 1983.

Cohen MD, Schreiner R, Grosfeld J, Weber T, Lemons J, Jansen R. A new look at the neonatal bowel-contrast studies with metrizamide (Amipaque). J Pediatr Surg 18:442-448, 1983.

Ernst JA, Williams JM, Glick MR, Lemons JA. Osmolality of substances used in the intensive care nursery. Pediatrics 72:347-352, 1983.

Liechty EA, Bull MJ, Bryson CQ, Kalsbeck JE, Jansen RD, Lemons JA, Schreiner RL. Developmental outcome of very low birth weight infants requiring a ventriculo-peritoneal shunt. Child's Brain 10:340-349, 1983.

Lemons JA, Reyman D, Moye L. Amino Acid composition of preterm and term breast milk during early lactation. Early Hum Dev. 8:323-329, 1983.

Schreiner RL, Lemons JA, Jansen RD. Microbial contamination of continuous-drip feedings in the newborn intensive care unit. In *Proceedings of the Ross Laboratories Workshop on Contamination of Enteral Feeding Products During Clinical Usage*, Ross Laboratories, Columbus, Ohio, pp. 33-37, 1983.

Jose JH, Schreiner RL, Lemons JA, Gresham EL, Mirkin LD, Siddiqui A, Cohen M. The effect of amniotic fluid aspiration on pulmonary function in the adult and newborn rabbit. Pediatr Res. 17:976-981, 1983.

Campbell PB, Bull MJ, Ellis FD, Bryson CQ, Lemons JA, Schreiner RL. Incidence of retinopathy of prematurity in tertiary newborn intensive care unit. Arch Opthalmol. 101:1686-1688, 1983.

Lemons PM, Miller K, Eitzen H, Strodtbeck F, Lemons JA. Bacterial growth in human milk during continuous feeding. Am J Perinatol. 1:76-80, 1983.

Foster DL, Rapisarda JJ, Bergman KS, Lemons JA, Jaffe RB. Mechanisms Limiting Initiation of Ovulation in the Postmenarchial Rhesus Macaque. In *Neuroendocrine Aspects of Reproduction*, R.L. Norman (ed), Academic Press, NY, 1983, pp. 103-131.

Lemons JA, Reyman D, Schreiner RL. Fetal and maternal amino acid concentrations during fasting in the ewe. J Pediatr Gastroenterol Nutr. 3:249-255, 1984.

Engle WA, Lemons JA, Weber TR, Cohen MD. Congenital lobar emphysema due to a bronchogenic cyst. Am J Perinatol. 1:196-198, 1984.

Engle WA, Lemons JA. Parenteral nutrition: Amino acid solutions. Perinatol.-Neonatol. May/June: 37-48, 1984.

Cohen MD, Jansen RD, Lemons JA, Schreiner RL. Evaluation of the gasless abdomen in the newborn and young infant with metrizamide. Am J Radiol. 142: 393-396, 1984.

Lemons JA, Schreiner RL. Metabolic balance of the ovine fetus during the fed and fasted states. Ann Nutr Metab 28:268-280, 1984.

Liechty EA, Lemons JA. Changes in ovine fetal hind limb amino acid metabolism during maternal fasting. Amer J Physiol. 246 (Endocrinol. Metab. 9):E430-E435, 1984.

Slabaugh RD, Smith JA, Lemons JA, Schreiner RL, Macdonald N, Cohen MD. Neonatal intracranial hemorrhage and complicating hydrocephalus. J Clin Ultrasound 12:261-266, 1984.

Schreiner RL, Lemons JA, Weber TR. Vascular Access And Blood Sampling Techniques In Infants And Children. In *Clinical Procedures in Emergency Medicine*, Roberts, J.R. and Hedges, J.R. (eds.), W.B. Saunders Co., Philadelphia, 1985, pp. 268-286.

Neal PR, Bull MJ, Jansen R0D, Lemons JA, Schreiner RL. Palatal grooves secondary to oral feeding tubes. J Perinatol. 5:41-43, 1985.

Nogami W, Weber T, Lemons JA. Hydrops fetalis associated with midgut volvulus. J Pediatr Surg. 20:177-178, 1985.

Mahoney L, Caldwell RL, Girod DA, Hurwitz RA, Jansen RD, Lemons JA, Schreiner RL. Indomethacin therapy on the first day of life in infants with very low birth weight. J Pediatr 106:801-805, 1985.

Clapp DW, Lemons JA, Schreiner RL. Polycythemia in the newborn infant. Ind Med. 78:367-371, 1985.

Bradburn NC, Wappner RS, Lemons JA, Meyer BN, Roberts RS. Lactation and phenylketonuria. Amer J Perinatol. 2:138-141, 1985.

Lemons JA, Maisels MJ. (Commentary) Vitamin E - how much is too much? Pediatrics 76:625-627, 1985.

Neal PR, Jansen RD, Lemons JA, Mirkin LD, Schreiner RL. Unusual manifestations of neonatal hyperthyroidism. Am J Perinatol. 2:231-235, 1985.

Bull MJ, Bryson CQ, Schreiner RL, Lemons JA. Follow-up of infants after intensive care. Perinatol-Neonatol., Jan./Feb.: 23-28, 1986.

Lemons JA, Snodgrass PJ. The effect of a maternal fast on the urea cycle enzymes of the ovine fetus. J. Pediatr Gastroenterol Nutr. 5:138-142, 1986.

Gibboney W, Lemons JA. Necrotizing fascitis of the scalp in neonates. Am J Perinatol. 3:58-60, 1986.

Whitfield J, Lemons JA. Effects of mechanical pumping on packed red cells during transfusion. J Perinatol. 5:55-57, 1986.

Marnocha AZ, Lemons JA, Tepper RS. Bronchopulmonary dysplasia. Indiana Medicine February:143-148, 1986.

Gibboney W, Cohen S, Tideman A, Keener PA, Lemons JA. Effect of hematocrit on blood glucose measurements. J Perinatol. 6:54-57, 1986.

Keener PA, Maijala D, Lemons JA. Reliability of glucometer reflectance photometer in assessing hypoglycemia in the neonate. J Perinatol. 6:51-53, 1986.

Lemons JA, Neal P, Ernst J. Nitrogen sources for parenteral nutrition in the newborn infant. Clin Perinatol. 13:91-109, 1986.

Lemons P, Stuart M, Lemons JA. Breast-feeding the premature infant. Clin Perinatol. 13:111-122, 1986.

Neal PR, Erickson P, Baenziger JC, Olson J, Lemons JA. Serum vitamin E levels in the very low birth weight infant during oral supplementation. Pediatrics 77:636-640, 1986.

Brady MS, Rickard KA, Fitzgerald JF, Lemons JA. Specialized formulas and feedings for infants with malabsorption or feeding intolerance. J Am Diet Assoc. 86:191-200, 1986.

Nogami W, Lemons JA. An unusual neonatal case presentation: Renal vein thrombosis in the neonatal period. J Perinatol. VI (2):177-180, 1986.

Lemons JA, Moorehead HC, Hage GP. Effects of fasting on gluconeogenic enzymes in the ovine fetus. Pediatr Res. 20:676-679, 1986.

Neal PR, Kleiman MB, Reynolds JK, Allen SD, Lemons JA, Yu PL. Volume of blood submitted for culture from neonates. J Clin Microbiol. 24:353-356, 1986.

Mershon J, Nogami W, Williams JM, Yoder C, Eitzen HE, Lemons JA. Bacterial/fungal growth in a combined parenteral nutrition solution. JPEN 10:498-502, 1986.

Engle WA, Lemons JA. Composition of the fetal and maternal guinea pig throughout gestation. Pediatr Res. 20:1156-1160, 1986.

Mershon J, Lemons JA, Keener P, Bull MJ, Weaver DD. Congenital deformations. J Perinatol. 4:299-303, 1986.

Swigonski N, Shallop J, Bull MJ, Lemons JA. Hearing screening of high risk newborns. Ear and Hearing 8 (1):26-30, 1986.

Liechty EA, Polak MJ, Lemons JA. Branched-chain amino acid carbon and nitrogen ateriovenous concentration differences across the ovine fetal hindlimb. Pediatr Res. 21:44-48, 1987.

Goodwin GW, Gibboney W, Paxton R, Harris RA, Lemons JA. Activities of branched-chain amino acid aminotransferase and branched-chain 2-oxo acid dehydrogenase complex in tissues of maternal and fetal sheep. Biochem J. 242:305-308, 1987.

Lemons JA, Liechty EA. Nitrogen flux across the ovine maternal and fetal hindquarters during fasting. J Dev Physiol. 9:151-158, 1987.

Fish W, Golichowski A, Lemons JA. Hydrops fetalis. Indiana Med. 80:1150-1157, 1987.

Neal PR, Erickson PA, Yu PL, Lemons JA. Free fatty acid and triglyceride levels in neonates receiving triple mix hyperalimentation. J Perinatol. 8:199-202, 1988.

Peters EA, Engle WA, Lemons JA. Persistent pulmonary hypertension of the newborn. Ind Med. 82:13-17, 1989.

Ernst JA, Rickard KA, Neal PR, Yu PL, Oei TO, Lemons JA. Lack of improved growth outcome related to nonnutritive sucking in VLBW infants fed a controlled nutrient intake: a randomized prospective study. Pediatrics 83:706-716, 1989.

Liu YA, Neal PR, Ernst J, Weaver C, Rickard K, Smith DL, Lemons JA. Absorption of calcium and magnesium from fortified human milk by very low birth weight infants. Pediatr Res. 25:496-502, 1989.

Lemons JA, Sharda JK, Erickson PE. Taurine-Supplemented Neopham™ Injection as an Amino Acid Source for Total Parenteral Nutrition in Premature Infants. In*Perspectives in Clinical Nutrition*, Kinney, J.M. and Borum, P.R., Urban and Schwarzenberg, Baltimore, pp. 113-123, 1989.

Fish WH, Cohen M, Franzek D, Williams JM, Lemons JA. Effect of intramuscular vitamin E on mortality and intracranial hemorrhage in neonates of 1000 grams or less. Pediatrics 85(4):578-584, 1990 Apr.

Ernst JA, Bull MJ, Rickard KA, Brady MS, Lemons JA. Growth outcome and feeding practices of the very low birth weight infant (less than 1500 grams) within the first year of life. J Pediatr 117:S156-S166, 1990.

Phillips AF, Rosenkrantz TS, Lemons JA, Knox I, Porte PJ, Raye JR. Insulin-induced alterations in amino acid metabolism in the fetal lamb. J Dev Physiol. 13:251-259, 1990.

Liechty EA, Denne SC, Lemons JA, Kien CL. Effects of glucose infusion on leucine tramsamination and oxidation in the ovine fetus. Pediatr Res. 30(5):423-429, 1991Nov.

Lemons P, Sharda J, Lemons JA. Lactation. Part III. Nutrient Mixtures and Methods of Feeding. In *Neonatal Metabolism*, W.W. Hay (ed), Year Book Medical Publishers, pp. 280-302, 1991.

Kaneta M, Liechty EA, Moorehead HC, Lemons JA. Ovine fetal and maternal glycogen during fasting. Biol Neonate 60:215-220, 1991.

Liechty EA, Kelley J, Lemons JA. Effect of fasting on uteroplacental amino acid metabolism in the pregnant sheep. Biol Neonate 60(3-4):207-214, 1991.

Lemons JA, Pereira GR (eds):   Postnatal Growth.   In*Neonatal and Fetal Medicine-Physiology and Pathophysiology,* Polin, R.A. and Fox, W.W. (eds), W.B. Saunders, Co., pp. 199-290, 1991.

Liechty EA, Lemons JA. Protein Metabolism in the Fetal-Placental Unit. In *Principles of Perinatal-Neonatal Metabolism*, R. Cowett (ed), Springer-Verlag, NY, pp. 276-290, 1991.

DeSanto JT, Nogami W, Liechty EA, Lemons JA. Blood ammonia concentration in cord blood during pregnancy. Early Hum Dev. 33(1):1-8, 1993 Apr.

Tsang RC, Lemons JA, Balistreri WF (eds):   *Growth Factors in Perinatal Development,*   Bristol-Myers Squibb/Mead Johnson Nutrition Symposia, V. Moreno (series ed), Raven Press, New York, 1993.

Horbar JD, Wright EC, Onstad L and the members of the NICHD Neonatal Research Network. Decreasing mortality associated with the introduction of surfactant therapy: An observational study of neonates weighing 601-1300 grams at birth. Pediatrics 92:191-196, 1993.

Horbar JD, Wright LL, Soll RF, Wright EC, Fanaroff AA, Korones SB, Shankaran S, Oh W, Fletcher BD, Bauer CR, Tyson JE, Lemons JA, Donovan EF, Stoll BJ, Stevenson DD, Papile L-A, Phillips J III. A multicenter randomized trial comparing two surfactants for the treatment of neonatal respiratory distress syndrome. J Pediatr. 123(5):757-766, 1993.

Stevenson DK, Vreman HJ, Oh W, Fanaroff AA, Wright LL, Lemons JA, Verter J, Shankaran S, Tyson JE, Korones SB, Bauer CR, Stoll BJ, Papile L-A, Okah F, Ehrenkranz RA for the NICHD Neonatal Research Network. Bilirubin production in well term infants as measured by breath carbon monoxide. Clin Chem. 40:1934-1939, 1994.

Vreman HJ, Stevenson DK, Oh W, Fanaroff AA, Wright LL, Lemons JA, Wright EC, Shankaran S, Tyson JE, Korones SB, Bauer CR, Stoll BJ, Papile L-A, Donovan EF, Ehrenkranz RA for the NICHD Neonatal Research Network. Determination of breath carbon monoxide with a semi-portable, electrochemical analyzer for the diagnosis of hemolytic disease. Clin Chem. 40:1927-1933, 1994.

Lemons JA, Hertz D, Fuller DA, Davis T. Early detection of bacteraemia by DNA probe technology. Neonatal Monitor 10:6-8, 1994.

Stevenson DK, Vreman HJ, Oh W, Fanaroff AA, Wright LL, Lemons JA, Verter J, Shankaran S, Tyson JE, Korones SB, et al. Bilirubin production in healthy term infants as measured by carbon monoxide in breath. Clinical Chem. 40(10):1934-9, 1994 Oct.

Hack M, Wright LL, Shankaran S, Tyson JE, Horbar JD, Bauer CR, Younes N. Very low birth weight outcomes of the National Institute of Child Health and Human Development Neonatal Network, November 1989-October 1990. Amer J Obstet Gyn. 172:457-464, 1995.

Ernst JA, Cruse WK, Lemons JA. Metabolic balance studies in premature infants. In *Clinics in Perinatology, Neonatal/Perinatal Nutrition*, G.R. Pereira and M.K. Georgieff (eds), W.B. Saunders Co., Philadelphia, PA, Volume 22(1): 177-193 1995 Mar.

Shankaran S, Bauer CR, Bain R, Wright LL, Zachary J for the NICHD Neonatal Research Network. Relationship between antenatal steroid administration reduces grades III and IV intracranial hemorrhage in low birth weight infants. Amer. J. Obstet. Gyn.173:305-312, 1995.

Fanaroff AA, Wright LL, Stevenson DK, Shankaran S, Donovan EF, Ehrenkranz RA, Younes N, Korones SB, Stoll BJ, Tyson JE, Bauer CR, Oh W, Lemons JA, Papile L-A. Very low birthweight outcomes of the NICHD Neonatal Research Network, May 1991-December 1992. Amer J Obstet Gyn. 173:1423-1431, 1995.

Lemons PK, Lemons JA. Transition to breast/bottle feedings: The premature infant. J Am College Nutr. 15(2):126-135, 1996 Apr.

Vreman HJ, Verter J, Stevenson DK, Oh W, Fanaroff AA, Wright LL, Lemons JA, Shankaran S, Tyson JE, Korones SB, Bauer CR, Stoll BJ, Papile L-A, Donovan EF, Ehrenkranz RA, Stevenson DK for the NICHD Neonatal Research Network. Interlaboratory variability of bilirubin measurements. Clin Chem. 42 (6 pt 1):869-873, 1996 Jun.

Stoll BJ, Gordon T, Korones S, Shankaran S, Tyson J, Bauer C, Fanaroff A, Lemons J, Donovan E, Oh W, Stevenson D, Ehrenkranz R, Papile L, Verter J, Wright L. Late-onset sepsis in very low birthweight neonates: A report from the NICHD Neonatal Research Network. J Pediatr. 129(1):63-71, 1996 Jul.

Stoll BJ, Gordon T, Korones S, Shankaran S, Tyson J, Bauer C, Fanaroff A, Lemons J, Donovan E, Oh W, Stevenson D, Ehrenkranz R, Papile L, Verter J, Wright L. Early-onset sepsis in very low birthweight neonates: A report from the NICHD Neonatal Research Network. J Pediatr. 129(1):72-80, 1996 Jul.

Neonatal Inhaled Nitric Oxide Study Group (NINOS) of the NICHD Neonatal Research Network. Inhaled nitric oxide and hypoxic respiratory failure in infants with congenital diaphragmatic hernia. Pediatrics 99:838-845, 1997.

Kennedy KA, Stoll BJ, Ehrenkranz RA, Oh W, Wright LL, Stevenson DK, Lemons JA, Sowell A, Mele L, Tyson JE, Verter J for the NICHD Neonatal Research Network. Vitamin A to prevent bronchopulmonary dysplasia in very-low-birth-weight infants: Has the dose been too low? Early Hum Dev. 49(1):19-31, 1997 Jul 24.

Shankaran S, Papile LA, Wright LL, Ehrenkranz RA, Mele, L., Lemons JA, Korones SB, Stevenson DK, Donovan EF, Stoll BJ, Fanaroff AA, Oh W. The effect of antenatal phenobarbital therapy on neonatal intracranial hemorrhage in preterm infants. New Eng J Med. 337(7):466-471, 1997 Aug 14.

Hertz DE, Fuller D, Davis T, Papile L, Stevenson D, Lemons J. Comparison of DNA probe technology and automated continuous-monitoring blood culture systems in the detection of neonatal bacteremia. Pediatric Research. 41(4) PART 2:221, Apr 1997.

Papile L-A, Tyson JE, Stoll BJ, Wright LL, Donovan EF, Bauer CR, Krause-Steinrauf H, Verter J, Korones SB, Lemons JA, Fanaroff AA, Stevenson DK. A multicenter trial of two dexamethasone regimens in ventilator-dependent premature infants. New Eng J Med. 338(16):1112-1118, Apr 16, 1998.

Donovan EF, Ehrenkranz RA, Shankaran S, Stevenson DK, Wright LL, Younes N, Fanaroff AA, Korones SB, Stoll BJ, Tyson JE, Bauer CR, Lemons JA, Oh W, Papile L-A. Outcomes of very low birth weight twins cared for in the National Institute of Child Health and Human Development Neonatal Research Network's intensive care units. Amer J Obstet Gyn. 179 (3 pt 1):742-749, Sept 1998.

Stevenson DK, Wright LL, Lemons JA, Oh W, Korones SB, Papile L-A, Bauer CR, Stoll BJ, Tyson JE, Shankaran S, Fanaroff AA, Donovan EF, Ehrenkranz RA, Verter J. Very low birth weight outcomes of the National Institute of Child Health and Human Development Neonatal Research Network, January 1993 through December 1994. Amer J Obstet Gyn. 179(6 Pt 1):1632-9, Dec 1998.

Erenberg A, Lemons J, Sia C, Tunkel, D, Ziring, P. for the Task Force on Newborn and Infant Hearing: Newborn and Infant Hearing Loss: Detection and Intervention. Pediatrics 103(2):527-530, 1999.

Ward R, Lemons J, Molteni R. Cisapride: A Survey of the Frequency of Use and Adverse Events in Premature Newborns. Pediatrics 103(2):469-472, Feb 1999.

Lemons, JA, Schreiner, RL, Weiner, GM. The Good Doctor: A Neonatologist's Perspective. J Perinatology 19(3):189-193, April/May 1999.

Lemons, JA. Human Immunodeficiency Virus Screening. AAP Statement from the Committee on Fetus & Newborn & the American College of Obstetricians and Gynecologists. Pediatrics, June 1999.

Tyson JE, Wright LL, Oh W, Kennedy KA, Mele L, Ehrenkranz RA, Stoll BJ, Lemons JA, Stevenson DK, Bauer CR, Korones SB, Fanaroff AA: Vitamin A supplementation for extremely-low-birth-weight infants. National Institute of Child Health and Human Development Neonatal Research Network. New England Journal of Medicine. 340(25):1962-8, Jun 24, 1999.

Ehrenkranz RA, Younes A, Lemons JA, Fanaroff AA, Donovan EF, Wright LL, Katsikiotis V, Tyson JE, Oh W, Shankaran S, Bauer CR, Korones SB, Stoll BJ, Stevenson DK, Papile L. Longitudinal Growth of Hospitalized Very Low Birth Weight Infants. Pediatrics 104(2): 280-289, 1999.

Donovan EF, Tyson JE, Ehrenkranz RA, Verter J, Wright LL, Korones SB, Bauer CR, Shankaran S, Stoll BJ, Fanaroff AA, Oh W, Lemons, JA, Stevenson DK, Papile L. Inaccuracy of Ballard Scores Before 28 Weeks' Gestation. J Pediatrics 135 (2 part 1): 147-152, 1999.

Stoll BJ, Temprosa M., Tyson JE, Papile L-A, Wright LL, Bauer CR, Donovan EF, Korones SB, Lemons JA, Fanaroff AA, Stevenson DK, Oh W, Ehrenkranz RA, Shankaran S, Verter J. Dexamethasone therapy increases infection in very low birth weight infants. Pediatrics. 104(5);e63, Nov 1999.

Walsh-Sukys MC, Fanaroff AA, Bauer CR, Korones SB, Stevenson DK, Tyson JE, Verter J, Wright LL, Stoll BJ, Lemons JA, et al. for the Neonatal Research Network. Persistent Pulmonary hypertension of the newborn (PPHN) In the era before nitric oxide: practice variation and outcomes. Pediatrics 105: 14-20, 2000.

Reis BB, Hall RT, Schanler RJ, Berseth CL, Chan G, Ernst JA, Lemons J, Adamkin D, Braggs G, O'Connor D. Enhanced Growth of Preterm Infants Fed a New Powdered Human Milk Fortifier: A Randomized Controlled Trial.. Pediatrics 106(3);581-588, Sept 2000.

Stevenson DK, Verter J, Fanaroff A, Oh W, Ehrenkranz RA, Shankaran S, Donovan EF, Wright L, Lemons JA, Tyson JE, Korones SB, Baur CR, Stoll BJ, Papile L-A. Sex differences in very low birthweight outcomes: The newborn male disadvantage. Archives of Disease In Childhood. 83:F182-F185, Nov 2000.

Lemons JA, Bauer CR, Oh W, Korones SB, Papile L-A, Stoll BJ, Verter J, Temprosa M, Wright LL, Ehrenkranz RA, Fanaroff AA, Stark A, Waldemar C, Tyson JE, Donovan EF, Shankaran S, Stevenson DK. Very Low Birth Weight Outcomes of the National Institute of Child Health and Human Development Neonatal Research Network, January 1995 through December 1996. Pediatrics. 107(1): 1-8, Jan 2001.

Denne S, Poindexter B, Leitch C, Ernst, Lemons JA, Lemons P. Nutrition and Metabolism in the High-Risk Neonate. In Fanaroff AA, Martin, RJ, eds. *Neonatal-Perinatal Medicine: Diseases of the Fetus and Infant, 7th ed.* , 2001.

Lemons J, Fanaroff A, Stewart EJ, Bentkover JD, Murray G, Diefendorf A. Newborn Hearing Screening: Costs of Establishing a Program. *J Perinatol.* 22:120-124, 2002.

Vohr BR, Oh W, Stewart EJ, Bentkover JD, Gabbard S, Lemons J, Papile L-A, Pye R. A Comparison of Costs and Referral Rates of Three Universal Newborn Hearing Screening Protocols. J Pediatr.139:238-44. Aug 2001.

Ohls RK, Ehrenkranz RA, Wright LL, Lemons JA, Korones SB, Stoll BJ, Stark AR, Shankaran S, Donovan EF, Close NC, Das A. Effects of Early Erythropoietin Therapy on the Transfusion Requirements of Preterm Infants Below 1250 Grams Birth Weight: A Multicenter, Randomized, Controlled Trial. Pediatrics 108(4):934-942, Oct 2001.

Farrell PA, Weiner GM, Lemons JA. SIDS, ALTE, Apnea, and the Use of Home Monitoring. Pediatr in Rev. 23:3-9, Jan 2002.

Shankaran S, Fanaroff AA, Wright LL, Stevenson DK, Donovan EF, Ehrenkranz RA, Langer JC, Korones SB, Stoll, BJ, Tyson JE, Bauer CR, Lemons, JA, Oh W, Papile L-A. Risk factors for early death among extremely low-birth-weight infants. Am J Obstet Gynecol 186:796-802, 2002.

Stoll BJ, Hansen N, Fanaroff AA, Wrigth LL, Carlo WA, Ehrenkranz RA, Lemons JA, Donovan EF, Stark AR, Tyson JE, Oh W, Bauer CR, Korones SB, Shankaran S, Laptook AR, Stevenson DK, Papile LA, Poole WK. Changes in pathogens causing early-onset sepsis in very-low-birth-weight infants. N Engl J Med 347(4):240-247, July 25, 2002.

Shankaran S, Papile LA, Wright LL, Ehrenkranz RA, Mele L, Lemons JA, Korones SB, Stevenson DK, Donovan EF, Stohl BJ, Farnaroff AA, Oh W, Verter J. Neurodevelopmental outcome of premature infants after antenatal phenobarbital exposure. Am J Obstet Gynecol 187(1):171-177, July 2002

Shankaran S, Laptook A, Wright LL, Ehrenkranz RA, Donovan EF, Fanaroff AA, Stark AR, Tyson JE, Poole K, Carlo WA, Lemons JA, Oh W, Stoll BJ, Papile L-A, Bauer CR, Stevenson DK, Korones SB, McDonald S. Whole-Body Hypothermia for Neonatal Encephalopathy: Animal Observations as a Basis for a Randomized, Controlled Pilot Study in Term Infants. Pediatrics 110(2):377-385, Aug 2002.

Stoll BJ, Hansen N, Fanaroff AA, Wright LL, Waldemar AC, Ehrenkranz RA, Lemons JA, Donovan EF, Stark AR, Tyson JE, Oh W, Bauer CR, Korones SB, Shankaran S, Laptook AR, Stevenson DK, Papile L-A, Poole WK. Late-
Onset Sepsis in Very Low Birth Weight Neonates: The Experience of the NICHD Neonatal Research Network. Pediatr 110: 285-291, Aug 2002.

Lemons JA. Fifty Years Ago In the Journal of Pediatrics (Commentary on: Polyethylene Tube Feeding in Premature Infants. Wagner, E.A., Jones, D.V., Koch, C.A, Smith, G.D. J Pediatr 1952;41:79-83. and Paraffin-Tipped Polyethylene Tubing for Feeding of Premature Babies, Infants, and Children. Kunz, H. J Pediatr 1952;41:84-85). J Pediatr 141:190, Aug 2002.

American Academy of Pediatrics & The American College of Obstetricians and Gynecologists. Editor. Guidelines for Perinatal Care. 5th Edition. Oct 2002.

American Academy of Pediatrics & The American College of Obstetricians and Gynecologists. Editor. Neonatal Encephalopathy and Cerebral Palsy; Defining the Pathogenesis and Pathophysiology. 2002.

Poindexter BB, Ehrenkranz RA, Stoll BJ, Koch MA, Wright LL, Oh W, Papile L, Bauer, CR, Carlo WA, Donovan EF, Fanaraoff AA, Korones SB, Laptook AR, Shankaran S, Stevenson DK, Tyson JE, Lemons JA for the National Institute of Child Health and Human Development Neonatal Research Network. Effect of Parenteral Glutamine Supplementation on Plasma Amino Acid Concentrations in Extremely Low-Birth-Weight Infants. Am J Clin Nutr 77:737-43, Mar 2003.

Dusick A, Poindexter BB, Ehrenkranz RA, Lemons JA. Growth Failure in the Preterm Infant: Can We Catch Up? Sem Perinatol. 27:302-310, Aug 2003.

Stoll BJ, Hansen N, Fanaroff AA, Wright LL, Carlo WA, Ehrenkranz RA, Lemons JA, Donovan EF, Stark AR, Tyson JE, Oh W, Bauer CR, Korones SB, Shankaran S, Laptook AR, Stevenson DK, Papile L, Poole WK. To Tap or Not to Tap: High Likelihood of Meningitis Without Sepsis Among Very Low Birth Weight Infants. Pediatrics 113:1181-1186, May 2004.

Poindexter BB, Ehrenkranz RA, Stoll BJ, Wright LL, Poole WK, Oh W, Bauer CR, Papile L-A, Tyson JE, Waldemar AC, Laptook AR, Narendran V, Stevenson DK, Fanaroff AA, Korones SB, Shankaran S, Finer NN, Lemons JA. Parenteral Glutamine Supplementation Does Not Reduce the Risk of Mortality or Late-Onset Sepsis in Extremely Low Birth Weight Infants. Pediatr 113:1209-1215, May 2004.

Stoll BJ, Hansen N, Farnaroff AA, Lemons JA for the National Institute of Child Health and Human Development Neonatal Research Network. *Enterobacter Sakazakii* is a Rare Cause of Neonatal Septicemia or Meningitis in VLBW Infants. J Pediatr 144:821-823, Jun 2004.

Shea M, Lemons JA. Caring for the Family Mourning a Perinatal Death. In *Care of the Newborn: A Handbook for Primary Care*, Hertz, DE (ed), Lippincott Williams & Wilkins, Philadelphia, 213-218, 2005.

Van Meurs KP, Wright LL, Ehrenkranz RA, Lemons, JA, et al. Inhaled Nitric Oxide for Premature Infants with Severe Respiratory Failure. N Engl J Med 353:13-22, July 2005.

Shankaran S, Laptook AR, Ehrenkranz RA, Tyson JE, McDonald SA, Donovan EF, Fanaroff AA, Poole WK, Wright LL, Higgins RD, Finer NN, Carlo WA, Duara S, Oh W, Cotton CM, Stevenson DK, Stoll BJ, Lemons JA, Guillet R, Jobe AH; NICHD Neonatal Research Network. Whole-body hypothermia for neonates with hypoxic-ischemic encephalopathy. N Engl J Med 353(15):1574-84, Oct 2005.

Oh W, Poindexter BB, Perritt R, Lemons JA, Bauer CR, Ehrenkranz RA, Stoll BJ, Poole K, Wright LL; Neonatal Research Network. Association between fluid intake and weight loss during the first ten days of life and risk of bronchopulmonary dysplasia in extremely low birth weight infants. J Pediatr 147(6):786-90, Dec 2005.

Fanaroff AA, Stoll BJ, Wright LL, Carlo WA, Ehrenkranz RA, Stark AR, Bauer CR, Donovan EF, Korones SB, Laptook AR, Lemons JA, Oh W, Papile LA, Shankaran S, Stevenson DK, Tyson JE, Poole WK; NICHD Neonatal Research Network. Trends in neonatal morbidity and mortality for very low birthweight infants. Am J OBstet Gynecol 196(2): 147.e1-8, Feb 2007.

Van Meurs KP, Hintz SR, Ehrenkranz RA, Lemons JA, Ball MB, Poole WK, Perritt R, Das A, Higgins RD, Stevenson DK. Inhaled nitric oxide in infants >1500g and <34 weeks gestation with severe respiratory failure. J Perinatol 27(6):347-52, Jun 2007.

Hintz SR, Van Meurs KP, Perritt R, Poole WK, Das A, Stevenson DK, Ehrenkranz RA, Lemons JA, et al; NICHD Neonatal Research Network. Neurodevelopmental outcomes of premature infants with severe respiratory failure enrolled in a randomized controlled trial of inhaled nitric oxide. J Pediatr 151(1):16-22.e 1-3, Jul 2007.

Ambalavanan N, Van Meurs KP, Perritt R, Carlo WA, Ehrenkranz RA, Stevenson DK, Lemons JA, Poole WK, Higgins RD. Predictors of death or bronchopulmonary dysplasia in preterm infants with respiratory failure. J Pediatr 28(6):420-6. Epub 2008 Mar 13. Jun 2008.

## ABSTRACTS PUBLISHED

Lemons JA, Foster DL, Jaffe RB. Aromatization by immature monkey ovaries. Gyn Invest., San Francisco, California, March, 1972.

Lemons JA, Adcock EW III, Jones MD Jr, Naughton MA, Meschia G, Battaglia FC. Umbilical uptake of amino acids in the unstressed fetal lamb. Gyn Invest., San Antonio, Texas, March, 1975.

Burd LI, Niswender GD, Lemons JA, Makowski EL, Meschia G. The relationship of mammary blood flow to parturition in the ewe. Gyn Invest., San Antonio, Texas, March, 1975.

Simmons MA, Burd LI, Lemons JA, Jones MC Jr, Schreiner RL, Meschia G, Battaglia FC. Placental utilization and conversion of glucose *in vivo*. Pediatr Res. 9:279, 1975.

Schreiner RL, Burd LI, Jones MD, Lemons JA, Sheldon RE, Simmons MA, Battaglia FC, Meschia, G. Fetal metabolism in fasting sheep. Pediatr Res. 10:325, 1976.

Schreiner RL, Bonderman PW, Moorehead H, Nolen P, Escobedo MB, Gresham EL, Lemons JA, et al. Maternal hormonal response to starvation in the ewe. Pediatr Res. 13:363, 1979.

Schreiner RL, Stevens DC, Franken EA, Brady MS, Lemons JA, Gresham EL. Increased incidence of lactobezoars in very low birth weight infants. Pediatr Res. 13:408, 1979.

Bavikatte K., Hilliard J, Schreiner RL, Mirkin D, Lemons JA, Gresham EL. Systemic vascular cotton fiber emboli in the neonate. Pediatr Res. 13:489, 1979.

Schreiner RL, Griep JA, Lee J, Bull MJ, Lemons JA, Gresham EL. Use of Non-crossmatched O Rh- frozen blood cells for transfusions in neonates. Pediatr Res. 13:505, 1979.

Schreiner RL, Hutton NM, Stevens DC, Smith WL, Lemons JA, Gresham EL. Respiratory morbidity associated with elective cesarean section. Pediatr Res. 13:505, 1979.

Schreiner RL, Cartwright GW, Culbertson K, Garg BP, Lemons JA, Gresham EL. Changing clinical presentation of term infants with intracranial hemorrhage. Pediatr Res. 13:529, 1979.

Grosfeld JL, Lemons JA, Ballantine TVN, Schreiner RL. Emergency thoracotomy for acquired bronchopleural fistula in the premature infant with respiratory distress. Section of Pediatric Surgery, American Academy of Pediatrics, October 13-18, 1979, San Francisco, California.

Grosfeld JL, Schreiner RL, Ballantine TVN, Lemons JA, Franken EA, Gresham EL. The changing patterns of gastrointestinal bezoars in infants and children. Central Surgical Association, March 13-16, 1980, St. Louis, Missouri.

Schreiner RL, Lemons JA, Gresham EL, Escobedo MB. Fetal insulin and glucagon response to maternal fasting in the ewe. Pediatr Res. 14:461A, 1980.

Stevens DC, Schreiner RL, Lemons JA, Bull MJ, Bryson CQ, Gresham EL, Weber TR, Grosfeld JL. Tolazoline therapy in persistent fetal circulation: response, morbidity and mortality in 47 neonates. American Pediatric Surgical Association, May 7-10, 1980, Marco Island, Florida.

Lemons JA, Schreiner RL, Gresham EL. The small animal preparation--suitable for fetal metabolic studies? Pediatr Res. 14:458, 1980.

Lemons JA, Schreiner RL, Gresham EL. The creamatocrit for determining caloric value of human milk. Pediatr Res. 14:504, 1980.

Lemons JA, Moye L, Hall D, Simmons M. Differences in sodium and nitrogen contents between preterm and term milk. Pediatr Res. 14:504, 1980.

Schreiner RL, Stevens DC, Henry GW, Phillips SG, Lemons JA, Gresham EL. Management of near term and term infants with severe respiratory distress. Pediatr Res. 14:611, 1980.

Stevens DC, Schreiner RL, Lemons JA, Bull MJ, Bryson CQ, Gresham EL, Grosfeld JL. An analysis of Tolazoline therapy in critically ill neonates. Pediatr Res. 14:612, 1980.

Schreiner RL, Bull MJ, Garg BP, Lemons JA, Gresham EL. Neurologic complications following temporal artery cutdown. Pediatr Res. 14:636, 1980.

Schreiner RL, Stevens DC, Smith WL, Lemons JA, Gresham EL. Etiology of respiratory distress following elective repeat cesarean section. Pediatr Res. 14:650, 1980.

Lemons JA, Green D, Schreiner RL, Moye L: Four methods of expressing human milk. Pediatr Res. 15:669, 1981.

Lemons JA, Schreiner RL, Moorehead H, Bohnke R., Reyman D. Increased amino acid catabolism in the fetal lamb during maternal fasting. Pediatr Res. 15: 484, 1981.

Schreiner RL, Lemons JA, Moorehead H, Bohnke R, Reyman D. The effects of exogenous glucagon on fetal metabolism in the sheep. Pediatr Res. 15:488, 1981.

Jose JH, Schreiner RL, Mirkin LD, Lemons JA, Gresham EL. Non-association of cell content with respiratory distress in adult rabbits aspirating human amniotic fluid. Pediatr Res. 15:722, 1981.

Jose JH, Schreiner RL, Siddiqui AR, Cohen M, Lemons JA, Mirkin LD. Benign effects of human amniotic fluid aspiration in neonatal rabbit pups. Pediatr Res. 15:722, 1981.

Rickard KA, Ernst JA, Brady MS, Moye L, Lemons JA. Nutritional care of 200 very low birth weight infants in an intensive care unit. Fed Proc 41:359, 1982.

Ernst JA, Bull MJ, Moye L, Brady MS, Rickard KA, Lemons JA. Growth outcome of 125 very low birth weight (VLBW) infants at one year. Fed Proc 41:359, 1982.

Bull MJ, Bryson CQ, Schreiner RL, Lemons JA, Green C.   Status and neonatal treatment as predictors of neurologic integrity and development of very low birth weight infants. Birth Defects Conference Abstr Book, 144, 1982.

Campbell PB, Schreiner RL, Bull MJ, Jansen RD, Lemons JA, Bryson CQ.   Incidence of retinopathy of prematurity/retrolental fibroplasia. Clin Res. 30:791A, 1982.

Liechty EA, Bull MJ, Bryson CQ, Kalsbeck JE, Jansen RD, Lemons JA, Schreiner RL.  Developmental outcome of the very low birth weight infants requiring a ventriculo-peritoneal shunt. Clin Res. 30:792A, 1982.

Lemons JA, Leichty EA, Schreiner RL, Jansen RD.  Amino acid concentrations during fasting in the sheep fetus and ewe. Pediatr Res. 17, 135A, 1983.

Lemons JA, Schreiner RL, Liechty EA, Jansen RD.  Amino acid metabolism in the sheep fetus. Pediatr Res. 17:136A, 1983.

Lemons JA, Schreiner RL, Liechty EA, Jansen RD.  Metabolic balance of the sheep uterus. Pediatr Res. 17:136A. 1983.

Liechty EA, Lemons JA, Schreiner RL, Jansen RD.  Amino acid balance across the fetal hind limb. Pediatr Res. 17:137A. 1983.

Engle WA, Liechty EA, Jansen RD, Lemons JA, Schreiner RL.  Transpyloric and intermittent gavage feedings in premature infants treated with continuous positive airway pressure. Clin Res. 31:787A, 1983.

Gibboney W, Jansen RD, Schreiner RL, Lemons JA.  Effect of hematocrit on blood glucose measurement.  Clin Res. 31:790A, 1983.

Neal PR, Kleiman MB, Reynolds JK., Allen SD, Lemons JA.  Volume of blood for culture in neonates.  Clin Res. 32:813A, 1984.

Kaneta M, Goler M, Schreiner RL, Lemons JA.  Effect of exchange transfusion on serum potassium concentration. Clin Res. 32:816A, 1984.

Mahoney L, Caldwell R, Girod D, Hurwitz R, Jansen R, Lemons J, Schreiner R.  Indomethacin therapy on the first day of life in very low birth weight infants. Pediatr Res. 18:333A, 1984.

Lemons JA, Snodgrass PJ.  Urea cycle enzymes during fasting in the ovine fetus. Pediatr Res. 19:315A, 1985.

Philipps AF, Lemons JA, Rosenkrantz TS, Porte P, Raye JR.  Selective hypoaminoacidemia during exogenous insulin infusion in the fetal lamb.  New England Perinatal Society, March, 1985.

Neal P, Erickson P, Baenziger J, Olson J, Lemons JA.  Serum vitamin E levels in the very low birth weight infant during routine oral supplementation.  Pediatr Res. 18:355A, 1985.

Engle WA, Lemons JA.  Carcass analysis of the fetal and maternal guinea pig. Pediatr Res. 19:153A, 1985.

Lemons JA, Moorehead HC, Reyman D, Hage G.  The effect of fasting on ovine fetal and maternal gluconeogenic enzymes. Pediatr Res. 19:315A, 1985.

Goodwin G, Gibboney W, Harris RA, Lemons JA.  Maternal and fetal branched chain amino acid metabolism in the fed and fasted pregnant ewe. Pediatr Res. 20:211, 1986.

Liechty EA, Polak MA, Lemons JA.  Branched chain amino acid carbon balance across the ovine fetal hindlimb. Pediatr Res. 20:232, 1986.

Templeton K, Lemons JA.  Osmotic activity (tonicity) of parenteral medications as determined in a red blood cell assay system.  Clin Res. 34:984A, 1986.

Ernst JA, Rickard KA, Neal PR, Yu P, Lemons JA.  Lack of improved growth outcome related to non-nutritive sucking (NNS) in premature infants fed a controlled nutrient intake:  a randomized prospective study.  Society for Pediatric Research, May 5-8, 1986, Washington, D.C.

Kaneta M, Moorehead H, Hage G, Lemons JA. The effect of fasting on ovine fetal and maternal hepatic glycogenolysis. Society for Pediatric Research, May 5-8, 1986, Washington, D.C.

Engle WA, Lemons JA. Superoxide anion and lactate dehydrogenase release from polymorphonuclear leukocytes (PMN) treated with pharmacologic concentrations of alpha-tocopherol (AT). Midwest Society for Pediatric Research, October, 29-31, 1986, Chicago, Illinois.

Smith DL, Jiang X, Liu Y, Martin B, Weaver CM, Ernst JA, Rickard KA, Neal PR, Lemons JA. Determination of calcium absorption using stable isotopes. Federation of the American Societies for Experimental Biology Meeting, March 27-April 3, 1987, Washington, D.C.

Neal PR, Ernst JA, Rickard K, Smith D, Lemons JA. Calcium and magnesium enrichment of human milk. Pediatr Res. 21:434A, 1987.

Neal PR, Erickson PA, Lemons JA. Free fatty acid and triglyceride levels in neonates receiving triple mix hyperalimentation. Pediatr Res. 21:434A, 1987.

Lemons JA, Fish, W., Nogami, W. and Liechty, EA: Ovine umbilical and uterine glucose and oxygen uptakes in the fed and fasted states. Pediatr Res. 23:247A, 1988.

Nogami W, Lemons JA, Liechty EA. Central vs. peripheral vein catheterization. Pediatr Res.23:249A, 1988.

Ernst JA, Rickard KR, Neal PR, Yu PL, Oei TJ, Lemons JA. Lack of nonnutritive sucking (NNS) on nutritional outcome, gastrointestinal (GI) transit time, energy absorption or expenditure in premature infants fed a controlled nutrient intake. Federation of the American Societies for Experimental Biology Meeting, May 4, 1988, Las Vegas, Nevada.

Neal PR, Liu Y, Smith DL, Weaver C, Lemons JA. Absorption of calcium and magnesium from fortified human milk by low birth weight (LBW) infants. Pediatr Res. 23:489A, 1988.

Liu YM, Smith DL, Neal P, Lemons J. Magnesium metabolism in humans: quantitation of stable isotopes by FABMS. 36th Annual Conference on Mass Spectrometry, June 1988, San Francisco, California.

Peters EA, Engle WA, West KW, Lemons JA. Criteria for neonatal extracorporeal membrane oxygenation. Pediatr Res. 25:226A, 1989.

Liechty EA, Lemons JA, Kien CL. Maternal fasting (MF) does not diminish ovine fetal leucine (LEU) flux. Pediatr Res. 25:55A, 1989.

Peters EA, Engle WA, West KW, Lemons JA. Criteria for neonatal extracorporeal membrane oxygenation. Pediatr Res. 25:226A, 1989.

Neal PR, Liu YM, Smith D, Lemons JA. Intestinal calcium (Ca) secretion in very low birth weight (VLBW) infants. Pediatr Res. 25:294A, 1989.

Liechty EA, Denne SC, Boyle DW, Lemons JA. Ovine fetal leucine (LEU) kinetics during euglycemic hyperinsulinemia. Clin Res. 38:815A, 1990.

Liechty EA, Lemons JA, Denne SC. Effect of glucose infusion on fetal leucine kinetics in fed and fasted ewes. Federation of the American Societies for Experimental Biology Meetings, April 1-5, 1990, Washington, D.C.

Lemons JA, Liechty EA, Denne SC, Harris RA. Leucine/protein metabolism and ovine fetal growth rate during latter gestation. Pediatr Res. 27:285A, 1990.

Liechty EA, Denne SC, Kien CL, Lemons JA. Ovine fetal protein breakdown (PB) is regulated by plasma insulin concentration. Pediatr Res. 27:46A, 1990.

Lemons JA, Liechty EA. Fetal linear growth rate during latter gestation in the sheep. Pediatr Res. 27:286A, 1990.

Liechty EA, Boyle DW, Denne SC, Lemons JA, Kien CL. Differential effect of hyperinsulinemia (HI) on leucine
oxidation in the ovine fetus during maternal feeding and fasting. Pediatr Res. 29:46A, 1991.

Sokol GM, Liechty EA, Lemons JA, Boyle DW. Comparison of umbilical blood flow measurements using the steady state diffusion method versus a transit-time flow transducer in fetal sheep. Presented at the Midwest Society for Pediatric Research Plenary Session, November 6-8, 1991, Chicago, Illinois.

Sokol GM, Liechty EA, Lemons JA, Boyle DW. Alternative methods of measuring umbilical blood flow in the chronic fetal sheep preparation. Pediatr Res. 31:302, 1992.

Sokol GM, Liechty EA, Lemons JA, Boyle DW. An alternative method for measuring umbilical blood flow repeatedly in the chronic fetal sheep preparation. Presented at the Perinatal Section of the American Academy of Pediatrics, October 10-12, 1992, San Francisco, California.

Hertz DE, Fuller DD, Davis TE, Allen SD, Lemons JA. Application of DNA probe technology for the early detection of bacteremia in children. Pediatr Res. 33:170A, 1993.

Gaylord TD, Lemons JA. Rate of bilirubin production and level of jaundice in breast-feeding infants. Pediatr Res. 33:212A, 1993.

Fletcher BD, Wright LL, Oh W, Younes N, Fanaroff AA, Shankaran S, Korones SB and the NICHD Neonatal Research Network: Evaluation of radiographic (CXR) scoring system for predicting outcomes of very low birthweight (VLBW) infants with BPD. Pediatr Res. 33:326A, 1993.

Horbar JD, Wright LL, Soll RF, Wright EC, Fanaroff AA, Korones SB, Shankaran S, Oh W and the NICHD Neonatal Research Network. A multicenter randomized trial comparing two surfactants. Pediatr Res. 33:215A, 1993.

Stevenson DK, Vreman HJ, Oh W, Fanaroff AA, Lemons JA, Wright E, Wright L, Dept of Pediatrics, Stanford University School of Medicine, Stanford, CA and the NICHD Cooperative Multicenter Network of Neonatal Intensive Care Units: Bilirubin production in well term infants with and without hemolysis. Pediatr Res. 33:238A, 1993.

Stevenson DK, Vreman HJ, Oh W, Fanaroff AA, Lemons JA, Wright E, Wright L. Bilirubin production in breast-fed only or formula-fed only well term infants. Pediatr Res. 33:238A, 1993.

Stevenson DK, Vreman HJ, Oh W, Fanaroff AA, Lemons JA, Wright E, Wright L, Dept. of Pediatrics, Stanford University School of Medicine , Stanford, CA and the NICHD Cooperative Multicenter Network of Intensive Care Units, Bethesda, MD: Bilirubin production in health term infants without hemolysis. Clin Res. 41:72A, 1993.

Vreman HJ, Stevenson DK, Oh W, Fanaroff AA, Lemons JA, Wright E, Wright L. Determination of end-tidal, carbon monoxide and bilirubin production with a semiportable breath analyzer. Pediatr Res. 33:1433, 1993.

Vreman HJ, Stevenson DK, Oh W, Fanaroff AA, Lemons JA, Wright E and Wright L: Determination of end-tidal, carbon monoxide and bilirubin production with a semiportable breath analyzer. Pediatr. Res. 33:1433, 1993.

Lemons JA, Mele L, Fanaroff A, Oh W, Stevenson D, Wright L. Neonatal resuscitation at elective cesarean section. Pediatr Res. 33:143, 1993.

Papile L-A, Krause-Steinrauf H, Wright LL, Stoll BJ, Donovan EF, Bauer CR, Tyson JE, Verter J for the NICHD Neonatal Research Network. Identification of very low birthweight infants at risk for chronic lung disease (CLD). Pediatr Res. 35:246A, 1994.

Tyson J, Stoll B, Ehrenkranz R, Oh W, Wright L, Stevenson D, Lemons J and Verter J: Vitamin A to present chronic lung disease (CLD) in VLBW infants--has the dose been too low? Pediatr. Res. 35:321A, 1994.

Donovan EF, Ehrenkranz RA, Tyson JE, Verter JI, Wright LL, Ballard JL and the NICHD Neonatal Research Network. A comparison of the Ballard and best obstetrical estimates of gestational age (OBGA). Pediatr Res. 35:223A, 1994.

Shankaran S, Bain R, Bauer C, Wright L, Zachary J for the NICHD Neonatal Research Network. Antenatal steroids reduces Grade III-IV intracranial hemorrhage in <1500 g infants. Pediatr Res. 35:255A, 1994.

Shankaran S, Bain R, Bauer C, Wright L, Zachary J for the NICHD Neonatal Research Network. A model of prenatal and perinatal risk factors for Grade III-IV intracranial hemorrhage (ICH) in 4795 <1500 g preterm infants. Pediatr Res. 35:287A, 1994.

Vreman HJ, Stevenson DK, Oh W, Lemons JA, Verter J, Fanaroff AA, Wright LL, Dept. of Pediatrics, Stanford University School of Medicine, Stanford, CA and the NICHD Neonatal Research Network, Bethesda, MD. Variability of interlaboratory bilirubin measurements. Pediatr Res. 37:243A, 1995.

Stevenson DK, Fanaroff AA, Donovan EF, Ehrenkranz RA, Shankaran S, Verter J, Wright LL for the NICHD Neonatal Research Network. Why is male gender a risk factor for very low birth weight (501-1500 g) morbidities? Pediatr Res. 37:238A, 1995.

Ernst JA, Cruse WK, Rickard KA, Neylan M, Fineberg N, Lemons JA. Methodological issues in calcium and fat balance studies on preterm infants: Duration of balance periods and use of markers, FASEB, 1995.

Donovan EF, Ehrenkranz RA, Tyson JE, Verter JI, Wright LL for the NICHD Neonatal Research Network. Gestational age by New Ballard Score (NBS) is greater than the best obstetrical estimate of gestational age in 24 to 27 week infants. Pediatr Res. 37:203A, 1995.

Dollberg S, Cohen T, Demarini S, Donovan E, Hoath S for the NICHD Neonatal Research Network. Maturation of temperature control between 26 and 28 weeks gestation. Pediatr Res. 37:202A, 1995.

Ehrenkranz RA, Verter J, Fanaroff AA, Wright LL, Stevenson DK, Shankaran S, Papile L-A, Donovan EF for the NICHD Neonatal Research Network. BPD: What's in a definition? Pediatr Res. 37:330A, 1995.
Ehrenkranz RA, Younes N, Fanaroff AA, Wright LL, Stevenson DK, Shankaran S, Donovan EF, Papile L-A for the NICHD Neonatal Research Network. Predicting BPD and oxygen dependence at 36 weeks post-conceptual age. Pediatr Res. 37:330A, 1995.

Shankaran S, Fanaroff AA, Wright LL, Verter J, Stevenson DK, Ehrenkranz R, Donovan E for the NICHD Neonatal Research Network. Characteristics of early (<12 hr) death among VLBW neonates. Pediatr Res. 37:236A, 1995.

Stoll B, Gordon T, Shankaran S, Fanaroff A, Donovan E, Ehrenkranz R, Stevenson D, Wright L, Verter J for the NICHD Neonatal Research Network. Early-onset sepsis (EOS) among very low birthweight (VLBW) neonates in the NICHD Neonatal Research Network. Pediatr Res. 37:274A, 1995.

Stoll B, Gordon T, Shankaran S, Fanaroff A, Donovan E, Ehrenkranz R, Stevenson D, Wright L, Verter J for the NICHD neonatal Research Network. Late-onset sepsis (LS) among very low birthweight (VLBW) neonates in the NICHD Neonatal Research Network. Pediatr Res. 37:274A, 1995.

Walsh-Sukys M, Fanaroff AA, Wright L, Verter J, Bauer C, Korones S, Stevenson D, Tyson J for the NICHD Neonatal Research Network. Persistent pulmonary hypertension of the newborn (PPHN): Practice variation among academic NICUs. Pediatr Res. 37:244A, 1995.

Walsh-Sukys M, Fanaroff AA, Wright L, Verter J, Bauer C, Korones S, Stevenson D, Tyson J for the NICHD Neonatal Research Network. Persistent pulmonary hypertension of the newborn (PPHN): Prospective, multi-center study of treatments and outcomes. Pediatr Res. 37:244A, 1995.

Walsh-Sukys M, Tyson J, Fanaroff A, Wright L, Verter J, Bauer C, Korones S, Stevenson D for the NICHD Neonatal Research Network. Use of unproven therapies in critically ill neonates. Pediatr Res. 37:40A, 1995.

Ehrenkranz RA, Younes N, Fanaroff AA, Donovan EF, Lemons JA, Wright LL, Verter JI for the NICHD Neonatal Research Network. Velocity growth curves for VLBW infants. Pediatr Res. 39:206A, 1996.

Oh W, Fanaroff AA, Verter J, Stevenson DK, Papile L-A, Stoll BJ, Lemons JA, Bauer CR, Wright LL for the NICHD Neonatal Research Network. Neonatal mortality and morbidities in very low birth weight (VLBW) infants. A seven-year trend analysis of the neonatal research network data. Pediatr Res. 39:235A, 1996.

Lemons JA, Stevenson D, Verter J, Bauer C, Papile L-A, Korones S, Stoll B, Oh W, Wright L for the NICHD Neonatal Research Network. In utero magnesium exposure: risk of death and intraventricular hemorrhage (IVH) in very low birth weight (VLBW) infants. Pediatr Res. 39:225A, 1996.

Wright LL, Verter J, Stevenson DK, Korones SA, Bauer CR, Oh W, Papile L-A, Tyson J, Lemons JA, Stoll B for the NICHD Neonatal Research Network. Impact of the NIH consensus development conference on corticosteroids for fetal maturation: increased antenatal steroid use in nichd network vlbw infants. Pediatr Res. 39:254A, 1996.

Ehrenkranz RA, Younes N, Fanaroff AA, Donovan EF, Lemons JA Wright LL, Verter JI for the NICHD Neonatal Research Network. Effect of nutritional practices on daily weight gain in VLBW infants. Pediatr Res. 39:308A, 1996.

Lemons JA, Stevenson DK, Vreman H, Oh W, Fanaroff AA, Mele L, Wright LL. For the NICHD Neonatal Research Network. Serum bilirubin, bilirubin production and weight loss in breast-fed only or formula-fed only well term infants. Pediatr Res. 39:314A, 1996.

Lemons JA, Verter J, Stevenson DK, Papile L-A, Bauer CR, Stoll BJ, Korones SB, Wright LL for the NICHD Neonatal Research Network. Indomethacin in the Extremely Low Birthweight (ELBW) Infant--Reduction in Intraventricular Hemorrhage. Pediatr Res. 41:161A, 1997.

Wright LL, Verter J, Stevenson DK, Lemons JA, Stoll BJ, Korones SB, Bauer CR, Papile L-A, Oh W for the NICHD Neonatal Research Network. Increased Antenatal Glucocorticoid Use Decreases Mortality and Morbidity in the NICHD Neonatal Research Network's Very Low Birth Weight (VLBW) Infants. Pediatr Res. 41:161A, 1997.

Lemons JA, Stevenson D, Vreman H, Oh W, Fanaroff A, Mele L, Wright L for the NICHD Neonatal Research Network. Sterum Bilirubin Production and Weight Loss in Breast-Fed Only or Formula-Fed Only Well Term Infants. Pediatr Res. 41:214A, 1997.

Hertz KE, Fuller D, Davis T, Stevenson DK, Papile L-A, Lemons JA. Comparison of DNA Probe Technology and Automated Continuous-Monitoring Blood Culture Systems in the Detection of Neonatal Bacteremia. Pediatr Res., 41:221A, 1997.

Kennedy KA, Verter J, Tyson JE, Stevenson DK, Wright L, Stoll BJ, Oh W, Ehrenkranz R, Korones SB, Bauer C, Papile L-A, Lemons JA for the NICHD Neonatal Research Network. Center Differences in Survival Without Chronic Lung Disease (CLD) in Very Low Birth Weight (VLBW) Infants are not Explained by Population Differences, or the Presence and Early Management of Respiratory Distress Syndrome (RDS). Pediatr Res. 41:256A, 1997.

Papile L-A, Fanaroff AA, Verter J, Stevenson DK, Korones SB, Stoll BJ, Lemons JA, Bauer CR, Oh W, Wright LL, for the NICHD Neonatal Research Network. Predicting nosocomial bacteremia in very low birthweight (VLBW) infants: Utility of the CRIB score. Pediatr Res. 41:167A, 1997.

Stoll BJ, Verter J, Bauer CR, Korones SB, Lemons JA, Oh W, Stevenson DK, Papile LA, Wright LL. NICHD Neonatal Research Network. Racial differences among very low birthweight (VLBW) neonates. Pediatr Res. 41:211A, 1997.

Wright LL, Verter J, Stevenson DK, Lemons JA, Stoll BJ, Korones SB, Bauer CR, Papile LA, Oh W for the NICHD Neonatal Research Network. Increased antenatal glucocorticoid use decreases mortality and morbidity in the NICHD Neonatal Research Network's very low birthweight (VLBW) infants. Pediatr Res. 41:214A, 1997.

Kennedy KA, Tyson JE, Mele L, Ehrenkranz RA, Stoll BJ, Oh W, Wright LL, Stevenson DK, Lemons JA, Verter J for the NICHD Neonatal Research Network. How should normal values be defined and used for an abnormal population? Complexities highlighted in a multicenter trial of vitamin A supplementation to prevent chronic lung disease (CLD) among extremely low birth weight (ELVW; ≤1000 g) infants. Pediatr Res. 43:93A, 1998.

Tyson JE, Ehrenkranz RA, Stoll BJ, Wright LL, Mele L, Kennedy KA, Oh W, Lemons JA, Stevenson DK for the NICHD Neonatal Research Network. Vitamin (Vit.) A supplementation to increase survival without chronic lung disease (CLD) in extremely low birth weight (ELVW) infants: A 14-center randomized trial. Pediatr Res. 43:199A, 1998.

Lemons JA, Stevenson DK, Poole K, Bearden-Branch A, Bauer CR, Papile LA, Korones SB, Stoll BJ, Oh W, Wright LL. In utero magnesium exposure: effects on extremely low birth weight (ELBW) infants. Pediatr Res. 45:206A, 1999.

Oh W, Lemons JA, Stevenson DK, Poole K, Bauer CR, Papile L, Korones SB, Stoll BJ, Wright LL. The effects of low dose indomethacin prophylasix (LDIP) in extremely low birth weight (ELBW) infants. Pediatr Res. 45:216A, 1999.

Ohls RK, Ehrenkranz RA, Lemons JA, Korones SB, Stoll BJ, Stark AR, Wright LL, Shankaran S, Donovan EF, Zimmerman N. A multicenter randomized double-masked placebo-controlled trial of early erythropoietin and iron administration to preterm infants. Pediatr Res. 45:216A.

Stoll BJ, Bauer CR, Babashev G, Tyson JE, Poole K, Wright LL, Papile L, Korones SB, Lemons JA. Infants at the limit of viability: 401-700 grams at birth. Pediatr Res. 45:255A, 1999.

Lemons JA, Vohr B, Stevenson DK, Poole K, Das A, Bauer CR, Papile L-A, Korones SB, Stoll BJ, Oh W, Wright LL. NICHD Neonatal Research Network, Bethesda, MD. In Utero Magnesium Exposure: Effects on ELBW Infants at 18 Months Adjusted Age. Society for Pediatric Research Annual Meeting, Baltimore, Maryland. April 2001.

## AUDIOVISUAL PROGRAMS

Lemons, James A., "Fluid and Electrolytes in the Newborn" (videotape) for continuing education series.

Lemons, James A., "Resuscitation of the Newborn" (videotape) for continuing education series.

Lemons, James A., "Thermoregulation in the Newborn" (videotape) for continuing education series.

Lemons, James A. "Breast-Feeding: By Change or By Choice" (videotape) for continuing education series.

Lemons, James A., "Examination of the Placenta" (videotape) for continuing education series.

Lemons, James A., "Birth Trauma" (videotape) for continuing education.

Lemons, James A., "Guidelines for Prevention of Perinatal Group B Streptococcal Disease" (videotape) for continuing education series.

Lemons, James A., "Universal Newborn Hearing Screening" (videotape) for continuing education series.