## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

FEB 20 2013

CLERK U.S. DISTR…
…VIRGINIA, VIR…

| | |
|---|---|
| JANELLE HILL AND WILLIAM HILL, INDIVIDUALLY AND AS NEXT FRIENDS OF SAVANNAH A. HILL, | * * * * |
| Plaintiffs, | * Civ. Action No. 1:09-cv-00463-CMH-TRJ |
| v. | * * |
| SANOFI-AVENTIS U.S., INC., | * * |
| Defendant. | * |

### ORDER

This matter came before the Court on Plaintiff Janelle Hill's Rule 60 (b)(6) Motion For Relief from Judgment. Upon consideration of the Motion and supporting Memorandum, and it appearing to the Court that Plaintiff has been ordered to disclose the confidential settlement terms by virtue of an arbitration award issued in the following case: In re; the Matter of Medcon, Inc. v. Janelle Hill, America Arbitration Association, case no. 16 434 E 00190-12; and it further appearing to the Court that the relief sought is not opposed by Defendant Sanofi-Aventis, U.S., Inc. or the Guardian *ad litem* appointed in this case, provided that the parties receiving the disclosure execute the Confidentiality Agreement attached to the Motion,

IT IS HEREBY ORDERED:

a) That, upon execution of the Confidentiality Agreement by Medcon, Inc., David Geier, Mark Geier, and Francis Kreysa, Esq., Janelle Hill may divulge terms of the Settlement Agreement to Medcon, Inc., David Geier, Mark Geier, and Francis J. Kreysa, Esq., and to no other person or entity;

b) Medcon, Inc., David Geier, Mark Geier, and Francis J. Kreysa, Esq., shall maintain the complete confidentiality of the terms of the settlement that Ms. Hill divulges to them; and,

c) This Court shall maintain jurisdiction over Medcon, Inc. David Geier, Mark Geier, and Francis J. Kreysa, Esq., for purposes of any violation of (1) this Order; (2) this Court's August 6, 2010 Order in the above-captioned case; (3) the Settlement Agreement that is incorporated in the Court's August 6, 2010 Order in the above-captioned case; and (4) violation of the Confidentiality Agreement following its execution by Medcon, Inc., David Geier, Mark Geier, and Francis Kreysa.

Feb 20, 2013

_____
/s/
Claude M. Hilton
United States District Judge

SEEN AND AGREED:

_____
John B. Raftery
(Counsel for Janelle Hill)

_____
Mary Catherine Zinsner
(Counsel for Sanofi-Aventis U.S., Inc.)

_____
Kenneth Edward Labowitz
(Gaurdian *ad litem* for Savannah Hill)

4827-9497-4226, v. 6

2