

# Offit | Kurman
### Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

Sender's Direct Dial: 240-507-1739
Sender's Email: epelletier@offitkurman.com

February 19, 2013

**BY HAND DELIVERY**
Clerk, Civil Division
Unite States District Court
 for the Eastern District of Virginia
Albert v. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

RECEIVED
2013 FEB 19 P 3 42
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Re: **Hill v. Sanofi-Aventis U.S., Inc.**
    **Civil Action No.: 1:09-cv-00463-CMH**

Dear Clerk:

Enclosed please find an original proposed form of Order (signed by counsel) for Plaintiff Janelle Hill's Rule 60 (b)(6) Motion for Relief from Judgment, and a copy of the same. Please forward this material to Judge Hilton's Chambers, as the aforementioned Motion is set for a hearing on February 22, 2013. This Order may obviate the need for a hearing.

Very truly yours,

John B. Raftery

EP:dmr
cc:
(w/encl.)
Mary C. Zinsner, Esq.
Kenneth E. Labowitz, Esq.
Helen C. Needham, Esq.
Mr. William Hill

4842-2046-4658, v. 1