IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JANELLE HILL AND WILLIAM HILL, INDIVIDUALLY AND AS NEXT FRIENDS OF SAVANNAH A. HILL, | * * * * |
| Plaintiffs, | * |
| v. | * * |
| SANOFI-AVENTIS U.S., INC., | * * |
| Defendant. | * |

Civ. Action No. 1:09-cv-00463-CMH-TRJ

## MEDCON, INC.'S MOTION TO INTERVENE

Medcon, Inc. ("Medcon"), hereby moves pursuant to Fed. R. Civ. P. 24 to intervene in the above-captioned matter, in order to request that this Court enter a Protective Order authorizing the disclosure of information relevant to the ettlement agreement between the parties to this matter.

A memorandum stating the grounds for intervention and a proposed order accompany this motion.

WHEREFORE, Medcon respectfully requests that this Court permit Medcon to intervene in the above-captioned matter in order that it may file its Motion for Protective Order.

Respectfully submitted,

By: \_\_\_\_\_/s/\_\_\_\_\_
Joshua Erlich (VA Bar No. 81298)

1

                                                            The Erlich Law Office, PLLC
2111 Wilson Blvd., Ste. 700
Arlington, VA 22201
T: (703) 791-9087
F: (703) 722-8114
jerlich@erlichlawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the <u>30th</u> day of July 2013, I electronically transmitted the attached and foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Helen Cohn Needham
    John Benjamin Raftery
    Kenneth Edward Labowitz
    Mary Catherine Zinsner
    Spencer Dean Ault
    Stephen Dennis Otero

By:     /s/
Joshua Erlich (VA Bar No. 81298)
The Erlich Law Office, PLLC
2111 Wilson Blvd., Ste. 700
Arlington, VA 22201
T: (703) 791-9087
F: (703) 722-8114
jerlich@erlichlawoffice.com