# Exhibit B

Case 1:09-cv-00463-CMH-TRJ   Document 111-2   Filed 07/30/13   Page 2 of 3 PageID# 4909
05/23/2013 THU 12:21  FAX 3018694667                                        ☒015/018

Case 1:09-cv-00463-CMH-TRJ   Document 109   Filed 02/20/13   Page 1 of 2 PageID# 4885

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



| | |
|---|---|
| JANELLE HILL AND WILLIAM HILL, INDIVIDUALLY AND AS NEXT FRIENDS OF SAVANNAH A. HILL, | * * * * |
| Plaintiffs, | * Civ. Action No. 1:09-cv-00463-CMH-TRJ |
| v. | * |
| SANOFI-AVENTIS U.S., INC., | * * |
| Defendant. | * |

## ORDER

This matter came before the Court on Plaintiff Janelle Hill's Rule 60 (b)(6) Motion For Relief from Judgment. Upon consideration of the Motion and supporting Memorandum, and it appearing to the Court that Plaintiff has been ordered to disclose the confidential settlement terms by virtue of an arbitration award issued in the following case: In re; the Matter of Medcon, Inc. v. Janelle Hill, America Arbitration Association, case no. 16 434 E 00190-12; and it further appearing to the Court that the relief sought is not opposed by Defendant Sanofi-Aventis, U.S., Inc. or the Guardian *ad litem* appointed in this case, provided that the parties receiving the disclosure execute the Confidentiality Agreement attached to the Motion,

IT IS HEREBY ORDERED:

a) That, upon execution of the Confidentiality Agreement by Medcon, Inc., David Geier, Mark Geier, and Francis Kreysa, Esq., Janelle Hill may divulge terms of the Settlement Agreement to Medcon, Inc., David Geier, Mark Geier, and Francis J. Kreysa, Esq., and to no other person or entity;

b) Medcon, Inc., David Geier, Mark Geier, and Francis J. Kreysa, Esq., shall maintain the complete confidentiality of the terms of the settlement that Ms. Hill divulges to them; and,

Case 1:09-cv-00463-CMH-TRJ Document 109 Filed 02/20/13 Page 2 of 2 PageID# 4886

c) This Court shall maintain jurisdiction over Medcon, Inc. David Geier, Mark Geier, and Francis J. Kreysa, Esq., for purposes of any violation of (1) this Order; (2) this Court's August 6, 2010 Order in the above-captioned case; (3) the Settlement Agreement that is incorporated in the Court's August 6, 2010 Order in the above-captioned case; and (4) violation of the Confidentiality Agreement following its execution by Medcon, Inc., David Geier, Mark Geier, and Francis Kreysa.

Feb. 20, 2013

/s/
Claude M. Hilton
United States District Judge

SEEN AND AGREED:

John B. Raftery
(Counsel for Janelle Hill)

Mary Catherine Zinsner
(Counsel for Sanofi-Aventis U.S., Inc.)

Kenneth Edward Labowitz
(Gaurdian *ad litem* for Savannah Hill)

4827-9497-4226, v. 6

2