# Exhibit D

J. MILES MCFADDEN // ASSOCIATE ATTORNEY

Office: 918.587.6800 // Fax: 918.587.6822 // Email: jmcfadden@titushillis.com

TITUS HILLIS REYNOLDS LOVE DICKMAN & MCCALMON, PC

15 EAST FIFTH STREET, SUITE 3700, TULSA, OK 74103

www.titushillis.com

### CONFIDENTIALITY NOTE

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. No applicable rights or privileges are waived by the unintentional sending of this email. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created, and notify Miles McFadden at 918-587-6800 or someone at the firm of Titus Hillis Reynolds Love Dickman & McCalmon.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

Miles

J. MILES MCFADDEN // ASSOCIATE ATTORNEY

Office: 918.587.6800 // Fax: 918.587.6822 // Email: jmcfadden@titushillis.com

TITUS HILLIS REYNOLDS LOVE DICKMAN & MCCALMON, PC

15 EAST FIFTH STREET, SUITE 3700, TULSA, OK 74103

www.titushillis.com

CONFIDENTIALITY NOTE

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. No applicable rights or privileges are waived by the unintentional sending of this email. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created, and notify Miles McFadden at 918-587-6800 or someone at the firm of Titus Hillis Reynolds Love Dickman & McCalmon.

**From:** Miles McFadden [mailto:jmcfadden@titushillis.com]
**Sent:** Monday, June 03, 2013 11:40 AM
**To:** 'fkreysa@aol.com'
**Cc:** 'Jim Love'
**Subject:** MedCon/Janelle Hill

Francis:

I have attached a draft of a Protective Order we have prepared with respect to the MedCon/Hill matter to (hopefully) get the parties to disclose the underlying documents to the settlement to allow us to move forward with collection efforts. Jim's thoughts were to circulate it with counsel for the other parties to see if they will agree, and then proceed forward with an intervention motion if not to get the Court's assistance in getting this accomplished. Since Jim is not admitted for this matter, he wanted me to forward this to you to circulate for approval or changes. Hopefully he had a chance to talk with you last week about this, but let me know if you have any questions or concerns.

Thanks,

Miles

From: "Mary C. Zinsner" <mary.zinsner@troutmansanders.com>
To: "Fkreysa@aol.com" <Fkreysa@aol.com>, epelletier@offitkurman.com, kel@dingmanlabowitz.com
Cc: mgeier@comcast.net
Sent: Tuesday, June 11, 2013 4:20:45 PM
Subject: RE: FW: MedCon/Janelle Hill

Mr. Keysa –

The Hill litigation has concluded with respect to my client. I will not undertake to review your protective order or take further action. There is already a protective order in the case which governs the conduct of the parties.

Mary C. Zinsner | Troutman Sanders LLP | 1660 International Drive, Suite 600 | McLean, VA 22102 | direct: 703.734.4363 | main: 703.734.4334 | fax: 703.734.4340 | mary.zinsner@troutmansanders.com | www.troutmansanders.com


From: Fkreysa@aol.com [mailto:Fkreysa@aol.com]
Sent: Friday, June 07, 2013 8:15 PM
To: epelletier@offitkurman.com; kel@dingmanlabowitz.com; Zinsner, Mary C.
Cc: mgeier@comcast.net
Subject: Fwd: FW: MedCon/Janelle Hill

Dear Fellow Attorneys:

What follows is a self explanatory email along with a proposed Protective Order. Please forward your comments as soon as possible. Thank you.

Francis John Kreysa, Esq.
4 Professional Drive, Suite 118
Gaithersburg, MD 20879
301-990-0949

---

From: jmcfadden@titushillis.com
To: fkreysa@aol.com
CC: mgeier@comcast.net, jlove@titushillis.com
Sent: 6/7/2013 11:22:41 A.M. Eastern Daylight Time
Subj: FW: MedCon/Janelle Hill


Francis,

Just wanted to check in with you to see if the proposed protective order looks ok to you and if you had a chance to circulate it with counsel yet.

Thanks,

1