IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JANELLE HILL AND WILLIAM HILL, INDIVIDUALLY AND AS NEXT FRIENDS OF SAVANNAH A. HILL, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 1:09-cv-463 |
| v. | ) |
| SANOFI-AVENTIS U.S., INC., | ) |
| Defendant. | ) |

F I L E D
AUG 13 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**ORDER**

This matter comes before the Court on Medcon, Inc.'s ("Medcon") Motion to Intervene. It appearing to the Court that this matter has settled and this case has been dismissed, and it further appearing to the Court that there is no basis to reopen this case, it is hereby

ORDERED that Medcon's Motion to Intervene is DENIED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
August _13_, 2013