IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANELLE HILL AND WILLIAM HILL, * <br> INDIVIDUALLY AND AS NEXT * <br> FRIENDS OF SAVANNAH A. HILL, * <br> * <br> Plaintiffs, * <br> * <br> v. * <br> * <br> SANOFI-AVENTIS U.S., INC., * <br> * <br> Defendant. * | Civ. Action No. 1:09-cv-00463-CMH-TRJ |

### NOTICE OF APPEAL

Notice is hereby given that Intervenor MedCon, Inc., pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fourth Circuit the following order entered in this matter by the United States District Court for the Eastern District of Virginia:

1. Order (Dkt #115)

Dated: September 12, 2013　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Joshua Erlich (VA Bar No. 81298)
　　　　　　　　　　　　　　　　　　　　　　　The Erlich Law Office, PLLC
　　　　　　　　　　　　　　　　　　　　　　　2111 Wilson Blvd., Ste. 700
　　　　　　　　　　　　　　　　　　　　　　　Arlington, VA 22201
　　　　　　　　　　　　　　　　　　　　　　　T: (703) 791-9087
　　　　　　　　　　　　　　　　　　　　　　　F: (703) 722-8114
　　　　　　　　　　　　　　　　　　　　　　　jerlich@erlichlawoffice.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Intervenors*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on this 12th day of September, 2013, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

  Helen Cohn Needham
  John Benjamin Raftery
  Kenneth Edward Labowitz
  Mary Catherine Zinsner
  Spencer Dean Ault
  Stephen Dennis Otero

              By:   /s/
                 Joshua Erlich (VA Bar No. 81298)
                 The Erlich Law Office, PLLC
                 2111 Wilson Blvd., Ste. 700
                 Arlington, VA 22201
                 T: (703) 791-9087
                 F: (703) 722-8114
                 jerlich@erlichlawoffice.com