FILED: April 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2169
(1:09-cv-00463-CMH-TRJ)

_____

JANELLE HILL, Individually and as the Next Friend of S.A.H.; WILLIAM HILL, Individually and as the Next Friend of S.A.H.

      Plaintiffs - Appellees


SANOFI-AVENTIS U.S., INC.

      Defendant - Appellee

v.

MEDCON, INC.

      Intervenor - Appellant

and

KENNETH EDWARD LABOWITZ, Guardian ad litem for S.A.H.

      Party Below

———————————

## J U D G M E N T

———————————

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK